IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STARLA SMITH, as Administrator of the Estate of Dylan Schlieper-Clark, and on behalf of his Next of Kin,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANGAMON, CHRISTINA WHEELER, Corrections Officer, COREY HILLEN, Corrections Officer, THOMAS FILES, Corrections Officer, TONY STOUTAMYER, Sergeant, JENNIFER EALEY, Corrections Officer, JARRED KIRBY, Corrections Officer, VIVIAN BROWN, Sergeant, BRITNEY HICKS, Probation Officer, TODD KRUEGER, Sergeant, CHRIS UNTHANK, Corrections Officer, COLLEEN KEROUAC, Sergeant, JACK MILLER, Corrections Officer, TRACY BERGAE, Sergeant, BRAD MEYER, Corrections Officer, DAVE FISHER, Corrections Officer, TOM ANSELL, Corrections Officer, TAMMY POWELL, Sergeant, JACK CAMPBELL, Sangamon County Sheriff, ANTHONY MAYFIELD, Chief Deputy, LARRY BECK, Jail Superintendent, WILLIAM SMITH, Assistant Jail Superintendent, ADVANCED CORRECTIONAL HEALTHCARE, INC., JESSICA YOUNG, CEO and as President of Advanced Correctional Healthcare, Inc., NURSE CARRIE, RN and JANE DOE, RN, Screening Nurse, DR. JOHN OR JANE DOE, Physician,<br><br>Defendants. | Case No. 23-cv-03137 |

## Notice of Service of Discovery Documents

    I hereby certify that on **May 31, 2023**, I electronically served this Notice of Service of Discovery Documents and Advanced Correctional Healthcare, Inc. and Jessica Young's Initial Rule 26 Disclosures to the following:

| | |
|---|---|
| Thomas R. Applewhite, #6310947<br>tom.applewhite@da-lawfirm.com<br>906 Olive Street, Suite 1110<br>St. Louis, Missouri 63101<br>Phone: (314) 293-3526<br>Fax: (888) 785-4461 | *Attorney for Plaintiff* |
| Dylan P. Grady, ARDC# 6309120<br>dgrady@bhslaw.com<br>BROWN, HAY & STEPHENS, LLP<br>205 S. Fifth Street, Suite 1000<br>P.O. Box 2459<br>Springfield, IL 62705-2459<br>Telephone: 217-544-8491<br>Facsimile: 217-241-1333 | *Attorney for Sangamon County Defendants* |

                                          ADVANCED CORRECTIONAL HEALTHCARE, INC. and JESSICA YOUNG, CEO and as President of Advanced Correctional Healthcare, Inc., Defendants

By:   *s/ Peter R. Jennetten*
       QUINN JOHNSTON

Peter R. Jennetten (Illinois Bar No. 6237377)
pjennetten@quinnjohnston.com
James D. VanRheeden (Illinois Bar No. 6321658)
jvanrheeden@quinnjohnston.com
QUINN JOHNSTON
227 N.E. Jefferson Ave.
Peoria, IL  61602-1211
(309) 674-1133 (phone)
(309) 674-6503 (fax)

4867-5098-2759, v. 1