IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **STARLA SMITH,** as Administrator of the Estate of Dylan Schlieper-Clark, and on behalf of his Next of Kin,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**COUNTY OF SANGAMON,** et al.<br><br>　　　　　　Defendants. | Case No. 3:23-cv-03137-CSB-EIL |

## JOINT AMENDED PROPOSED DISCOVERY PLAN

NOW COMES Plaintiff, Starla Smith, as the administrator of the Estate of Dylan Schlieper-Clark by and through her counsel, Donner Applewhite, Attorneys at Law, and hereby submits the parties' agreed amended discovery plan pursuant to the parties' discussion with the Court on March 6, 2024:

1. The deadline for amendment of pleadings is May 17, 2024.

2. The deadline for joining additional parties is May 17, 2024.

3. Disclosure of Plaintiff's experts and expert reports shall be completed by November 15, 2024.

4. Plaintiff's experts shall be deposed by February 7, 2025.

5. Disclosure of Defendants' experts and expert reports shall be completed by March 7, 2025.

6. Defendants' experts shall be deposed by May 9, 2025.

7. All discovery shall be completed by June 9, 2025.

8. Dispositive motions shall be filed by July 14, 2025.

WHEREFORE, the parties respectfully request this Honorable Court accept their proposed discovery plan and issue an order adopting the dates set forth in the proposed discovery plan.

Date:  March 22, 2024                    Respectfully submitted by,

                                      **DONNER APPLEWHITE,**
                                      **ATTORNEYS AT LAW**

                            By:   */s/ Thomas R. Applewhite*
                                 Thomas R. Applewhite, #6310947
                                 906 Olive Street, Suite 1110
                                 St. Louis, Missouri 63101
                                 Phone:   (314) 293-3526
                                 Fax:        (888) 785-4461
                                 Email:    tom.applewhite@da-lawfirm.com

                                 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, the foregoing was filed utilizing this Court's ECF system, which will distribute an electronic version of the foregoing to all counsel of record.

| | |
|---|---|
| Dylan P. Grady | Peter R. Jennetten |
| dgrady@bhslaw.com | pjennetten@quinnjohnston.com |
| Jocelyn C. Fuchs | James D. VanRheeden |
| jfuchs@bhslaw.com | jvanrheeden@quinnjohnston.com |
| Candace L. Alexander | QUINN JOHNSTON |
| calexander@bhslaw.com | 227 N.E. Jefferson Ave. |
| BROWN, HAY & STEPHENS, LLP | Peoria, IL 61602-1211 |
| 205 S. Fifth Street, Suite 1000 | Telephone: (309) 674-1133 |
| P.O. Box 2459 | Facsimile:  (309) 674-6503 |
| Springfield, IL 62705-2459 | |
| Telephone: (217) 544-8491 | *Attorneys for Advanced* |
| Facsimile: (217) 241-1333 | *Correctional Healthcare, Inc.,* |
| | *Jessica Young, Carrie Bradley* |
| *Attorneys for County of Sangamon,* | *and Sarah Lehmann* |
| *Christina Wheeler, Corey Hillen,* | |
| *Thomas Files, Tony Stoutamyer,* | J. Thaddeus Eckenrode |
| *Jennifer Ealey, Jarred Kirby, Vivian* | jte@eckenrode-law.com |
| *Brown, Brittney Hicks, Todd Krueger,* | Lisa H. Howe |
| *Chris Unthank, Colleen Kerouac,* | lhh@eckenrode-law.com |
| *Jack Miller, Tracy Bergae, Brad* | ECKENRODE-MAUPIN |
| *Meyer, Dave Fisher, Tom Ansell,* | 11477 Olde Cabin Rd., Ste. 110 |

***Tammy Powell, Jack Campbell, Anthony Mayfield, Larry Beck, William Smith and Earl Grigsby***

Steven C. Rahn
steven.rahn@springfield.il.us
Nicholas Correll
nicholas.correll@springfield.il.us
SPRINGFIELD CORPORATION COUNSEL
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone: (217) 789-2393
Facsimile:  (217) 789-2397

***Attorneys for Jacob Wayda and Clifford Buscher***

St. Louis, MO 63141
Telephone: (314) 726-6670
Facsimile:  (314) 726-2106

***Attorneys for Defendant Suzett McCarty***