# IN THE UNITED STATES DISTRCT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **STARLA SMITH,** as Administrator of the Estate of Dylan Schlieper-Clark, and on behalf of his Next of Kin, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF SANGAMON,** et al. <br><br> Defendants. | Case No. 3:23-cv-03137-CSB-EIL |

## DISMISSAL WITHOUT PREJUDICE

**COMES NOW** plaintiff Starla Smith, as the administrator of the Estate of Dylan Schlieper-Clark (hereinafter, "Plaintiff"), by and through her attorneys, and pursuant to Rule 41(a)(1)(A)(i), dismisses Anthony Mayfield, Larry Beck, Vivian Brown, Tony Stoutamyer, Jennifer Ealey, Jack Miller, Thomas Files, and Todd Krueger from this cause of action without prejudice.

Dated: May 15, 2024        Respectfully submitted,

**DONNER APPLEWHITE**
**ATTORNEYS AT LAW**

By:   */s/ Thomas R. Applewhite*
      Thomas R. Applewhite, #6310947
      906 Olive Street, Suite 1110
      St. Louis, Missouri 63101
      Phone:     (314) 293-3526
      Facsimile: (888) 785-4461
      Email:     tom.applewhite@da-lawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2024, the foregoing was filed utilizing this Court's ECF system, which will distribute an electronic version of the foregoing to all counsel of record.

*/s/ Thomas R. Applewhite*