IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **STARLA SMITH,** as Administrator of the Estate of Dylan Schlieper-Clark, and on behalf of his Next of Kin,<br><br>   Plaintiff,<br><br>v.<br><br>**COUNTY OF SANGAMON,** et al.**,**<br><br>   Defendants. | Case No. 3:23-cv-03137-CSB-EIL |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED** and agreed to by and between Plaintiff and Defendant Suzett McCarty, that the above-captioned action, shall be and is hereby dismissed without prejudice as to Suzett McCarty, with each party to bear her own attorneys' fees and costs, and that a judgment of dismissal without prejudice may be entered in the above-captioned action accordingly.

Dated: March 9, 2023                                          Respectfully submitted,

**DONNER APPLEWHITE,**                         **ECKENRODE-MAUPIN**
**ATTORNEYS AT LAW**

/s/ *Thomas R. Applewhite*                               /s/ *Lisa Howe*
Thomas R. Applewhite, #6310947            J. Thaddeus Eckenrode, IL Bar # 6196418
906 Olive Street, Suite 1110                         Lisa Howe, IL Bar #6281506
St. Louis, Missouri 63101                               11477 Olde Cabin Rd., Ste. 110
Telephone:   (314) 293-3526                         St. Louis, MO 63141
Facsimile:     (888) 785-4461                         Telephone:   (314) 726-6670
tom.applewhite@da-lawfirm.com             Facsimile:     (314) 726-2106
                                                                               jte@eckenrode-law.com
***Attorneys for Plaintiff***                                   lhh@eckenrode-law.com

                     ***Attorneys for Defendant Suzett McCarty***

## CERTIFICATE OF SERVICE

  I hereby certify that, on March 9, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this action.

                        /s/ *Thomas R. Applewhite*