IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STARLA SMITH, as Administrator of the Estate of Dylan Schlieper-Clark, and on behalf of his Next of Kin,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANGAMON, et al., CHRISTINA WHEELER, Corrections Officer, COREY HILLEN, Corrections Officer, BRITNEY HICKS, Probation Officer, CHRIS UNTHANK, Corrections Officer, COLLEEN KEROUAC, Sergeant, TRACY BERGAE, Sergeant, BRAD MEYER, Corrections Officer, DAVE FISHER, Corrections Officer, TOM ANSELL, Corrections Officer, TAMMY POWELL, Sergeant, JACK CAMPBELL, Sangamon County Sheriff, WILLIAM SMITH, Assistant Jail Superintendent, JACOB WAYDA, Arresting Officer, CLIFFORD BUSCHER, Arresting Officer, EARL GRIGSBY, Sergeant, ADVANCED CORRECITONAL HEALTHCARE, INC., CARRIE BRADLEY, RN, and SARAH LEHMANN, Health Services Administrator,<br><br>Defendants. | Case No. 23-cv-03137 |

**<u>Advanced Correctional Healthcare and Medical Defendants' Motion to Dismiss in Part Counts VII-IX of the Second Amended Complaint</u>**

Now come Defendants, ADVANCED CORRECTIONAL HEALTHCARE, INC.,

CARRIE BRADLEY, RN, and SARAH LEHMANN, by their attorneys, QUINN

JOHNSTON, and for their Motion to Dismiss in Part Counts VII-IX of the Second Amended Complaint state as follows:

1. The purpose of this motion is to clarify the remaining state law claims against Advanced Correctional Healthcare and the two remaining nurses, Carrie Bradley and Sarah Lehmann, identified as the "Medical Defendants."

2. Plaintiff's Second Amended Complaint ("SAC") was filed to remove some of the defendants, including Nurse McCarty and several correctional officers.

3. The SAC properly omits the institutional negligence claims that were plead against ACH in Counts X and XI of the First Amended Complaint and dismissed by the Court. Order [89]. The Court found that the First Amended Complaint failed to state a cause of action against ACH for institutional negligence.

4. The SAC names both ACH and the individual Medical Defendants as defendants in the wrongful death and survival act in Counts VII and VIII and names both ACH and the Medical Defendants as defendants in the respondeat superior claim in Count IX.

5. The SAC does not include any new factual allegations against ACH and in fact omits the allegations made in the institutional negligence claims at Counts X and XI of the prior complaint.

6. Given that the Court already held (Order [89]) that the allegations did not state a claim for institutional negligence against ACH, the company should not be a direct defendant in Counts VII and VII. To the extent that Plaintiff included ACH in Counts VII and VIII on the basis of *respondeat superior*, the claim against ACH in Counts VII and VIII is duplicative of Count IX.

7.  The individual Medical Defendants, nurses Bradley and Lehmann, do not employ each other and obviously cannot be liable on a theory of *respondeat superior*. Nurses Bradley and Lehmann are not proper defendants on the respondeat superior claim in Count IX. The prayer for relief on this Count only seeks judgment against ACH, so it appears that Plaintiff agrees with this position, despite including "Medical Defendants" in the header for this count.

8.  The Court should dismiss Counts VII and VIII as against ACH. Those counts should remain against the individual Medical Defendants only.

9.  The Court should dismiss Count IX as against the individual Medical Defendants. That count should remain against ACH only.

10. In the alternative, the Court could dismiss Count IX in its entirety and hold that ACH is only a defendant in Counts VII and VIII on the basis of *respondeat superior*.

11. Defendants incorporate the arguments and assertions set forth in their Motion to Dismiss the First Amended Complaint [53] and supporting Memorandum of Law [54] and the Court's Order [89] in further support of this motion.

WHEREFORE, Defendants ADVANCED CORRECTIONAL HEALTHCARE, INC., CARRIE BRADLEY, RN, and SARAH LEHMANN, respectfully pray the Court to enter an order dismissing Counts VII and VIII as against Advanced Correctional Healthcare and dismissing Count IX as against Nurses Bradley and Lehmann, and for such other and further relief as the Court deems just.

        ADVANCED CORRECTIONAL
        HEALTHCARE, INC., CARRIE
        BRADLEY, RN, and SARAH
        LEHMANN, Defendants

    By: *s/ Peter R. Jennetten*
       QUINN JOHNSTON

Peter R. Jennetten (Illinois Bar No. 6237377)
pjennetten@quinnjohnston.com
James D. VanRheeden (Illinois Bar No. 6321658)
jvanrheeden@quinnjohnston.com
QUINN JOHNSTON
227 N.E. Jefferson Ave.
Peoria, IL  61602-1211
(309) 674-1133 (phone)
(309) 674-6503 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2024, I electronically filed the foregoing Motion to Dismiss in Part Counts VII-IX of the Second Amended Complaint with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

*Attorney for Plaintiff*

Thomas R. Applewhite
906 Olive Street, Suite 1110
St. Louis, Missouri 63101
Phone: (314) 293-3526
tom.applewhite@da-lawfirm.com

*Attorneys for Jacob Wayda and Clifford Buscher*

Steven C. Rahn
Nicholas Correll
City of Springfield
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Phone: (217) 789-2393
steven.rahn@springfield.il.us
Nicholas.correll@springfield.il.us

*Attorney for Sangamon County Defendants*

Dylan P. Grady
Scott B. Sievers
BROWN, HAY & STEPHENS, LLP
205 S. Fifth Street, Suite 1000
P.O. Box 2459
Springfield, IL 62705-2459
Phone: (217) 544-8491
dgrady@bhslaw.com
ssievers@bhslaw.com

    *s/ Peter R. Jennetten*
Peter R. Jennetten (Illinois Bar No. 6237377)
pjennetten@quinnjohnston.com
James D. VanRheeden (Illinois Bar No. 6321658)
jvanrheeden@quinnjohnston.com
QUINN JOHNSTON
227 N.E. Jefferson Ave.
Peoria, IL  61602-1211
(309) 674-1133 (phone)
(309) 674-6503 (fax)

4869-6216-2530, v. 1