# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

**STARLA SMITH,** as Administrator of the Estate of Dylan Schlieper-Clark, and on behalf of his Next of Kin,

    Plaintiff,

v.

**COUNTY OF SANGAMON,** et al.

    Defendants.

Case No. 3:23-cv-03137-CSB-EIL

## STATUS REPORT

**COMES NOW** plaintiff Starla Smith, as the administrator of the Estate of Dylan Schlieper-Clark (hereinafter, "Plaintiff"), by and through her attorneys, and reports that the Sangamon County Defendants have not produced any written discovery responses in response to Plaintiff's June 22, 2023 discovery requests since the last status conference on November 4, 2024. Without any written discovery responses from the Sangamon County Defendants, no depositions have been conducted. As a result, Plaintiff will not be able to meet the January 10, 2025 expert disclosure deadline and asks that it be vacated and a status conference be set to discuss resolving discovery issues and forming a new discovery schedule.

Dated: January 6, 2025

Respectfully submitted,

**DONNER APPLEWHITE**
**ATTORNEYS AT LAW**

By: */s/ Thomas R. Applewhite*
Thomas R. Applewhite, #6310947
906 Olive Street, Suite 1110
St. Louis, Missouri 63101
Phone:   (314) 293-3526
Facsimile:  (888) 785-4461
Email:    tom.applewhite@da-lawfirm.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2025, the foregoing was filed utilizing this Court's ECF system, which will distribute an electronic version of the foregoing to all counsel of record.

*/s/ Thomas R. Applewhite*