IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STARLA SMITH, as Administrator of the Estate of Dylan Schlieper-Clark, and on behalf of his Next of Kin, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SANGAMON, et al. <br><br> Defendants. | Case No. 23-cv-03137 |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

    I hereby certify that on **January 9, 2025**, I electronically filed this **Notice of Service of Discovery Documents** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

*Attorney for Plaintiff*

Thomas R. Applewhite
906 Olive Street, Suite 1110
St. Louis, Missouri 63101
tom.applewhite@da-lawfirm.com

*Attorneys for Jacob Wayda and Clifford Buscher*

Steven C. Rahn
Nicholas Correll
City of Springfield
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
steven.rahn@springfield.il.us
Nicholas.correll@springfield.il.us

*Attorney for Sangamon County Defendants*

Dylan P. Grady
Scott B. Sievers
BROWN, HAY & STEPHENS, LLP
205 S. Fifth Street, Suite 1000
P.O. Box 2459
Springfield, IL 62705-2459
dgrady@bhslaw.com
ssievers@bhslaw.com

And I hereby certify that on **January 9, 2025**, I emailed true copies of the following discovery documents to the above-listed counsel of record:

**ADVANCED CORRECTIONAL HEALTHCARE, INC. DEFENDANTS FOURTH SUPPLEMENTAL RULE 26(A)(1) DISCLOSURES**

                                      ADVANCED CORRECTIONAL HEALTHCARE, INC., CARRIE BRADLEY, RN, and SARAH LEHMANN, Defendants

                                      By: *s/ Peter R. Jennetten*
                                              QUINN JOHNSTON

Peter R. Jennetten (Illinois Bar No. 6237377)
pjennetten@quinnjohnston.com
James D. VanRheeden (Illinois Bar No. 6321658)
jvanrheeden@quinnjohnston.com
QUINN JOHNSTON
227 N.E. Jefferson Ave.
Peoria, IL 61602-1211
(309) 674-1133 (phone)
(309) 674-6503 (fax)

4928-9633-6142, v. 2