E-FILED
Friday, 17 July, 2026 05:20:54 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **STARLA SMITH,** as Administrator of the Estate of Dylan Schlieper-Clark, and on behalf of his Next of Kin, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:23-cv-03137-CSB-EIL |
| **COUNTY OF SANGAMON,** et al. | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

COMES NOW plaintiff Starla Smith, as Administrator of the Estate of Dylan Schlieper-Clark and on behalf of his next of kin, by and through her attorneys, Donner Applewhite, and files with the Court Plaintiff's PDF Exhibits in support of Plaintiff's Memoranda in Opposition to Defendants' Motions for Summary Judgment and Plaintiff's Responses to Defendants' Statements of Undisputed Material Facts and Statements of Additional Material Facts.

Respectfully submitted by,

**DONNER APPLEWHITE,**
**ATTORNEYS AT LAW**

By: */s/ Christopher J. Herman*
Thomas R. Applewhite, #6310947
Christopher J. Herman, #6348522
5205 Hampton Avenue
St. Louis, Missouri 63109
Phone: (314) 293-3526
Fax: (888) 785-4461
Email: tom.applewhite@da-lawfirm.com
chris.herman@da-lawfirm.com

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, the foregoing was filed utilizing this Court's ECF

system, which will distribute an electronic version of the foregoing to all counsel of record.

*/s/ Christopher J. Herman*