E-FILED
Friday, 17 July, 2026 05:20:54 PM
Clerk, U.S. District Court, ILCD

