E-FILED
Friday, 17 July, 2026 05:20:54 PM
Clerk, U.S. District Court, ILCD

Media Player

File Options Tools Help

SMITH 316
62. Medical 2
64. Medical Corr.





drag in a camera

drag in a camera

0:00:00 0:00:35

Exh. 13 — Video Clip 6 — Timestamp 1014 - Smith 316

10:14:27 PM

Temps to jump
Sunday

10:38 AM
3/25/2026