E-FILED
Friday, 17 July, 2026 05:20:54 PM
Clerk, U.S. District Court, ILCD

PLAINTIFF'S EXHIBIT 18

nursys QUICKCONFIRM

# QuickConfirm License Verification Report

Primary Source Boards of Nursing Report Summary for

## CARRIE A BRADLEY [NCSBN ID: 23028287]

As of Wednesday January 25 2023 03:55:14 PM US Central Time

**Disclaimer of Representations and Warranties**
*Through a written agreement, participating individual state boards of nursing designate Nursys as a primary source equivalent database. NCSBN posts the information in Nursys when, and as, submitted by the individual state boards of nursing. NCSBN may not make any changes to the submitted information and disclaims any responsibility to update or verify such information as it is received from the individual state boards of nursing. Nursys displays the dates on which a board of nursing updated its information in Nursys.*

*This report is not sufficient when applying to another board of nursing for licensure. Use the "Nurse License Verification for Endorsement" service to request the required verification of licensure.*

*Contact the board of nursing for details about the Nurse Practice Act, which includes nurse scope of practice and privileges and information about advanced nursing practice roles (practice privileges, prescription authority, dispensing privileges & independent practice privileges).*

**UNENCUMBERED** *means that the nurse has a full and unrestricted license to practice by the state board of nursing.*

| Name on License | Type | License State | License | Active | License Status | License Original Issue Date | License Expiration Date | Compact Status |
|---|---|---|---|---|---|---|---|---|
| BRADLEY, CARRIE A | PN | ILLINOIS | 043121592 | YES | UNENCUMBERED | 10/05/2015 | 01/31/2025 | N/A |

## Where can the nurse practice as an RN and/or PN?

**Authorized to Practice in**

ILLINOIS (PN)

APRN authorization to practice details are not available.

**UNENCUMBERED** *means that the nurse has a full and unrestricted license to practice by the state board of nursing.*

**License type information**
- **RN:** Registered Nurse
- **PN:** Practical Nurse (aka Licensed Practical Nurse (LPN), Vocational Nurse (VN), Licensed Vocational Nurse (LVN))
- **CNP:** Certified Nurse Practitioner
- **CNS:** Clinical Nurse Specialist
- **CNM:** Certified Nurse Midwife
- **CRNA:** Certified Registered Nurse Anesthetist

**License status information**
- Unencumbered (full unrestricted license to practice)
- Cease & Desist
- Denial of License
- Expired
- Other license action
- Probation
- Reprimand
- Restriction
- Revoked
- Suspension
- Voluntary agreement to refrain from practice
- Voluntary Surrender

HEARTSAVER

# Heartsaver®
# First Aid CPR AED

American Heart Association.

**Carrie Bradley**

**has successfully completed the cognitive and skills evaluations in accordance with the curriculum of the American Heart Association Heartsaver First Aid CPR AED Program.**

**Optional modules completed:**

Heartsaver Total

**Issue Date**

11/11/2021

**Renew By**

11/2023

**Training Center Name**

St. Johns Hospital

**Instructor Name**

Guy Bouvet

**Training Center ID**

IL01854

**Instructor ID**

10120127275

**Training Center City, State**

Springfield, IL

**eCard Code**

216017334969

**Training Center Phone Number**

(217) 544-6464

**QR Code**

To view or verify authenticity, students and employers should scan this QR code with their mobile device or go to www.heart.org/cpr/mycards.

© 2021 American Heart Association. All rights reserved. 20-3002 1/21

nursys QUICKCONFIRM

# QuickConfirm License Verification Report

Primary Source Boards of Nursing Report Summary for

## SUZZETT M MCCARTY [NCSBN ID: 23956836]

As of Friday August 25 2023 09:18:45 AM US Central Time

**Disclaimer of Representations and Warranties**
*Through a written agreement, participating individual state boards of nursing designate Nursys as a primary source equivalent database. NCSBN posts the information in Nursys when, and as, submitted by the individual state boards of nursing. NCSBN may not make any changes to the submitted information and disclaims any responsibility to update or verify such information as it is received from the individual state boards of nursing. Nursys displays the dates on which a board of nursing updated its information in Nursys.*

*This report is not sufficient when applying to another board of nursing for licensure. Use the "Nurse License Verification for Endorsement" service to request the required verification of licensure.*

*Contact the board of nursing for details about the Nurse Practice Act, which includes nurse scope of practice and privileges and information about advanced nursing practice roles (practice privileges, prescription authority, dispensing privileges & independent practice privileges).*

**UNENCUMBERED** *means that the nurse has a full and unrestricted license to practice by the state board of nursing.*

| Name on License | Type | License State | License | Active | License Status | License Original Issue Date | License Expiration Date | Compact Status |
|---|---|---|---|---|---|---|---|---|
| MCCARTY, SUZZETT M | RN | ILLINOIS | 041491736 | YES | UNENCUMBERED | 02/25/2020 | 05/31/2024 | N/A |

## Where can the nurse practice as an RN and/or PN?

**Authorized to Practice in**

ILLINOIS (RN)

APRN authorization to practice details are not available.

**UNENCUMBERED** *means that the nurse has a full and unrestricted license to practice by the state board of nursing.*

**License type information**
- **RN:** Registered Nurse
- **PN:** Practical Nurse (aka Licensed Practical Nurse (LPN), Vocational Nurse (VN), Licensed Vocational Nurse (LVN))
- **CNP:** Certified Nurse Practitioner
- **CNS:** Clinical Nurse Specialist
- **CNM:** Certified Nurse Midwife
- **CRNA:** Certified Registered Nurse Anesthetist

**License status information**
- Unencumbered (full unrestricted license to practice)
- Cease & Desist
- Denial of License
- Expired
- Other license action
- Probation
- Reprimand
- Restriction
- Revoked
- Suspension
- Voluntary agreement to refrain from practice
- Voluntary Surrender

© 2023 National Council of State Boards of Nursing Inc. All rights reserved.

www.nursys.com

nursys QUICKCONFIRM

# QuickConfirm License Verification Report

Primary Source Boards of Nursing Report Summary for

## SUZZETT M MCCARTY [NCSBN ID: 23956836]

Wednesday, April 07 2021 08:07:33 AM

**Disclaimer of Representations and Warranties**
*Through a written agreement, participating individual state boards of nursing designate Nursys as a primary source equivalent database. NCSBN posts the information in Nursys when, and as, submitted by the individual state boards of nursing. NCSBN may not make any changes to the submitted information and disclaims any responsibility to update or verify such information as it is received from the individual state boards of nursing. Nursys displays the dates on which a board of nursing updated its information in Nursys.*

*This report is not sufficient when applying to another board of nursing for licensure. Use the "Nurse License Verification for Endorsement" service to request the required verification of licensure.*

*Contact the board of nursing for details about the Nurse Practice Act, which includes nurse scope of practice and privileges and information about advanced nursing practice roles (practice privileges, prescription authority, dispensing privileges & independent practice privileges).*

**UNENCUMBERED** *means that the nurse has a full and unrestricted license to practice by the state board of nursing.*

| Name on License | Type | License State | License | Active | License Status | License Original Issue Date | License Expiration Date | Compact Status |
|---|---|---|---|---|---|---|---|---|
| MCCARTY, SUZZETT M | RN | ILLINOIS | 041491736 | YES | UNENCUMBERED | 02/25/2020 | 09/30/2022 | N/A |

## Where can the nurse practice as an RN and/or PN?

**Authorized to Practice in**

ILLINOIS (RN)

Non-participating: MI. Non-participating boards of nursing do not submit licensure data to Nursys. Please contact them for authorization to practice details.
APRN authorization to practice details are not available.

**UNENCUMBERED** *means that the nurse has a full and unrestricted license to practice by the state board of nursing.*

**License type information**
- **RN:** Registered Nurse
- **PN:** Practical Nurse (aka Licensed Practical Nurse (LPN), Vocational Nurse (VN), Licensed Vocational Nurse (LVN))
- **CNP:** Certified Nurse Practitioner
- **CNS:** Clinical Nurse Specialist
- **CNM:** Certified Nurse Midwife
- **CRNA:** Certified Registered Nurse Anesthetist

**License status information**
- Unencumbered (full unrestricted license to practice)
- Cease & Desist
- Denial of License
- Expired
- Other license action
- Probation
- Reprimand
- Restriction
- Revoked
- Suspension
- Voluntary agreement to refrain from practice
- Voluntary Surrender

© 2021 National Council of State Boards of Nursing Inc. All rights reserved.

www.nursys.com

# Certificate

OF COMPLETION

IN RECOGNITION OF SUCCESSFUL COMPLETION IN:

**Basic Life Support - BLS**

HCP - CPR (Adult / Child / Infant / Choking)

Automated External Defibrillation / First-Aid

THIS CERTIFICATE IS PROUDLY PRESENTED TO:

**Suzzett M McCarty**

The above mentioned Student is now certified in the above mentioned course by demonstrating proficiency in the subject by passing the examination in accordance with the Terms & Conditions of National CPR Foundation - Valid for 2 years. Course administered in accordance with the **2015** ECC/ILCOR and AHA® guidelines. ID#:**F8F9F8B**

Completion: **January 18, 2021**

Instructor: **Paul J. Scruton**

Signature: [signature]

COURSE PROVIDED BY:

NationalCPRFoundation

HEARTSAVER

# Heartsaver® First Aid CPR AED

American Heart Association.

**Sarah Lehmann**

**has successfully completed the cognitive and skills evaluations in accordance with the curriculum of the American Heart Association Heartsaver First Aid CPR AED Program.**

**Optional modules completed:**

Heartsaver Total, Child CPR AED, Infant CPR, Exam

**Issue Date**

10/16/2021

**Renew By**

10/2023

**Training Center Name**

St. Johns Hospital

**Instructor Name**

Guy Bouvet

**Training Center ID**

IL01854

**Instructor ID**

10120127275

**eCard Code**

216016605650

**Training Center City, State**

Springfield, IL

**QR Code**

**Training Center Phone Number**

(217) 544-6464

To view or verify authenticity, students and employers should scan this QR code with their mobile device or go to www.heart.org/cpr/mycards.

© 2021 American Heart Association. All rights reserved. 20-3002 1/21

Illinois Department of Financial and Professional Regulation

# Lookup Detail View

**Contact**

Contact Information

| Name | City/State/Zip | DBA / AKA |
|---|---|---|
| SARAH L LEHMANN | CHATHAM, IL 62629 | |

**License**

License Information

| License Number | Description | Status | First Effective Date | Effective Date | Expiration Date | Ever Disciplined |
|---|---|---|---|---|---|---|
| 043103657 | LICENSED PRACTICAL NURSE | ACTIVE | 06/27/2007 | 02/01/2023 | 01/31/2025 | N |

Generated on: 2/1/2023 1:44:49 PM