PLAINTIFF'S EXHIBIT 19
E-FILED
Friday, 17 July, 2026 05:20:55 PM
Clerk, U.S. District Court, ILCD



# OFFER OF EMPLOYMENT

Advanced Correctional Healthcare, Inc. hereby offers the position described below to:

**Candidate Name** Carrie Bradley

Position LPN Facility Sangamon County

Employment begins 3/9/17 at 6 am / pm

Compensation will be $ [redacted] per hour

- ☐ Full-time
  - Hourly (Non-Exempt) ____ hour(s) weekly/every other week/monthly
  - Salary (Exempt) ____ hour(s) weekly/every other week/monthly
- ☒ Part-time
  - Hourly (Non-Exempt) 24 hour(s) weekly/every other week/monthly
  - Salary (Exempt) ____ hour(s) weekly/every other week/monthly
- ☐ PRN as scheduled

Additional compensation:

____ Cell phone allowance ________ per month
____ Mileage reimbursement ________ per mile
____ Other

ACH will provide a copy of the job description for this position and a description of benefits. The employee and supervisor must initial any changes to the original Offer of Employment proposed in this document.

I understand the position as offered above, and I understand employment is at-will.

Carrie Bradley
Employee Name

[redacted] 3/9/17
Signature Date

[redacted] RN 3/9/17
ACH Signature Date

New Hire Information sent to Payroll Dept:
Date ________
Initials ________

HR12
Adopted 03/2011
Revised 05/2011
Reviewed 07/2012

Advanced Correctional Healthcare is an at will employer.

ADVANCED Correctional Healthcare

2612

# Employee Data Sheet

File -2803

**Personal Data:**

Name: Bradley Carrie Anne (Last / First / Middle) Hire Date:

Social Security Number: [redacted] ☐ PRN ☐ FT

Address: [redacted] ☐ PT ☐ IC

City: Sherman State: IL Zip Code: 62684

Home Phone number: [redacted] Mobile: [redacted]

Email address: [redacted]

Sex: F Marital Status M DOB: [redacted]

Spouse's name: Bradley [redacted] (Last / First / Middle)

| Children: | | | |
|---|---|---|---|
| Name [redacted] | Sex: M | DOB: [redacted] | Dependent: (yes) / no |
| Name [redacted] | Sex: F | DOB: [redacted] | Dependent: (yes) / no |
| Name: | Sex: | DOB: | Dependent: yes / no |
| Name: | Sex: | DOB: | Dependent: yes / no |

**Education:**

| | | | |
|---|---|---|---|
| High School | Cinda High | Number of Years: 4 | Degree: yes / no |
| College 1 | LLCC | Number of Years: 4 | Degree: (yes) / no |
| College 2 | UIS | Number of Years: 1 | Degree: yes / (no) |
| Post-Grad | | Number of Years: | Degree: yes / no |

**Emergency Information:**

Name: [redacted] Bradley Relationship: Spouse

Home Phone Number: [redacted] Work Phone Number: ( ) -

Address: [redacted]

City: Sherman State: IL Zip Code: 62684

HR14
Adopted
Revised 2/1/2016
Reviewed 03/19/2012

# Payroll Change Notice (PCN)

***To be filled out by a supervisor or RNM:***

Employee's Full Name: Carrie Bradley

County/States (list all affected):

Livingston IL

Submitted By: Laurina Boryca

Date Submitted: 6/18/18

Effective Date: 6/18/18

**Personal Details Change:**

Name Change (New SS Card must be with PCN)

Address Change (Enter address below with employee's approval)

_______________

Other Change (Explain below)

_______________

_______________

**Position Change:**

Is the employee still employed? (If no, go to 2nd column)

Promotion

Lateral Move/ Transfer

Demotion/ Resigned from site

Locked out of site/ Removal from site

Do they have a new title?

☐ New title: _______________

Do they have a new supervisor?

☐ New supervisor: _______________

How did that change their hours (FT, PT, or PRN?

☐ To _____ hourly; _____ hours/week

☐ To _____ salary; _____ hours/week

☐ To PRN

Were sites added or dropped?

X New site(s): Livingston IL PRN

☐ Dropped site(s): _______________

X How did that affect their pay?

New rate: [redacted]

**Termination:**

Voluntary

Involuntary

Loss of contract (involuntary)

(Must submit final timesheet for employee with PCN)

Site(s) affected: _______________

Last day worked: _______________

Date contract ends: _______________

*Must submit an Employee Conference documenting involuntary terminations with PCN.

**Allowance Change:**

Will the employee receive or lose an allowance?

Allowance type: _______________

Add or remove: _______________

Amount of allowance: _______________

Description of allowance: _______________

**Email this form to hr@advancedch.com**

**Supervisor must confirm receipt of form.**

[HR USE ONLY]

HR Assigned PCN Tracking # 406

Termination Code: _______________

Eligible for rehire? (yes/no): _______________

**Within 24 hours, HR will give original to payroll**

JB

[PAYROLL USE ONLY]

PTO balance: _______________

Sick balance: _______________

Notes: _______________

Process date: 6.27.2018

Processed by: [redacted]

**Return to HR Intern for employee file**

* Must submit an Employee Conference documenting demotion, lock outs or involuntary job changes with PCN.
* PCN's must be received 48 hours prior to the pay period end date for the PCN to be effective in the current pay period.
* Terminations are processed within 24 hours of final pay date, as final check must be completed prior to processing.

Approved by: (Print Name) Laurina Boryca (Sign Name) [redacted]

CB

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

## No-Formulary Acknowledgment

You understand that ACH does not use a drug formulary.

You understand that ACH uses an evidence-based, medically indicated method of treatment.

You understand that you must contact the Corporate Medical Director if you do not understand the difference.

You understand that ACH does not approve or deny treatment based upon cost.

You understand that ACH's practitioners are able to prescribe any medically-necessary medication without obtaining prior approval from the corporate office.

You understand that ACH does not follow blanket policies such as "This is a no-narcotic facility."

Carrie Bradley
Print your name

[redacted]
Sign your name

9/22/17
Date

Carrie

ADVANCED Correctional Healthcare, Inc.
A Higher Standard. Delivered.

# Licensure Acknowledgment

You understand that healthcare professionals employed by ACH are expected to maintain their licensure(s) in all states in which they are assigned to work.

You understand that ACH prohibits healthcare professionals from working without a current license.

You understand that you are responsible for monitoring the expiration date of you license(s). You understand that ACH may, but is not responsible for, monitoring the expiration of your license(s).

You understand that you are required for monitoring your collaborative agreement compliance, if applicable to your position. You understand that ACH may, but is not responsible for, monitoring collaborative agreement compliance.

You understand that you are responsible for sending HR an up-to-date copy of your licensure in all states in which you are assigned to work on a regular basis.

You understand that you are responsible for all costs associated with your home state license and associated renewals.

You understand that ACH will pay for the licensure/renewal costs for all state(s) in which you work for ACH, **not to include your home state.**

**Please note that ACH may be unable to process licensure applications and/or renewals on your behalf because ACH cannot certify the forms on your behalf. Therefore, you may be required to complete the paperwork on your own, including paying the licensure/renewal costs, then request reimbursement for those expenses from ACH.**

You understand that in order to receive reimbursement, you must fill out an expense reimbursement form. Expense reimbursement forms may be requested from the payroll department.

Carrie Bradley
Print your name

[redacted]
Sign your name

11/10/17
Date

**ADVANCED**
Correctional Healthcare

A Higher Standard. Delivered.

# CPR Certification Acknowledgment

You understand that medical professionals employed by ACH are expected to maintain their CPR certification.

You understand that ACH may, but is not responsible for, monitoring the expiration of your CPR card.

You understand that you are responsible for sending HR an up-to-date copy of your CPR card on a regular basis.

You understand that ACH will reimburse you up to $25 toward the cost of your CPR certification.

You understand that in order to receive reimbursement, you must fill out an expense reimbursement form. Expense reimbursement forms may be requested from the Director of Accounting.

Carrie Bradley
Print your name

[redacted]
Sign your name

11/10/17
Date

Implemented 2/2010
Revised 1/2015
Reviewed 1/2015

ADVANCED Correctional Healthcare, Inc.
A Higher Standard. Delivered.

# Annual Training Acknowledgment

By signing this I agree that I have been adequately trained on my job duties/expectations. I understand that:

- I am expected to fulfill the requirements of the position I am in.
- I feel confident performing all duties of my job.
- I understand it is my sole responsibility to contact a supervisor or other member of management if I feel I need more training on a task or subject.
- I understand ignorance is not an excuse for failing to educate myself on facility processes, ACH policies and procedures, or job expectations.

If I do not understand any part of this, I will seek clarification from my supervisor or other member of management.

Carrie Bradley [redacted] 11/10/17
Print your name Sign your name Date

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

## Corrections Environment Training Acknowledgment

You understand that:

- You should be firm, fair, and consistent with patients.
- You should not discuss a patient's health concerns with another patient.
- You should treat patients with dignity and respect to help build your professional reputation.
- It would be considered inappropriate to discuss details with a patient about your personal activities/interests when away from work.
- It would be considered inappropriate and poor practice to allow a custody officer to review a medical chart because he/she is interested in the medical condition of a patent.
- The major function of the correctional environment is NOT to provide healthcare.
- A patient should never know the date, time or place of an off-site appointment.
- When addressing or dealing with a patient, you should be consistent in how you address patient(s).
- To maintain a professional working relationship you should maintain professional dress and appearance.
- The sheriff and jail administrator should have access to viewing the actual medical record without a patient's written consent.
- As a healthcare employee, to maintain a safe working environment, you should keep your healthcare unit keys on your person and know what areas in the healthcare unit need to be locked, keep medication and medication room locked, and know what is considered contraband at the facility.
- You should never deliver messages for a patient, make copies for a patient, or accept gifts from a patient.

If you did not understand any part of this training, you must seek clarification from your supervisor.

Failure to comply with this training may result in disciplinary action up to and including termination of employment.

Carrie Bradley [redacted] 10/20/17

Print your name Sign your name Date

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

# Principles of ACH Training Acknowledgment

You understand that:

- You are not expected to work in a correctional facility which you know is not safe or healthful.
- You have no expectation of privacy in a correctional facility.
- Policies, procedures and protocols are the property of the correctional facility. Blanket facility policies such as "This is a no-narcotic facility" are likely unconstitutional; therefore, you should contact your supervisor and address the issue with jail administration. Policies, procedures and protocols are intended to be guidelines, not strict rules. This means patients should be evaluated on an individual basis and common sense should be used. Protocols (the yellow manual) are not standing orders.
- Medical records are the property of the correctional facility and may be accessed by jail administration.
- ACH does not have a formulary. Patient should not be denied a medication (or other treatment) simply because it is expensive. A patient may be provided a substitute medication, such as a generic, in order to reduce waste. Correctional officers may pass medication, as long as they are trained.
- Medical decisions are made on a case-by-case (individual) basis. Cost should not affect medical decisions. Indigent patients should not be denied access to medical care or treatment. No patient should be denied access to medical care or treatment. A healthier patient, more likely than not, should require fewer medical services over time, so it makes no sense to deny care or treatment.
- If you know a patient needs to be sent to the hospital, you should send them. You do not need corporate or practitioner approval. You may be overruled by jail administration if there is a security concern.
- ACH prohibits you from taking on a security role, such as carrying keys, moving detainees, or classifying detainees.
- As a general rule, physical restraints should only be ordered by the medical team when it is for the health or safety of the patient.
- As a general rule, forced (involuntary) medication should only be administered per a court Order.

If you do not understand any part of this, you must seek clarification from your supervisor. Failure to comply with these principles may result in disciplinary action up to and including termination of employment.

Carrie Bradley [redacted] 10/20/17

Print your name | Sign your name | Date

1 of 1

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

# Prison Rape Elimination Act (PREA) Training Acknowledgment

You understand that:

- Anyone in the correctional facility can be implicated as a perpetrator of sexual assault.
- The correctional facility is required to 1) provide contact information for victim advocacy, 2) file abuse reports according to mandatory reporting laws, 3) maintain agreements, and 4) enable victim communication with community services providers for confidential emotional support. The jail may request that you hand out packets to victims.
- Cross-gender viewing and searches are prohibited, except in exigent circumstances or by a medical professional.
- Inmates have the right to report a complaint of sexual abuse and/or harassment and receive a response. If you receive such a report, you should report those allegations to jail administration immediately.
- You should be attentive and report "red flags" that suggest someone is engaged in an inappropriate relationship with an inmate. Possible "red flags" may include 1) offering special privileges or gifts, 2) overlooking infractions, 3) coming in early/staying late in the housing area, 4) sharing personal information, and/or 5) having more frequent closed-door meetings with an inmate.
- If you suspect a PREA violation, you should report it to the person designated by jail administration, refrain from discussing it with others to the extent possible by jail policy, report to jail administration any attempts by others to discuss the incident, and advise your Regional Nurse Manager of the report.
- If you assess a rape victim, you should visually asses for urgent life-threatening injuries, leave all clothing on the victim unless life-threatening treatment dictates otherwise, cover open wounds with a dry dressing, and advise jail administration to transport the victim to the emergency room. You should notify the practitioner as soon as reasonably possible.
- To the extent possible, you should not allow the victim to bathe, brush their teeth, comb their hair, eat or drink, change clothes, or clean up their space (if the assault took place there).
- In the interest of professional boundaries, you should provide consistent, respectful, and professional care and report any prior relationship (on any level) with an inmate to jail administration and your Regional Nurse Manager.

If you do not understand any part of this training, you must seek clarification from your supervisor.

Failure to comply with this training may result in disciplinary action up to and including termination of employment.

Carrie Bradley | [redacted] | 10/20/17
Print your name | Sign your name | Date

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

# OSHA Training Acknowledgment

You understand that:

- You have 24/7 access to view all ACH OSHA policies on ADP.
- Human blood and bodily fluids should be treated as they are known to be infectious.
- Good housekeeping techniques are necessary to minimize the risk of occupational exposure to potentially infectious materials.
- Healthcare staff (including nurses, physicians, mid-levels, and QMHPs) are considered Group 1 Employees, whose routine duties involve the potential for exposure.
- Methods to reduce exposure include, but are not limited to, obtaining a Hepatitis B vaccination, handwashing, using personal protective equipment (PPE) and using safety needles.
- Post Exposure Packets should be at sites and at the corporate office.
- Needles without safety devices should not be used.
- If an employee declined to receive the Hepatitis B vaccination, he/she may, at any time, change their mind and choose to receive the Hepatitis B vaccination.
- When a chemical is moved from its original container to a secondary container the label should contain the chemical name and harmonized signal word.
- When using a fire extinguisher P.A.S.S. stands for Pull, Aim, Squeeze, Sweep.

If you did not understand any part of this training, you must seek clarification from your supervisor.

Failure to comply with this training may result in disciplinary action up to and including termination of employment.

| Carrie Brady | [redacted] | 10/20/17 |
|---|---|---|
| Print your name | Sign your name | Date |

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

# Medical Licensure Acknowledgment

You understand that medical professionals employed by ACH are expected to maintain their medical licensure(s) in all states in which they are assigned to work.

You understand that ACH prohibits medical professionals from working without a current medical license.

You understand that ACH may, but is not responsible for, monitoring the expiration of your license(s).

You understand that you are responsible for sending HR an up-to-date copy of your licensure in all states in which you are assigned to work on a regular basis.

You understand that you are responsible for all costs associated with your home state license and associated renewals.

You understand that you are responsible for the initial costs of all other licensures and renewals in the states in which you work for ACH.

You understand that ACH will reimburse you 100% of the licensure/renewal costs for all other state(s) in which you work for ACH, **not to include your home state.**

You understand that in order to receive reimbursement, you must fill out an expense reimbursement form. Expense reimbursement forms may be requested from the Director of Accounting.

Carrie Bradley

[redacted]

11/16/17
Date

Implemented 3/2003
Revised 1/2015
Reviewed 1/2015

# Employment Reference Release

I acknowledge that I have been informed that it is Advanced Correctional Healthcare's general policy to base all references upon what is contained within a former employee's personnel file.

By signing this release, I am voluntarily authorizing Advanced Correctional Healthcare (ACH) to disclose to such prospective employers any employment-related information that ACH, in its sole discretion and judgement, may determine is appropriate to disclose, including any personal comments, evaluations, or assessments that ACH may have about my performance or behavior as an employee.

In exchange for ACH's agreement to disclose employment-related information pursuant to my request, I agree to release and discharge ACH and ACH's successors, employees, officers, and directors for all claims, liabilities, and causes of action, known or unknown, fixed or contingent, that arise from or that are in any manner connected to ACH's disclosure of employment-related information to prospective employers. This release includes, but is not limited to, claims of defamation, libel, slander, negligence, or interference with contract or profession.

I acknowledge that I have carefully read and fully understand the provisions of this release. I further acknowledge that I was given the opportunity to consult with an attorney or any other individual of my choosing before signing this release and that I have decided to sign this release voluntarily and without coercion or duress by any person.

This release sets forth the entire agreement between ACH and me, and I acknowledge that I have not relied upon any representation or statement, written or oral, not set forth in this document.

[redacted] 3/9/17

Sign your name Date

Carrie Bradley

Print your name

***This completed form must be filed in the employee's personnel file.**

Revised 4/14

**ADVANCED** Correctional Healthcare

A Higher Standard. Delivered.

General Policies and Procedures

**Policy Name** **EEO / Nondiscrimination / Anti-harassment Policy**

**Policy**
It is the policy of ACH to provide equal employment opportunities to all employees and applicants for employment without regard to race, color, religion, sex, national origin, disability, age, genetics, or any other federally protected class.

In addition, it is the policy of ACH to comply with applicable state and local laws governing nondiscrimination in employment in every location in which ACH has facilities and employees. This policy applies to all terms and conditions of employment including, but not limited to, recruitment, hiring, placement, promotion, termination, layoff, recall, transfer, leaves of absence, benefit plans, all forms of compensation, and training.

Finally, in order to provide a productive and pleasant working environment, it is important that we at ACH endeavor to maintain a workplace characterized by mutual respect. Accordingly, harassment in our workplace will not be tolerated and is considered appropriate justification for disciplinary action up to and including termination.

**Anti-Harassment**
ACH has a longstanding commitment to a work environment that respects the dignity and worth of each individual. Any actions, words, jokes or comments based upon an individual's legally-protected characteristic are **STRICTLY PROHIBITED**.

Sexual harassment includes unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature. Sexual harassment is an unwelcome sexual advance that creates a hostile work environment. Hostile is defined as "quid pro quo" (this for that) or by the target. This can involve a 3rd party, members of both sexes, at all job levels, both on and off the job or communicating via any ACH outlet. ACH reserves the right to make a determination of the appropriateness of any particular conduct.
Specifically, with respect to sexual harassment, ACH prohibits:

- Unwelcome sexual advances;
- Requests for sexual favors;
- All other verbal or physical conduct of a sexual or otherwise offensive nature, especially where:
  - Submission to such conduct is made either explicitly or implicitly a term or condition of employment;
  - Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; and/or
  - Such conduct has the purpose or effect of unreasonably creating an intimidating, hostile, or offensive working environment.

The above list is not exhaustive.

Examples of the types of conduct expressly prohibited by this policy include, but are not limited to, the following:

- Touching, such as rubbing or massaging someone's neck or shoulders, stroking someone's hair, or brushing against another's body.
- Sexually-suggestive touching.
- Grabbing, groping, kissing, fondling.
- Violating someone's "personal space."
- Offensive whistling.
- Lewd, off-color, sexually oriented comments or jokes.
- Jokes or offensive comments based on race, religion, ethnicity, etc.
- Foul or obscene language.

**ADVANCED**
Correctional Healthcare

A Higher Standard. Delivered.

- Leering, staring, stalking.
- Suggestive or sexually explicit posters, calendars, photographs, graffiti, cartoons.
- Unwanted or offensive letters or poems.
- Sitting or gesturing sexually.
- Sexually, racially or otherwise offensive email or voicemail messages.
- Sexually oriented or explicit remarks, including written or oral references to sexual conduct, gossip regarding one's sex life, body, sexual activities, deficiencies, or prowess.
- Questions about one's sex life or experiences.
- Repeated requests for dates.
- Sexual favors in return for employment rewards, or threats if sexual favors are not provided.
- Sexual assault or rape.
- Any other conduct or behavior deemed demeaning, offensive, or unlawful by ACH.

Claims, in good faith, should be reported to your immediate supervisor, the Director of Human Resources, or anyone in management with whom you feel comfortable. Every employee has a duty to report any conduct which they believe violates this policy. **ACH WANTS TO KNOW.**

All complaints of harassment will be promptly and thoroughly investigated, and violations of the policy or other inappropriate conduct will be treated as serious disciplinary infractions. Investigations are not strictly confidential, **but any interference with the investigation process or malicious gossip about the investigation will result in disciplinary action up to and including termination of employment.** Any employee who joins in or condones harassment or abuse of another employee will also be liable for discipline. Every employee has a duty to cooperate with any investigation conducted by ACH.

Retaliation against a complaining employee is also against ACH policy and **WILL NOT BE TOLERATED.** However, if after investigating any complaint of harassment or unlawful discrimination, ACH determines that the complaint is frivolous and was not made in good faith or that an employee has provided false information or withheld critical information regarding the complaint, disciplinary action may be taken against the individual who filed the complaint or who gave false information or withheld critical information up to and including termination.

**External Assistance**
An employee who is unable to resolve the complaint with the above policy has a right to contact the Equal Employment Opportunity Commission (EEOC) for assistance at: 1-800-669-4000, 1-800-669-6820 (TTY), or info@eeoc.gov.

**NO APPLICATION OF THIS POLICY WILL VIOLATE ANY APPLICABLE LOCAL, STATE OR FEDERAL LAW.**

**If there is any provision in the policy that you do not understand, you must seek clarification from the Director of Human Resources.**

**This policy states ACH's policy and practice in effect on the date of publication. This policy is continually evaluated and may be amended, modified, or terminated at any time.**

**Any violation of this policy is grounds for disciplinary action up to and including termination.**

Carrie Bradley
Print your name

[redacted]
Sign your name

3/9/17
Date

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

# EMPLOYEE POLICIES & EMPLOYMENT AT-WILL ACKNOWLEDGEMENT

Welcome to Advanced Correctional Healthcare! We are pleased that you have chosen to become part of the ACH team.

**You acknowledge that** the ACH employee policies are available to you on the ADP website.

**You acknowledge that** you have been provided with information to log in to your account for the ADP website.

**You will read the policies thoroughly. If there is any ACH policy or provision that you do not understand, you will seek clarification from the Director of Human Resources.**

ACH reserves the right to deviate from its policies depending on particular circumstances. For that reason, if you have any questions concerning eligibility for a particular benefit or the applicability of a policy or practice to you, you must address your specific questions to the Director of Human Resources. You also understand that ACH's policies are continually evaluated and may be amended, modified or terminated at any time. ACH reserves the right to unilaterally modify or discontinue its procedures, practices, policies and benefits. We will try to inform you of any changes as they occur. Please note that the terms of the written insurance policies are controlling.

You also understand and acknowledge that ACH is an "at-will" employer and as such, employment with ACH may be terminated at the will of either party, with or without cause, and without prior notice. You understand that nothing contained in the policies changes this at-will relationship, guarantees you a benefit, creates a contract of continued employment or employment for a specified term, or any contractual obligation that conflicts with ACH's policy that the employment relationship with its employees is at-will.

**No representative of ACH, other than the President & Chief Operations Officer, has the authority to enter into any agreement for employment other than at-will. Any such agreement that changes your at-will employment status must be explicit, in writing, and signed by both the President & Chief Operations Officer and you.**

Carrie Bradley
~~(Print your name)~~

[redacted]
Sign your name

3/9/17
Date

**ADVANCED**
Correctional Healthcare

A Higher Standard. Delivered.

General Policies and Procedures

**Policy Name** **Drug-Free Workplace**

**Policy Statement**
In order to protect the safety of ACH staff members and those working and residing within the facilities we serve, ACH maintains an alcohol- and drug-free workplace. Workplace is defined as ACH offices and job sites, along with their associated parking lots, restroom facilities, lunch and break rooms, etc. In addition, an employee is considered to be in the workplace when driving or riding as a passenger in a vehicle being operated for business use, or at any time an employee is being paid to work, regardless of the location. <u>In addition to this policy, employees are expected to comply with the policies of the correctional facility(s) at which they work</u>, as long as such policies do not violate ACH policies or conflicting instructions received from ACH. If the policies conflict, employees must notify their supervisor.

This policy covers the following substances:

- Controlled substances
- Alcoholic beverages
- Prescription drugs which cause drowsiness or other side effects that may impair an employee's ability to perform their job properly and safely
- Illegal drugs

<u>Controlled Substances</u>
Employees are prohibited from possessing, or being under the influence of, controlled substances while on ACH premises or otherwise engaged in ACH business.

<u>Alcoholic Beverages</u>
Employees are prohibited from possessing, or being under the influence of, alcoholic beverages while on ACH premises or otherwise engaged in ACH business; except at ACH-sponsored events, where such consumption is authorized in advance, provided, however, that excessive consumption rendering one under the influence of alcohol is expressly prohibited under any circumstances.

<u>Prescription drugs which cause drowsiness or other side effects that may impair an employee's ability to perform their job properly and safely</u>
Employees are prohibited from being under the influence of these drugs while on ACH premises or otherwise engaged in ACH business. This prohibition includes being impaired by prescription medications which have been abused.

<u>Illegal Drugs</u>
Employees are prohibited from possessing, or being under the influence of, illegal drugs while on ACH premises or otherwise engaged in ACH business.

The following actions, even if not occurring while on ACH premises or otherwise engaged in ACH business, are considered a danger to ACH's reputation for safety and integrity:

- Indictment or conviction for criminal offenses related to any controlled substances, alcohol, prescription drugs, or illegal drugs
- Any other actions involving any controlled substance, alcohol, prescription drug, or illegal drug that, at the Director of HR's discretion, is considered a danger to ACH's reputation for safety and integrity.

Employees must notify the Director of HR of any criminal drug or alcohol conviction resulting from a violation occurring in ACH's workplace no later than 5 days after such conviction. ACH will in turn notify the appropriate facility(s) within 10 days after receiving such notice from the employee, or otherwise receiving actual notice of such conviction.

**ADVANCED** Correctional Healthcare

A Higher Standard. Delivered.

Employees may be required at any time to submit to a search of any pocket, purse, briefcase, container, package, vehicle, file, desk, drawer, locker, or closet brought into or used within the workplace. ACH-requested searches will be conducted by the employee's supervisor with an appropriate witness.

Correctional facilities have their own policies governing the searching of our staff. Employees may be required at any time to submit to a search conducted by the facility.

Supervisors are responsible for reporting any suspected violation of this policy to the Director of HR, and for facilitating the testing of the employee, if advised by the Director of HR to do so.

ACH may require an employee to undergo a drug/alcohol test when it has reason to believe that an employee may be in violation of this policy. ACH may also require an employee undergo a drug/alcohol test when the employee has been involved in a work-related accident. **Correctional facilities may drug/alcohol test ACH's employees at any time and without notice.**

**Refusal to consent to a drug/alcohol test will result in termination of employment.**

All drug/alcohol testing will be conducted in accordance with applicable laws. Any drug/alcohol testing required by ACH will be paid for by ACH.

Generally, when an employee is asked to take a drug test while at work, ACH will pay an employee drive time to and from the drug test facility. If the employee is not returning to work following the drug test, the drive time home is generally not paid for. If an employee is called in to take a drug test while they are not at work, ACH will generally pay for drive time in excess of 45 minutes.

Employment with ACH is conditional upon negative test results. If the employee's test results are positive, the employee will be given the opportunity to explain the positive result. In addition, the employee may have the same sample retested at a laboratory of the employee's choice and at the employee's expense.

Any employee who wishes to receive information about counseling, rehabilitation, and ACH's employee assistance program may request such information from the Director of HR. ACH encourages employees to come forward and seek help with drug/alcohol problems before the problems manifest themselves at work. Employees may seek assistance from the Director of HR in securing referrals and the details of insurance coverage, if applicable. In any case, it is the employee's responsibility to seek help.

**NO APPLICATION OF THIS POLICY WILL VIOLATE ANY APPLICABLE LOCAL, STATE OR FEDERAL LAW.**

**If there is any provision in the policy that you do not understand, you must seek clarification from the Director of Human Resources.**

**This policy states ACH's policy and practice in effect on the date of publication. This policy is continually evaluated and may be amended, modified, or terminated at any time.**

**Any violation of this policy is grounds for disciplinary action up to and including termination.**

Connie Bradley
Print your name

[redacted]
Sign your name

3/9/17
Date

# CONFIDENTIALITY & ASSIGNMENT AGREEMENT

This Confidentiality and Assignment Agreement (hereinafter referred to as the "AGREEMENT"), effective as of the date noted below, entered into by and between Advanced Correctional Healthcare, Inc. (hereinafter referred to as "ACH"), an Illinois corporation; and the undersigned employee (hereinafter referred to as the "EMPLOYEE").

<u>ARTICLE 1: CONFIDENTIALITY</u>

1.0 As a result of the EMPLOYEES's work for ACH, the EMPLOYEE may develop, obtain, or learn about trade secrets or confidential information which is the property of ACH or received by ACH from ACH's clients or from others.

1.1 The EMPLOYEE will maintain the strict confidentiality of such trade secrets or confidential information; and, in particular, will not use any of such trade secrets or confidential information for themselves or others or divulge them to others, either during or after termination of employment.

1.2 The terms "trade secrets" and "confidential information" include, without limitation, processes, methods, techniques, systems, manuals, training materials, formulas, drawings, photographs, software in various stages of development (including, without limitation, source code, object code, documentation, diagrams, flow charts), machine readable records, designs, specifications, patterns, models, devices, compilations, marketing strategies, business proposals and plans, financial and operational information and strategies, purchasing information, price lists, pricing policies and strategies, customer proposals, customer lists, customer information, customer data, customer strategies, any and all information and data relating to customers (and former customers and prospects), or any information of whatever nature which gives ACH an opportunity to obtain an advantage over competitors; but the EMPLOYEE understands the terms do not include knowledge, skills, or information common to their trade or profession.

1.3 When the EMPLOYEES's employment terminates, they will return to ACH all material pertaining to such trade secrets and confidential information prepared by the EMPLOYEE or coming into their possession.

<u>ARTICLE 2: ASSIGNMENT</u>

2.0 The EMPLOYEE herby assigns to ACH all right, title and interested in an y inventions, discoveries, concepts or designs, and the expression thereof (including, without limitation, methods, formulas, processes, systems, copyrightable works, patentable works programming language, software, computer programs and techniques, and improvements thereof), conceived, created or made by the EMPLOYEE which relate to ACH's business or to its actual or planned research or development, or which are suggested by or result from any task assigned to the EMPLOYEE or work performed by the EMPLOYEE for ACH; will promptly disclose the same to ACH; and , when requested, will assist and cooperate in helping ACH obtain protection thereon worldwide.

2.1 NOTWITHSTANDING THE ABOVE, THIS ARTICLE 2 DOES NOT APPLY TO AN INVENTION FOR WHICH NO EQUIPMENT, SUPPLIES, FACILITY, OR TRADE SECRET INFORMATION OF ACH WAS USED AND WHICH WAS DEVELOPED ENTIRELY ON TH EEMPLOYEE'S OWN TIME UNLESS (a) THE INVENTION RELATES (i) TO THE BUSINESS OF ACH OR (ii) TO ACH'S ACTUAL OR DEMONSTRABLY ANTICIPATED RESHEARCH OR DEVELOPMENT, OR (b) THE INVENTION RESULTS FORM ANY WORK PERFORMED BY THE EMPLOYEE FOR ACH.

<u>ARTICLE 3: ENFORCEMENT</u>

3.0 The EMPLOYEE agrees and acknowledges that the enforcement of this AGREEMENT is reasonably necessary for the proper protection of ACH's business and competitive position.

3.1 The EMPLOYEE is not a party to any other agreement which would interfere with this AGREEMENT.

3.2 The EMPLOYEE understands that this AGREEMENT is effective as of the date noted below and that this AGREEMENT will survive termination of the EMPLOYEE's employment with ACH for any reason.

3.3 The parties hereby stipulate that, as between them, the foregoing matters are important, material, and confidential, and gravely affect the effective and successful conduct of the business of ACH, and its goodwill, and that any breach of the terms outlined in this AGREEMENT is a material breach of this AGREEMENT.

3.4 In the event of the breach of the EMPLOYEE of any of the provisions in this AGREEMENT, ACH, in addition and supplementary to any other rights and remedies existing in its favor, may apply to any court of law or equity of

competent jurisdiction for specific performance and/or injunctive or other relief (without bond) in order to enforce or prevent any violation of the provisions hereof.

3.5 Should litigation be necessary to enforce any or all parts of this AGREEMENT, the EMPLOYEE agrees that the cost for all reasonable attorneys' fees incurred by ACH in enforcing this AGREEMENT will be borne by the EMPLOYEE.

3.6 The validity, enforceability, construction and interpretation of this AGREEMENT will be governed by the laws of the State of Illinois, without giving effect to the conflict of laws principles thereof.

3.7 Any and all proceeding relating to the subject matter herein will be maintained in the courts of the State if Illinois or in Federal District Court sitting in Peoria County, Illinois, which courts will have exclusive jurisdiction for such purpose.

3.8 The EMPLOYEE understands that if any covenant or provision of this AGREEMENT is held unenforceable or invalid, in whole or in part, all other covenants or provisions will nevertheless remain in full force and effect and no covenant or provision will be considered dependent upon any other covenant or provision.

3.9 If a court holds that the duration, scope or area restriction stated herein is unreasonable, under circumstances then existing, the parties agree that the maximum duration, scope or area reasonable under such circumstances will be substituted for the statement of duration, scope or area.

3.10 This AGREEMENT may not be changed orally. No modification, termination or attempted waiver of any of the provisions of this AGREEMENT will be valid unless in writing signed by the party against whom the same is sought to be enforced.

3.11 This AGREEMENT will be binding upon and inure to the benefit of ACH, its successors and assigns. The rights and obligations of the EMPLOYEE hereunder are personal and may not be assigned or transferred except as may be agreed to in writing by ACH.

ARTICLE 4: NO CONTRACT OF EMPLOYMENT

4.0 The EMPLOYEE understands that the above items are part of their normal duties and responsibilities and as such are part of their consideration to ACH for salary or wages paid to the EMPLOYEE during their employment.

4.1 This AGREEMENT is not an employment contract and does not alter the at-will employment relationship between ACH and the EMPLOYEE. ***This AGREEMENT does not confer any contractual right, either express or implied, to remain in ACH's employ. Nor does it guarantee any fixed terms and conditions of the EMPLOYEE's employment. The EMPLOYEE's employment is not for any specific time and may be terminated at will, with or without cause and without prior notice by ACH, or the EMPLOYEE may resign for any reason at any time.***

4.2 **No supervisor or other representative of ACH (except the Chief Operations Officer, in writing) has the authority to enter into any agreement for employment for any specified period of time, or to make any agreement contrary to the above.**

4.3 This AGREEMENT is applicable without regard to the EMPLOYEE's duration of employment.

IN WITNESS WHEREOF, the parties have executed this AGREEMENT the date and year written below.

| **EMPLOYEE** | | **ADVANCED CORRECTIONAL HEALTHCARE, INC.** |
|---|---|---|
| Corrie Bradley | 3/9/17 | Kate Daniels |
| Print your name | Date | ACH Print your name |
| [redacted] | | [redacted] |
| Sign your name | | ACH Sign your Name |

Revised 3/2014

**ADVANCED** Correctional Healthcare

## HEPATITIS B VACCINATION OR DECLINATION CONFIRMATION FORM

| | |
|---|---|
| Last Name: Bradley | First Name: Carrie |
| Job Title: LPN | County & State: Sangamon, IL |

**PEASE CONSENT TO OPTION 1 OR 2**

**Option 1** **Consent to be vaccinated**

☐ I consent to be vaccinated

- I have read the information sheet about hepatitis B and the hepatitis B vaccine.
- I have had an opportunity to ask questions and understand the benefits and risks of hepatitis B vaccination.
- I understand that I must have three doses of the vaccine to confer immunity.
- However, as with all medical treatment, there is no guarantee that I will become immune or that I will not experience an adverse side effect from the vaccine. I request that it be given to me.

Signature: ______________________ Date: ______________________

| Manufacturer | Dose | Date Given | Site | Lot # & Exp. Date | Signature |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Option 2** **Declination to be vaccinated**

☒ I am declining the vaccination

I understand that due to my occupational exposure to blood or other potentially infectious materials, I may be at risk of acquiring hepatitis B (HBV) infection. I have been given the opportunity to be vaccinated with hepatitis B vaccine at no charge to myself. However, I decline hepatitis B vaccine at this time. I understand that by declining this vaccine, I continue to be at risk of acquiring hepatitis B, a serious disease. If in the future, I continue to have occupational exposure to blood or other potentially infectious materials and I want to be vaccinated with hepatitis B vaccine, I can receive the vaccination series at no charge to me.

If you are declining the vaccination and have been previously vaccinated, please check one of the following:

☒ I have received the hepatitis B vaccine, but do not have supporting documentation.
What year: 2011 Where: ______________________

☐ I have received the hepatitis B vaccine in the past. I have attached documentation of the vaccination se[redacted]

Signatur[redacted]__________ Date: 3/9/17

HR08
Implemented 12/12/2011
Revised 08/06/2014
Reviewed 08/14/2014

ADVANCED Correctional Healthcare

A Higher Standard. Delivered.

General Policies and Procedures

**Policy Name** **Employee Conduct**

**Purpose**
The purpose of this policy is to ensure orderly operations and provide the best possible work environment.

**Policy Statement**
**Though it is not possible to list all forms of behavior that are prohibited in the workplace, this policy contains examples of behavior that would be considered infractions of ACH's rules of conduct. The list of examples in this policy is not intended to be exhaustive.**

In addition to ACH's policies and procedures, ACH employees are expected to follow the policies and procedures established by individual correctional facilities. **If ACH and facility policies conflict, the employee must inform their supervisor and follow the more restrictive policy.**

Employees are responsible for assuring the security of ACH confidential/proprietary material in their possession and similarly maintaining the security of the ACH-provided equipment. **Employees concerned for the security of their work area or equipment must inform their supervisor of such concerns.**

ACH reserves the right to search unlocked and/or publicly used ACH property at any time without consent. ACH may request a search of personal property in the workplace, or locked ACH property assigned to an individual, if there is reasonable suspicion that evidence of illegal or prohibited activities resides therein. Refusal of such a request may result in termination. Employees are also subject to a search of their personal property by correctional facility staff at any time while in a correctional facility.

**ACH employees are prohibited from assuming the security duties of a correctional officer.** Specifically, ACH employees may not use keys, radios, speakers, automatic door openers, or any other means for the purpose of moving inmates from one secure area to another. ACH employees are prohibited from assuming any responsibility for the movement of inmates to or from the medical unit. ACH employees are prohibited from controlling any inmate movement. ACH employees are prohibited from performing any security-focused assignments. ACH employees are prohibited from assuming any responsibility for inmate protection at any time.

As a condition of working in a correctional facility, the majority of our employee's employment is contingent upon being able to achieve, and maintain, security clearance at the correctional facility(s) to which they are assigned. **Should an employee's security clearance be revoked by a correctional facility, such revocation would be considered a violation of this policy.**

ACH staff must never:

1. Maintain a work area that is messy, disorderly, or cluttered
2. Steal or unlawfully possess or remove property
3. Deface or willfully damage property
4. Falsify employment or other records
5. Disclose business "secrets" or confidential information without authorization
6. Solicit or accept gratuities from clients
7. Possess dangerous or unauthorized materials, such as explosives or firearms, in the workplace

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

8. Possess contraband in the workplace, such as (this list is not exhaustive):
    a. Guns
    b. Pocket knives
    c. Any weapon
    d. Mace
    e. Nail clippers
    f. Nail files
    g. Any steel utensil (forks, spoons, knives)
    h. Sexually explicit materials
    i. Any item or written material which threatens or creates a risk to the security or welfare of the correctional facility, its employees, volunteers, visitors or inmates

If you have any question as to whether or not an item is considered contraband, you must contact your supervisor for clarification.

9. Allow inmates access to medical or surgical instruments or supplies
10. Suggest or direct inmates to provide any kind of direct patient care/treatment
11. Physically harm others
12. Use physical force or restraint on an inmate except what is reasonably required in an act of self-defense
13. Sabotage another's work
14. Engage in sexual or other unlawful or unwelcome harassment
15. Stalk others
16. Verbally abuse others
17. Use profane language in the workplace
18. Use intimidation tactics or make threats
19. Harm or threaten to harm ACH or its employees, clients, patients, vendors, visitors, or property belonging to these parties
20. Publicly disclose another's private information
21. Allow inmates to access confidential information, including but not limited to confidential medical information
22. Release confidential inmate medical information to any person or agency without proper authorization
23. Provide or allow an inmate, inmate's family, or any other unauthorized person, access to any information regarding the date, time, or location of a medical furlough or appointment
24. Bring into the facility personal prescription medication in a quantity greater than what is reasonably needed while on duty. Prescription medication must be in the original, appropriately labeled container. Prior approval may be required in order to bring medication into a correctional facility
25. Work under the influence of alcohol or illegal drugs
26. Possess, distribute, sell, transfer, or use alcohol or illegal drugs in the workplace, while on duty, or while operating employer-owned vehicles or equipment
27. Pass messages to an inmate in any form
28. Communicate with an inmate beyond what is required to provide medical care
29. **Fail to notify ACH <u>and</u> jail administration of any relationship between an ACH employee and a member of the jail personnel (whether romantic or family)**
30. **Fail to notify ACH <u>and</u> jail administration of any relationship between an ACH employee and an inmate in the same facility. ACH employees are not to have contact with such inmates unless (1) an emergency arises or (2) a witness is present.**
31. Make recommendations or furnish any kind of legal advice to inmates
32. Engage in any kind of trade with an inmate, inmate's family, or anyone else on an inmate's behalf. This includes the giving or accepting of gifts and the trading, bartering, buying and selling of any item, service, or privilege. Items brought into the facility by other persons for use by an inmate must be cleared through an appropriate correctional officer according to the facility's policies and procedures
33. Discuss personal matters with an inmate
34. Develop or foster a personal or friendly relationship with an inmate, including performing favors of any kind

**ADVANCED**
Correctional Healthcare

A Higher Standard. Delivered.

35. Fail to **immediately** turn over notes, letters or correspondence received from an inmate to jail administration
36. Engage in any sexual act in the facility
37. Engage in any sexual act with an inmate
38. Develop a relationship with an inmate within 2 years from the inmate's release date
39. Commit an immoral or criminal act
40. Fail to report or deliberately cover up any incident involving an inmate when such an incident normally should be reported, including matters of unusual conduct or activity
41. Enter areas of the facility without proper authorization
42. Refuse to submit to a security search as requested by authorized personnel

**NO APPLICATION OF THIS POLICY WILL VIOLATE ANY APPLICABLE LOCAL, STATE OR FEDERAL LAW.**

**If there is any provision in the policy that you do not understand, you must seek clarification from the Director of Human Resources.**

**This policy states ACH's policy and practice in effect on the date of publication. This policy is continually evaluated and may be amended, modified, or terminated at any time.**

**Any violation of this policy is grounds for disciplinary action up to and including termination.**

Carrie Bradley
Print your name

[redacted]
Sign your name

3/9/17
Date

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

# CPR Certification Acknowledgment

You understand that medical professionals employed by ACH are expected to maintain their CPR certification.

You understand that ACH may, but is not responsible for, monitoring the expiration of your CPR card.

You understand that you are responsible for sending HR an up-to-date copy of your CPR card on a regular basis.

You understand that ACH will reimburse you up to $25 toward the cost of your CPR certification.

You understand that in order to receive reimbursement, you must fill out an expense reimbursement form. Expense reimbursement forms may be requested from the Director of Accounting.

Carrie Bradley
Print your name

[redacted]
Sign your name

3/9/17
Date

Implemented 2/2010
Revised 1/2015
Reviewed 1/2015

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

## Licensure Acknowledgment

You understand that healthcare professionals employed by ACH are expected to maintain their licensure(s) in all states in which they are assigned to work.

You understand that ACH prohibits healthcare professionals from working without a current license.

You understand that ACH may, but is not responsible for, monitoring the expiration of your license(s).

You understand that you are responsible for sending HR an up-to-date copy of your licensure in all states in which you are assigned to work on a regular basis.

You understand that you are responsible for all costs associated with your home state license and associated renewals.

You understand that you are responsible for the initial costs of all other licensures and renewals in the states in which you work for ACH.

You understand that ACH will reimburse you 100% of the licensure/renewal costs for all other state(s) in which you work for ACH, **not to include your home state.**

You understand that in order to receive reimbursement, you must fill out an expense reimbursement form. Expense reimbursement forms may be requested from the Director of Accounting.

Jamie Bradley

[redacted]

Sign your name

3/9/17

Date

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

## No-Formulary Acknowledgment

You understand that ACH does not use a drug formulary.

You understand that ACH uses an evidence-based, medically indicated method of treatment.

You understand that you must contact the Corporate Medical Director if you do not understand the difference.

You understand that ACH does not approve or deny treatment based upon cost.

You understand that ACH's practitioners are able to prescribe any medically-necessary medication without obtaining prior approval from the corporate office.

You understand that ACH does not follow blanket policies such as "This is a no-narcotic facility."

Carrie Bradley
Print your name

[redacted]
Sign your name

3/9/17
Date

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

# Recommended Medication List Acknowledgment

You understand the Recommended Medication List contains medications commonly prescribed in the correctional environment (jails, prisons, detention centers, substance abuse units, etc.) for a continuum in treatment of both chronic and acute conditions.

You understand the purpose of the Recommended Medication List is to serve as a reference tool for ACH's correctional practitioners.

You understand the Recommended Medication List is not a drug formulary; is not to be used as an automatic substitution list; and does not serve as standing orders.

You understand ACH promotes an individualized plan of care and the ACH practitioner has the right to order any medically-necessary medication without regard to the Recommended Medication List and without the need to obtain prior approval from the corporate office.

You understand that you must contact the Corporate Medical Director or Regional Nurse Manager if you do not understand the purpose and use of this list.

Connie Bradley
Print your name

[redacted]
Sign your name

3/9/17
Date

**ADVANCED**
Correctional Healthcare

A Higher Standard. Delivered.

**POSITION TITLE:** LICENSED PRACTICAL NURSE (LPN)

**DEPARTMENT:** Medical Operations

**JOB CLASS:** Hourly/Non-exempt

**REPORTS DIRECTLY TO:** Site Manager and/or Regional Nurse Manager

**POSITION SUMMARY:** The Licensed Practical Nurse must work with patients, department staff, dental staff, and medical and nursing staff, security staff at all levels, administrative and support staff, and all health service providers.

**ESSENTIAL FUNCTIONS:**

* The Licensed Practical Nurse must comply with all current and future state, federal, and local laws and regulations.
* The nurse must be able to comply with court orders, medical department rules and the policies and procedures of Advanced Correctional Healthcare.
* Assess, plan, and deliver nursing care to detained and committed.
* Supervise other nursing and nursing paraprofessional personnel in patient care.
* Coordinate multiple medical services for diagnosis and treatment as directed by the physician.
* Maintain aseptic techniques and infection control precautions as required.
* Assist physician in minor medical or surgical procedures.
* Assist in screening of apparent emergencies for necessity and priority to be seen by the physician and conduct daily sick call screening.
* Check and change surgical dressings as required.
* Maintain working knowledge of pharmacology, including drug reaction/overdose.
* Maintain working knowledge of therapeutic diets and nutrition.
* Maintain working knowledge of social and behavioral sciences, particularly as applied to the correctional institutional setting.
* Be capable of giving CPR instructions and ability to take charge in a CPR emergency.
* Maintain the Problem Oriented Medical Record.
* Administer medications including IM injections upon physician's orders.
* Recommend improved procedures, equipment, and supplies to Supervisor.
* Participate in periodic quality of care and chart review.
* Notify supervisor and complete written report for any medical or security incidents.
* Present/participate in in-service education sessions.

* Maintain professional attitude at all times.
* Any and all other duties as assigned.

**EDUCATION, EXPERIENCE AND SKILLS REQUIRED:**

* The Licensed Practical Nurse must be State licensed
* CPR certified

**Equipment Used:**

PC
Calculator
FAX
Phone
Copy Machine

**Working Conditions:**

Physical activity requirements based as follows: Constant = 67-100% of work day, Frequent = 34-66% of work day, Occasional = 33% or less of work day.

| | |
|---|---|
| Constant reaching: | Extending hand(s) and arm(s) in any direction. |
| Constant Walking: | Moving about on foot to accomplish tasks, particularly of long distances. |
| Frequent Standing: | Particularly for average periods of time. |
| Occasional Pushing: | Exerting up to 30 pounds of force occasionally and/or 20 pounds of force frequently and/or 10 pounds of force constantly to move objects. |

**EMPLOYEE:**

[redacted]

Name

3/9/17

Date

# Peer Review Form

1-6-23 — Date of Review

SCJ / Illinois — Facility/State

4 — # of Notes Reviewed

Carrie Bradley — Employee Name/Title

J. Blaesing RN, HSA — Reviewer/Title

Michelle Bainbridge — Regional Nurse Manager

☑ ACH Employee ☐ County Employee

---

**Documentation Review**

- ☑ No Serious Problems
- ☐ Serious Problems (Must go straight to Corporate Attorney)

---

**Corrective Action**

- ☑ None
- ☐ Minor Recommendations
- ☐ Serious Issues (Must go straight to Corporate Attorney)

---

**Follow Up**

- ☑ None
- ☐ Minor Recommendations
- ☐ Serious Issues (Must go straight to Corporate Attorney)

---

[redacted]
Employee Reviewed—Signature & Title

1-10-23
Date

[redacted] RN, HSA
Reviewer Signature & Title

1-6-23
Date

# Peer Review Form

Bradley, Carrie — 5/12/22 — Sangamon, IL
Name — Date — Site and State

[redacted] HSA — 5 — Allison Alexander
Reviewer's Name & Title — # of notes reviewed — Regional Manager

[X] ACH Employee — [ ] County Employee

Comments:

- [X] No serious problems
- [ ] Serious problems (must go straight to Corporate Attorney)

Corrective Action:

- [X] None
- [ ] Minor recommendations
- [ ] Serious issues (must go straight to Corporate Attorney)

Follow Up:

- [X] Routine
- [ ] 6 months
- [ ] 3 months
- [ ] Other: ____________

[redacted] — 5/12/22
Employee Reviewed - Signature and Title — Date

[redacted] — 5/12/22
Reviewer's Signature and Title — Date

CONFIDENTIAL

# Peer Review Form

Carrie Bradley — Name
12/20/21 — Date
Sangamon, IL — Site and State

Sarah Lehmann — Reviewer's Name & Title
5 — # of notes reviewed
Allison Alexander — Regional Manager

[X] ACH Employee
[ ] County Employee

Comments:

[X] No serious problems
[ ] Serious problems (must go straight to Corporate Attorney)

Corrective Action:

[X] None
[ ] Minor recommendations
[ ] Serious issues (must go straight to Corporate Attorney)

Follow Up:

[X] Routine
[ ] 6 months
[ ] 3 months
[ ] Other: ____________

[redacted]

Employee Reviewed - Signature and Title — 12/21/21 Date

[redacted]

Reviewer's Signature and Title — 12/21/21 Date



CONFIDENTIAL

| Associate Name: Connie Bradley | Position/Title: LPN | County/State: Sangamon/IL |
|---|---|---|
| Reviewer's Name: Ashley L Phillips RN BSN HSA | Evaluation: 30 Day 90 Day Semi Annual (circled) Annual | |

**Rating Scale:**

7* - Excellent
6 – Consistently performing above expectations
5 – Performing better than minimum expectations
4 – Barely meeting position expectations
3* - Performing less than minimum expectations
2* - Consistently performing below expectations
1* - Unacceptable
N/A – Not applicable or unable to determine
*Ratings of 1,2,3, or 7 require comments

| Element | Core Value | Comments | Score |
|---|---|---|---|
| Answerable for behaviors and outcomes | Accountability | | 6 |
| Works Productively with others to achieve a shared goal | Collaboration | | 6 |
| Dedicated to goals or activities consistent with the values of ACH | Commitment | | 5 |
| Clearly, intentionally, and effectively exchanges information or news and provides feedback | Communication | | 5 |
| Displays politeness in attitude and behavior towards others | Courtesy | | 6 |
| Consistent and Reliable in all aspects of behavior and action | Dependability | | 5 |
| Displays a constant and earnest effort to accomplish what is undertaken | Diligence | | 6 |



✓

| | | | |
|---|---|---|---|
| The Associate behaves and speaks in a way to a avoid revealing private information and to respect confidentiality | Discretion | | 6 |
| The Associate recognizes and acknowledges others' feelings | Empathy | | 6 |
| The Associate is willing and able to adapt to a rapidly changing environment | Flexibility | | 5 |
| The Associate handles needs without being directed | Initiative | | 6 |
| The Associate has an honest and trustworthy character | Integrity | | 5 |
| The Associate is able to develop strong, personal relationships with staff members and clients | Interpersonal Relations | | 6 |
| The Associate has the ability to complete assigned tasks well | Job Skills | | 6 |
| The Associate displays the ability to lead, guide, and direct staff members with our value-based system | Leadership | | 6 |
| Takes a favorable or confident view | Optimism | | 6 |
| The Associate takes personal responsibility for duties or tasks | Ownership | | 6 |
| The Associate displays professionalism in their appearance and manner | Professionalism | | 6 |
| The Associate identifies and acts on problems to achieve appropriate solutions | Problem Solving | | 6 |
| Accepts and applies constructive feedback positively | Receptiveness | | 6 |

| | | | |
|---|---|---|---|
| Takes action in a timely manner | Responsiveness | | 6 |
| Anticipates needs and creates plan to accomplish a goal | Strategic Planning | | 5 |

**Reviewer:**

The Associate scored the lowest on these 3 values: ∅

Associate Should be retrained on the following policy(s) ∅

**Associate:**

| | |
|---|---|
| **1. Do you need additional training?** | |
| ☐ Yes (explain): | |
| ☑ No | n/a |
| **2. Have you been provided with the tools you need to do your job?** | |
| ☑ Yes | n/a New Pharmacy never gets us meds |
| ☐ No (explain): | |
| **3. Do you have any discrimination, harassment, or other misconduct to report?** | |
| ☐ Yes | Associates and Managers should report to Director of Human Resources. |
| ☑ No | n/a |

| | | |
|---|---|---|
| Reviewer(s) Signature(s) | [redacted] | Date: 09/10/10 |
| Associate Signature | [redacted] Acknowledges receipt of minutes. | Date: 09/10/10 |



09/16/2020 12:07 Sangamon CO Medical (FAX)2172410773 P.013/013

**ADVANCED** Correctional Healthcare

A Higher Standard. Delivered.

ANNUAL EVALUATION

| Employee Name: | Position/Title: | County/State: |
|---|---|---|
| C. Bradley | LPN | Sangamon, IL |

| Reviewer Name: | Survey Interval: |
|---|---|
| K Daniels | Annual |

| | |
|---|---|
| 7* | Excellent |
| 6 | Consistently performing above expectations |
| 5 | Performing better than minimum expectations |
| 4 | Barely meeting position expectations |
| 3* | Performing less than minimum expectations |
| 2* | Consistently performing below expectations |
| 1* | Unacceptable |
| Unsure | Not applicable or unable to determine. |

*Ratings of a 1, 2, 3 or 7 *require* a comment.

| Element | Core Value | Comments | Score |
|---|---|---|---|
| Answerable for their behaviors and outcomes. | Accountability | | 5 |
| Works with others to achieve a shared goal. | Collaboration | | 5 |
| Dedicated to goals and activities consistent with the values of ACH. | Commitment | | 4 |
| Stays calm even under intense circumstances. | Composure | | 4 |
| Displays politeness in their attitude and behavior towards others. | Courtesy | | 4 |
| Consistent and reliable in all aspects of their behavior and action. | Dependability | | 5 |
| Displays a constant and earnest effort to accomplish what is undertaken. | Diligence | | 4 |
| Behaves and speaks in a way to avoid revealing private information and to respect confidentiality. | Discretion | | 4 |
| Recognizes and acknowledges others' feelings. | Empathy | | 5 |
| Willing and able to adapt to a rapidly changing environment. | Flexibility | | 5 |
| Handles needs without being directed. | Initiative | | 5 |

| | | | |
|---|---|---|---|
| Has an honest and trustworthy character. | Integrity | | 4 |
| Able to develop strong, personal relationships with staff members and clients. | Interpersonal Relations | | 4 |
| Has the ability to complete assigned tasks in an organized manner with attention to detail. | Job Skills | | 4 |
| Displays the ability to lead, guide, and direct staff members with our value-based system. | Leadership | | 4 |
| Displays faithfulness to ACH, staff, and clients. | Loyalty | | 5 |
| Takes personal responsibility for duties or tasks. | Ownership | | 4 |
| Has an optimistic outlook. | Positivity | | 5 |
| Identifies and acts on problems to achieve appropriate solutions. | Problem Solving | | 4 |
| Displays professionalism in their appearance and manner. | Professionalism | | 5 |
| Accepts and applies constructive feedback positively. | Receptiveness | | 5 |
| Treats others with positive considerations and regard. | Respectfulness | | 5 |
| Takes action in a timely manner. | Responsiveness | | 5 |
| Anticipates needs and creates a plan to accomplish a goal. | Strategic Planning | | 5 |
| Displays a set of values based on hard work. | Work Ethic | | 5 |

**Employee:**
Do you have any discrimination, harassment, or other misconduct to report?

_____ Yes ✓ No

*If yes, it is your responsibility to immediately contact your supervisor or other member of the management team.*

[redacted]
Employee Signature

[redacted]
Supervisor Signature

11/10/18
Date

ADVANCED Correctional Healthcare

Evaluation Pg 1

30/90 Evaluation

**Personal Information**

Employee Name: Carrie Bradley Position/Title: LPN

County/State: Sangamon, IL Reviewer's Name: K.Danielson

Survey Interval (30/90) 90

**Rating Scale**

N/A – Not applicable or unable to determine

1 - Unacceptable

2 - Consistently performing below expectations

3 - Performing less than minimum expectations

4 - Barely meeting position expectations

5 - Performing better than minimum expectations

6 - Consistently performing above expectations

7 - Excellent

**Evaluation**

1. Accountability - The employee is answerable for their behaviors and outcomes. Score: 5
   Comments:

2. Collaboration - The employee works with others to achieve a shared goal. Score: 5
   Comments:

3. Commitment - The employee is dedicated to goals and activities consistent with the values of ACH. Score: 5
   Comments:

4. Composure - The employee stays calm even under intense circumstances. Score: 5
   Comments:

5. Courtesy - The employee displays politeness in their attitude and behavior towards others. Score: 5
   Comments:

ADVANCED Correctional Healthcare

Evaluation Pg 2

6. Dependability - The employee is consistent and reliable in all aspects of their behavior.
Comments: Score: 5

7. Diligence - The employee displays a constant and earnest effort to accomplish what is undertaken.
Comments: Score: 5

8. Discretion - The employee behaves and speaks in a way to avoid revealing private information and to respect confidentiality.
Comments: Score: 5

9. Empathy - The employee recognizes and acknowledges others' feelings.
Comments: Score: 5

10. Flexibility - The employee is willing and able to adapt to a rapidly changing environment.
Comments: Score: 5

11. Initiative - The employee handles needs without being directed.
Comments: Score: 5

12. Integrity - The employee has an honest and trustworthy character.
Comments: Score: 5

13. Interpersonal Relations - The employee is able to develop strong, personal relationships with staff members and clients.
Comments: very helpful, able to fill in for staff c call in. Score: 5

14. Job Skills - The employee has the ability to complete assigned tasks well.
Comments: Score: 5

15. Leadership - The employee displays the ability to lead, guide, and direct staff members with our value-based system.
Comments: Score: 5

16. Loyalty - The employee displays faithfulness to ACH, staff, and clients.
Comments: Score: 5

ADVANCED
Correctional Healthcare

Evaluation Pg 3

17. Ownership - The employee takes personal responsibility for duties or tasks. Score: 5
Comments:

18. Positivity - The employee has an optimistic outlook. Score: 5
Comments:

19. Problem Solving - The employee identifies and acts on problems to achieve appropriate solutions. Score: 5
Comments:

20. Professionalism - The employee displays professionalism in their appearance and manner. Score: 5
Comments:

21. Receptiveness - The employee accepts and applies constructive feedback positively. Score: 5
Comments:

22. Respectfulness - The employee treats others with positive consideration and regard. Score: 5
Comments:

23. Responsiveness - The employee takes action in a timely manner. Score: 5
Comments:

24. Strategic Planning - The employee anticipates needs and creates a plan to accomplish a goal. Score: 5
Comments:

25. Work Ethic - The employee displays a set of values based on hard work. Score: 5
Comments:

26. Do you feel you were trained properly? Were you provided with the necessary resources?

______

______

______

**Employee:**

Do you have any discrimination, harassment, or other misconduct to report? ____Yes ✓ No

*If yes, it is your responsibility to immediately contact your supervisor or other member of the management team.*

ADVANCED
Correctional Healthcare



## EMPLOYEE REFERRAL PROGRAM

ACH is always looking for good people, and you can help. If you know someone who would be a good addition to ACH and they meet the qualifications for an existing open requisition, it may be worth up t[redacted] if you refer them for employment and they are hired! Bonus amounts are as follows:

[redacted]

Please see referral policy found on ADP under Company Policies for qualifications and referral form. Should you have any questions regarding the referral program, please contact your supervisor or HR at 309-692-8100. Thank you!

27. Please provide two (2) names of those that may be interested in working for ACH. Thank you.

Name: ____________________

Name: ____________________

**Reviewer:**

The employee scored the lowest on these 3 values: ____________________

Employee should be retrained on the following policy(s): ____________________

Employee Comments (to be filled out by reviewer): ____________________

Employee Signatur[redacted]

Reviewer Signature: [redacted] RN

Date: 6/16/17

**ADVANCED** Correctional Healthcare

Employee Training Log

Information:

| | |
|---|---|
| County/State | Sangamon, IL |
| Trainer Name | K.Daniels RN |
| Training Date | 4/14/17 |
| ACH Employees? (yes/no) | yes |

Training Topic:

Medical Progress note

Please when you do assessment write information down.

* attached asmt. example
scabs → chart in skin what scabs looked like where located.
Abd: chart Bowel sounds / frequency of ~~diarrhea~~ diarrhea
how long

| Employee Name | Position/Title | Employee Signature |
|---|---|---|
| Carrie Bradley | LPN | [redacted] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*By signing this training log, you verify that you understand the training topic. If you have questions or need further clarification, it is your responsibility to contact your supervisor immediately.*

Trainer must fax completed training log to HR.

04/24/2017 13:46 Sangamon CO Medical (FAX)2172410773 P.003/004

[redacted]

MO003.0914 Medical Progress Note

Page 1 of 1

04/24/2017 13:47 Sangamon CO Medical (FAX)2172410773 P.004/004

[redacted]

MO003.0914 Medical Progress Note

Page 1 of 1

CONFIDENTIAL

04/25/2017 09:23 Sangamon CO Medical (FAX)2172410773 P.003/005

Principles of ACH

**Training Log Sheet**

Site: Sangamon

State: IL

Date: March 2017

Trainer: K. Daniels

| Time In | Time Out | County Yes/No | Print Name and Title | Sign Name |
|---|---|---|---|---|
| | | NO | [illegible] | [illegible] |
| | | NO | [illegible] | [illegible] |
| | | NO | [illegible] | [illegible] |
| | | NO | [illegible] | [illegible] |
| | | NO | Carrie Bradley | [redacted] |
| | | NO | [illegible] | [illegible] |
| | | NO | [illegible] | [illegible] |
| | | NO | [illegible] | [illegible] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MO077.0110 Training Log Med Ops

Page 1 of 1

CONFIDENTIAL

Correctional Orientation **Training Log Sheet**

Site: Sangamon

State: IL

Date: March 2017

Trainer: K. Daniels

| Time In | Time Out | County Yes/No | Print Name and Title | Sign Name |
|---|---|---|---|---|
| on clock | | NO | [illegible] | [illegible] |
| ↓ | | NO | [illegible] | [illegible] |
| | | NO | [illegible] | [illegible] |
| | | NO | [illegible] | [illegible] |
| | | NO | CQMC Bradley | [redacted] |
| | | NO | [illegible] | [illegible] |
| | | NO | [illegible] | [illegible] |
| ↓ | | NO | [illegible] | [illegible] |

MO077.0110 Training Log Med Ops

## Training Log Sheet

PREA

Site: Sangamon

State: IL

Date: 1/17/2017–2/17

Trainer: K. Daniels

| Time In | Time Out | County Yes/No | Print Name and Title | Sign Name |
|---|---|---|---|---|
| 1200 | 1300 | NO | [illegible] | [illegible] |
| 9am | 10AM | NO | [illegible] | [illegible] |
| 9Am | 10AM | NO | [illegible] | [illegible] |
| 6pm | 7pm | NO | [illegible] | |
| 8Am | 9Am | NO | [illegible] | [illegible] |
| | | NO | [illegible] | [illegible] |
| | | NO | [illegible] Bradley | [redacted] |
| | | NO | [illegible] | [illegible] |
| | | NO | [illegible] | [illegible] |

04/25/2017 09:22 Sangamon CO Medical (FAX)2172410773 P.002/005

# Training Log Sheet

ACH - OSHA

Site: Sangamon

State: IL

Date: March 2017

Trainer: Kate Daniels

| Time In | Time Out | County Yes/No | Print Name and Title | Sign Name |
|---|---|---|---|---|
| | | NO | [illegible] | [illegible] |
| | | NO | [illegible] | [illegible] |
| | | NO | [illegible] | [illegible] |
| | | NO | [illegible] | [illegible] |
| | | NO | [illegible] | [illegible] |
| | | NO | Carrie Bradley | [redacted] |
| | | NO | [illegible] | [illegible] |
| | | NO | [illegible] | [illegible] |
| | | NO | [illegible] | [illegible] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MO077.0110 Training Log Med Ops

Page 1 of 1

05/22/2017 12:28 Sangamon CO Medical (FAX)2172410773 P.002/002

**ADVANCED** Correctional Healthcare

Employee Training Log

Information:

| | |
|---|---|
| County/State | Sangamon / IL |
| Trainer Name | Kate |
| Training Date | 5/1/17 |
| ACH Employees? (yes/no) | yes |

Training Topic:

Narcan Information

1. In Med cart in Med Unit
2. Emergency Bag
3. Med cart in Booking

* Please read

| Employee Name | Position/Title | Employee Signature |
|---|---|---|
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | |
| [illegible] | | |
| Carrie Bradley | LPN | [redacted] |

*By signing this training log, you verify that you understand the training topic. If you have questions or need further clarification, it is your responsibility to contact your supervisor immediately.*

Trainer must fax completed training log to HR.

ADVANCED Correctional Healthcare

Employee Training Log

Information:

| | |
|---|---|
| County/State | Sangamon, IL |
| Trainer Name | K. Daniels |
| Training Date | 1/24/2018 |
| ACH Employees? (yes/no) | yes |

Training Topic:
Diabetics:

Please stick to the scheduled diabetic accu-check times. — trays are being served @ 530 Am ·9K
5:30am —— this should be 5 Am
10:30am
16:30pm
21:45pm

Don't forget at 21:45 every Diabetic gets a snack.
During accu-check if you have a patient with a blood sugar below 90 give crackers.

| Employee Name | Position/Title | Employee Signature |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [illegible] |
| Carrie Bradley | LPN | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |

ADVANCED Correctional Healthcare

Employee Training Log

Information:

| | |
|---|---|
| County/State | Sangamon County/ Illinois |
| Trainer Name | Kate Daniels |
| Training Date | 1/17/2018 |
| ACH Employees? (yes/no) | yes |

Training Topic: Attendance Policy and Clock In-Out

Please see attached Attendance policy

Clock In- Out
The earliest you can clock in is 7 minutes before scheduled work time.
Example: 6am-6:30pm Schedule Shift you can clock in at 5:53 but no earlier.
The 30 minutes is for report.

| Employee Name | Position/Title | Employee Signature |
|---|---|---|
| [illegible] | [illegible] | [illegible] |
| Carrie Bradley | LPN | [redacted] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| | | |

*By signing this training log, you verify that you understand the training topic. If you have questions or need further clarification, it is your responsibility to contact your supervisor immediately.*

Trainer must fax completed training log to HR.

ADVANCED
Correctional Healthcare, Inc.

# Employee Training Log

Information:

| | |
|---|---|
| County/State | Sangamon |
| Trainer Name | K. Daniels |
| Training Date | 4/11/2018 |
| ACH Employees? (yes/no) | Yes |

Training Topic:

Providers need to sign all mental health notes.

Providers need to sign refusal forms.

Work place gossip will not be tolerated.

ASQ Suicide Risk Screening tools are being revised by ACH.

We are going to see an increase in filing due to refusal forms and mental health forms. Please if you have time could you help with filing.

| Employee Name (printed) | Position/Title | Employee Signature |
|---|---|---|
| Carrie Bradley | Lpn | [redacted] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*By signing this training log, you verify that you understand the training topic. If you have questions or need further clarification, it is your responsibility to contact your supervisor immediately.*

**ADVANCED** Correctional Healthcare

Employee Training Log

Information: Please provide training to ACH and site employed nurses, practitioners and officers

| | |
|---|---|
| County/State | Sangamon, IL |
| Trainer Name | KDaniels. |
| Training Date | 10/4/17 |
| ACH Employees? (yes/no) | yes |

Training Topic: Suicide Risk Screening Tool

National studies show that people are most likely to commit suicide within their first few days of being incarcerated. There is also increase risk when the person has a substance use disorder. A high percentage of our patient population fit both criteria.

The Suicide Risk Screening Tool is not a mental health assessment, exam, or an evaluation. The tool was created by the National Institute for Mental Health (NIMH) to help the lay-person identify those who have suicidal thoughts or who are at a greater risk for suicide.

The Suicide Risk Screening Tool can and should be used by officers and nurses.
The tool provides 5 simple questions to ask and then guides you through what to do when a "yes" response is given.

This tool should routinely be used when a person is booked in to the facility and states he or she has a history of suicide; when the person states they have a history of substance abuse (especially opiates or benzodiazepines). It should also be used at least once daily each day that a person is on a detox watch or protocol.

As always, if there is any reason to believe a person is suicidal, place that individual on suicide precautions immediately. The purpose of the tool is to help identify those people who may not be obviously suicidal.

| Employee Name | Position/Title | Employee Signature |
|---|---|---|
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | | [illegible] |
| Carrie Bradley | LPN | [redacted] |
| [illegible] | [illegible] | [illegible] |

*By signing this training log, you verify that you understand the training topic. If you have questions or need further clarification, it is your responsibility to contact your supervisor immediately.*

If an ACH employee, trainer must fax completed training log to HR. For non-ACH employees, the trainer should provide a copy of this to facility administration.

**ADVANCED** Correctional Healthcare

Employee Training Log

Information: Please provide training to ACH and site employed nurses and practitioners

| | |
|---|---|
| County/State | Sangamon, IL |
| Trainer Name<br>Created by Deb Ash | KDaniels |
| Training Date | 10-4-17 – |
| ACH Employees? (yes/no) | Yes |

Training Topic: Visualization of genital areas and breasts

The jail environment is similar to the community environment in many ways. In the community setting, a nurse would visually assess a patient's genital area or breasts only to the extent necessary to report a serious health issue to the practitioner. Should a patient refuse to have their genital/breasts exposed to the nurse, then the nurse asks the patient to provide relevant treatment history and a symptomatic description. Then, the nurse communicates the reported information to the practitioner for a treatment decision. Based on that information, the practitioner decides if the patient needs to be personally seen by him/her, how soon, and how often. This situation is managed the same way in a correctional setting.
As a reminder, if a patient does need to expose his genital/breast area for visualization by the nurse or practitioner, every effort is made to protect the patient's privacy to the greatest extent possible. Proper draping should be used. Whenever an escort of the same gender as the patient is requested.

| Employee Name | Position/Title | Employee Signature |
|---|---|---|
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| Carrie Bradley | LPN | [redacted] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |

*By signing this training log, you verify that you understand the training topic. If you have questions or need further clarification, it is your responsibility to contact your supervisor immediately.*

Trainer must fax completed training log to HR.

04/04/2018 07:47 Sangamon CO Medical (FAX)2172410773 P.002/003

This form needs to be completed on pts placed on W/D protocol

ADVANCED Correctional Healthcare

Employee Training Log

Information: Please provide training to ACH and site employed nurses, practitioners and officers

| | |
|---|---|
| County/State | Sangamon Cty |
| Trainer Name | K Dill |
| Training Date | 3-19-18 |
| ACH Employees? (yes/no) | yes |

Training Topic: Suicide Risk Screening Tool

National studies show that people are most likely to commit suicide within their first few days of being incarcerated. There is also increase risk when the person has a substance use disorder. A high percentage of our patient population fit both criteria.

The Suicide Risk Screening Tool is not a mental health assessment, exam, or an evaluation. The tool was created by the National Institute for Mental Health (NIMH) to help the lay-person identify those who have suicidal thoughts or who are at a greater risk for suicide.

The Suicide Risk Screening Tool can and should be used by officers and nurses.
The tool provides 5 simple questions to ask and then guides you through what to do when a "yes" response is given.

This tool should routinely be used when a person is booked in to the facility and states he or she has a history of suicide; when the person states they have a history of substance abuse (especially opiates or benzodiazepines). It should also be used at least once daily each day that a person is on a detox watch or protocol.

As always, if there is any reason to believe a person is suicidal, place that individual on suicide precautions immediately. The purpose of the tool is to help identify those people who may not be obviously suicidal.

| Employee Name | Position/Title | Employee Signature |
|---|---|---|
| | | |
| Carrie Bradley | LPN | [redacted] |

*By signing this training log, you verify that you understand the training topic. If you have questions or need further clarification, it is your responsibility to contact your supervisor immediately.*

If an ACH employee, trainer must fax completed training log to HR. For non-ACH employees, the trainer should provide a copy of this to facility administration.

# Advanced Correctional Healthcare Training Log

This is to certify that

Carrie Bradley

has completed training on the topic of

Detox

Sangamon
County

IL
State

[redacted]
Trainer - Name

2017 Annual Training
Training Date

It is the employee's responsibility to contact their supervisor immediately if they have questions or need further clarification on the training topic.

Trainer is to give the original training log to the employee and send a copy of the training log to HR. It is the trainer's responsibility to confirm HR receipt.

**ADVANCED** Correctional Healthcare

Employee Training Log

Information: Please provide training to ACH and site employed nurses, practitioners and officers

| | |
|---|---|
| County/State | Sangamon, IL |
| Trainer Name | K. Damasky |
| Training Date | 11/16/17 |
| ACH Employees? (yes/no) | yes |

Training Topic: Suicide Risk Screening Tool

National studies show that people are most likely to commit suicide within their first few days of being incarcerated. There is also increase risk when the person has a substance use disorder. A high percentage of our patient population fit both criteria.

The Suicide Risk Screening Tool is not a mental health assessment, exam, or an evaluation. The tool was created by the National Institute for Mental Health (NIMH) to help the lay-person identify those who have suicidal thoughts or who are at a greater risk for suicide.

The Suicide Risk Screening Tool can and should be used by officers and nurses.
The tool provides 5 simple questions to ask and then guides you through what to do when a "yes" response is given.

This tool should routinely be used when a person is booked in to the facility and states he or she has a history of suicide; when the person states they have a history of substance abuse (especially opiates or benzodiazepines). It should also be used at least once daily each day that a person is on a detox watch or protocol.

As always, if there is any reason to believe a person is suicidal, place that individual on suicide precautions immediately. The purpose of the tool is to help identify those people who may not be obviously suicidal.

| Employee Name | Position/Title | Employee Signature |
|---|---|---|
| Carrie Bradley | LPN | [redacted] |
| | | |
| | | |
| | | |
| | | |
| | | |

*By signing this training log, you verify that you understand the training topic. If you have questions or need further clarification, it is your responsibility to contact your supervisor immediately.*

If an ACH employee, trainer must fax completed training log to HR. For non-ACH employees, the trainer should provide a copy of this to facility administration.

# Orientation Checklist for Medical Staff

ACH Employee: (Yes) No

Site (County & State): Sangamon, IL

| Employee Name: Carrie Bradley | Employee Initials | Trainer Initials | Date |
|---|---|---|---|
| **New Employee Review** | | | |
| Mission/Vision/Purpose | CB | KD | 4/17 |
| Core Values | CB | KD | 4/17 |
| Correctional Environment Orientation PPT / Test | CB | KD | 4/17 |
| Job Description | CB | KD | 4/17 |
| Proper Approach to the Inmate | CB | KD | 4/17 |
| √ PREA / Test | CB | KD | 4/17 |
| √ HIPAA Awareness | CB | KD | 4/17 |
| √ Bloodborne Pathogens (OSHA) / Test | CB | KD | 4/17 |
| √ Principles of ACH/Test | CB | KD | 4/17 |
| Peer Review Process | CB | KD | 4/17 |
| Professional Boundaries | CB | KD | 4/17 |
| **If An ACH Employee:** | | | |
| Procedure to Request for Paid Time Off / Sick Time | CB | KD | 3/9 |
| Payroll | CB | KD | 3/9 |
| Evaluation Process | CB | KD | 3/9 |
| ACH Website | CB | KD | 3/9 |
| ADP | CB | KD | 3/9 |
| **Jail Policies and Procedures** | | | |
| Jail's Medical Policies and Procedures | CB | KD | 3/9 |
| Jail's Security Policies Pertinent to Medical Staff | CB | KD | 3/9 |
| **Jail Medical Protocols** | | | |
| Jail's Medical Protocols | CB | KD | 3/9 |
| Use of Jail Protocols by Officers versus Nurse | CB | KD | 3/9 |
| **Medical Documentation** | | | |
| Electronic Medical Record (if applicable) | N/A | N/A | ? |
| Medical History and Health Appraisal | CB | KD | 3/28 |
| Narrative Progress Note | CB | KD | 3/28 |
| Medical Progress Note | CB | KD | 3/28 |
| Dental Progress Note | CB | KD | 3/28 |
| Proper SOAP Note Technique | CB | KD | 3/28 |
| AIMS Testing Form | CB | KD | 3/28 |
| Pain Assessment Form | CB | KD | 3/28 |
| Physical Assessment Form | CB | KD | 3/28 |
| Medical Problem List | CB | KD | 3/28 |
| Education Sheets for Detainees | CB | KD | 3/28 |
| Refusal of Treatment and Form Review | CB | KD | 3/28 |
| Dental Screen | CB | KD | 3/28 |
| Release of Information Forms | CB | KD | 3/28 |
| Release of Information Log | CB | KD | 3/28 |
| TB Testing Log | CB | KD | 3/28 |



10/31/17 SS

| Employee Name | Employee Initials | Trainer Initials | Date |
|---|---|---|---|
| Technique for Administering / Reading a TB Test | CB | KD | 3/28 |
| Restraint Checklist | CB | KD | 3/28 |
| Informed Consent | CB | KD | 3/28 |
| Grievance Process and Tracking | CB | KD | 3/28 |
| Discharge Referral Form | CB | KD | 3/28 |
| Release of Responsibility Forms | CB | KD | 3/28 |
| 5 Stack System for Charts | CB | KD | 3/28 |
| "5" Sickest Patient Charts | CB | KD | 3/28 |
| **Sick Call Review** | | | |
| Sick Call Process and Form Review | CB | KD | 3/17 |
| Co-Pays (if applicable) | CB | KD | 3/17 |
| Practitioner Sick Call | CB | KD | 3/17 |
| Nursing Sick Call/Triage | CB | KD | 3/17 |
| Dental Sick Call/Triage | CB | KD | 3/28 |
| **Chronic Clinic Procedure** | | | |
| Chronic Clinic Log | CB | KD | 3/17 |
| Chronic Clinic Scheduling | CB | KD | 3/17 |
| Chronic Clinic Labs | CB | KD | 3/17 |
| **Continuous Quality Improvement** | | | |
| Monthly Data Collection Procedure | CB | KD | 3/17 |
| CQI Form/Process | CB | KD | 3/17 |
| Action Item Review | CB | KD | 3/17 |
| Outcome Study – Diabetic | CB | KD | 3/17 |
| Outcome Study – Hypertension | CB | KD | 3/17 |
| **Testing On-Site** | | | |
| Proper Technique, Forms and Ordering for the following onsite diagnostics: | | | |
| • Urine Dipstick and Lab Study form | CB | KD | 3/17 |
| • Urine Pregnancy Test | CB | KD | 3/17 |
| • Blood Glucose | CB | KD | 3/17 |
| • Peak Flow | CB | KD | 3/17 |
| • Blood Pressure Cuff | CB | KD | 3/17 |
| • Thermometer | CB | KD | 3/17 |
| • Pulse Oximetry | CB | KD | 3/17 |
| Practitioner Notification | CB | KD | 3/17 |
| **Testing Off-Site** | | | |
| Off-Site Lab Service (Procedure and Forms) | CB | KD | 3/28 |
| Venipuncture Procedure | CB | KD | 3/28 |
| Mobile Radiology Requests/Procedure (if applicable) | CB | KD | 3/28 |
| Practitioner Signature and Review of Reports | CB | KD | 3/28 |
| Routine Testing for Chronic Clinics | CB | KD | 3/28 |
| **Medication Administration** | | | |
| Medication Administration Record (MAR) | CB | KD | 3/28 |
| Medication Error Form | CB | KD | 3/28 |
| Medication Administration Training (Officer, Nurse, CMA) | CB | KD | 3/28 |
| Medication Verification Form | CB | KD | 3/28 |
| Medication Count (controlled substances) | CB | KD | 3/28 |
| Medication Destruction Procedure | CB | KD | 3/28 |
| Medication Destruction Log | CB | KD | 3/28 |

| Employee Name | Employee Initials | Trainer Initials | Date |
|---|---|---|---|
| Discharge Medication Procedure and Form | CD | KD | 3/28 |
| Refrigerator Temperature Log | | KD | 3/28 |
| **Pharmacy** | | | |
| Main Pharmacy Procedures | CD | KD | 3/28 |
| Backup Pharmacy Procedures | CB | KD | 3/28 |
| Medication Ordering (new and refills) | CB | KD | 3/28 |
| Medication Return Policy | CB | KD | 3/28 |
| Emergency On-Site Medications | CB | KD | 3/28 |
| **Housing Issues** | | | |
| Low Bunk Criteria, Special Shoes, Extra Matts, etc. | CD | KD | 3/28 |
| Special Diets | CB | KD | 3/28 |
| Housing for Special Needs | CB | KD | 3/28 |
| **Supply Ordering** | | | |
| Disposable Medical Supply Orders | CD | KD | 3/28 |
| Durable Supply Orders (Jail and Medical) | CD | KD | 3/28 |
| Count Log (syringes, sharps, etc.) | CD | KD | 3/28 |
| **Nursing Responsibilities On-Site** | | | |
| Review Officer Intake/Booking Health Screen | CD | KD | 3/28 |
| Seclusion/Restraint Check Expectation by Site | CB | KD | 3/28 |
| Suicide Prevention and Watch Procedure | CB | KD | 3/28 |
| Suicide Precautions Release by QMHP or Practitioner | CB | KD | 3/28 |
| **Off-Site Referrals** | | | |
| Off-Site Referral Forms (if applicable) | CD | KD | 3/28 |
| **Officer Training** | | | |
| Use of Officer Training Manual | CD | KD | 3/28 |
| **Contract Responsibilities** | | | |
| Schedule Expectations | CB | KD | 3/28 |
| Corporate Contact List | CB | KD | 3/28 |
| 24 Hour On-Call List | CB | KD | 3/28 |

Employee Response to Training: ____________________________________________

________________________________________________________________

Employee Signature [redacted] ____________________________

Trainer Signature: [redacted] RN ____________________________

Trainer Signature: ____________________________

Trainer Signature: ____________________________

# Orientation Checklist for Medical Staff

ACH Employee: (Yes) No

Site (County & State): Sangamon, IL

| Employee Name: Carrie Bradley | Employee Initials | Trainer Initials | Date |
|---|---|---|---|
| **New Employee Review** | | | |
| Mission/Vision/Purpose | CB | KD | 4/17 |
| Core Values | CB | KD | 4/17 |
| Correctional Environment Orientation PPT / Test | CB | KD | 4/17 |
| Job Description | CB | KD | 4/17 |
| Proper Approach to the Inmate | CB | KD | 4/17 |
| ✓ PREA / Test | CB | KD | 4/17 |
| ✓ HIPAA Awareness | CB | KD | 4/17 |
| ✓ Bloodborne Pathogens (OSHA) / Test | CB | KD | 4/17 |
| ✓ Principles of ACH/Test | CB | KD | 4/17 |
| Peer Review Process | CB | KD | 4/17 |
| Professional Boundaries | CB | KD | 4/17 |
| **If An ACH Employee:** | | | |
| Procedure to Request for Paid Time Off / Sick Time | CB | KD | 3/9 |
| Payroll | CB | KD | 3/9 |
| Evaluation Process | CB | KD | 3/9 |
| ACH Website | CB | KD | 3/9 |
| ADP | CB | KD | 3/9 |
| **Jail Policies and Procedures** | | | |
| Jail's Medical Policies and Procedures | CB | KD | 3/9 |
| Jail's Security Policies Pertinent to Medical Staff | CB | KD | 3/9 |
| **Jail Medical Protocols** | | | |
| Jail's Medical Protocols | CB | KD | 3/9 |
| Use of Jail Protocols by Officers versus Nurse | CB | KD | 3/9 |
| **Medical Documentation** | | | |
| Electronic Medical Record (if applicable) | N/A | N/A | |
| Medical History and Health Appraisal | CB | KD | 3/28 |
| Narrative Progress Note | CB | KD | 3/28 |
| Medical Progress Note | CB | KD | 3/28 |
| Dental Progress Note | CB | KD | 3/28 |
| Proper SOAP Note Technique | CB | KD | 3/28 |
| AIMS Testing Form | CB | KD | 3/28 |
| Pain Assessment Form | CB | KD | 3/28 |
| Physical Assessment Form | CB | KD | 3/28 |
| Medical Problem List | CB | KD | 3/28 |
| Education Sheets for Detainees | CB | KD | 3/28 |
| Refusal of Treatment and Form Review | CB | KD | 3/28 |
| Dental Screen | CB | KD | 3/28 |
| Release of Information Forms | CB | KD | 3/28 |
| Release of Information Log | CB | KD | 3/28 |
| TB Testing Log | CB | KD | 3/28 |

12/12/17 SS

| Employee Name | Employee Initials | Trainer Initials | Date |
|---|---|---|---|
| Technique for Administering / Reading a TB Test | CB | KD | 3/28 |
| Restraint Checklist | CB | KD | 3/28 |
| Informed Consent | CB | KD | 3/28 |
| Grievance Process and Tracking | CB | KD | 3/28 |
| Discharge Referral Form | CB | KD | 5/28 |
| Release of Responsibility Forms | CB | KD | 3/28 |
| 5 Stack System for Charts | CB | KD | 3/28 |
| "5" Sickest Patient Charts | CB | KD | 3/28 |
| **Sick Call Review** | | | |
| Sick Call Process and Form Review | CB | KD | 3/17 |
| Co-Pays (if applicable) | CB | KD | 3/17 |
| Practitioner Sick Call | CB | KD | 3/17 |
| Nursing Sick Call/Triage | CB | KD | 3/17 |
| Dental Sick Call/Triage | CB | KD | 3/28 |
| **Chronic Clinic Procedure** | | | |
| Chronic Clinic Log | CB | KD | 5/17 |
| Chronic Clinic Scheduling | CB | KD | 3/17 |
| Chronic Clinic Labs | CB | KD | 3/17 |
| **Continuous Quality Improvement** | | | |
| Monthly Data Collection Procedure | CB | KD | 3/17 |
| CQI Form/Process | CB | KD | 3/17 |
| Action Item Review | CB | KD | 3/17 |
| Outcome Study – Diabetic | CB | KD | 3/17 |
| Outcome Study – Hypertension | CB | KD | 3/17 |
| **Testing On-Site** | | | |
| Proper Technique, Forms and Ordering for the following onsite diagnostics: | | | |
| • Urine Dipstick and Lab Study form | CB | KD | 3/17 |
| • Urine Pregnancy Test | CB | KD | 3/17 |
| • Blood Glucose | CB | KD | 3/17 |
| • Peak Flow | CB | KD | 3/17 |
| • Blood Pressure Cuff | CB | KD | 3/17 |
| • Thermometer | CB | KD | 3/17 |
| • Pulse Oximetry | CB | KD | 3/17 |
| Practitioner Notification | CB | KD | 3/17 |
| **Testing Off-Site** | | | |
| Off-Site Lab Service (Procedure and Forms) | CB | KD | 3/28 |
| Venipuncture Procedure | CB | KD | 3/28 |
| Mobile Radiology Requests/Procedure (if applicable) | CB | KD | 3/28 |
| Practitioner Signature and Review of Reports | CB | KD | 3/28 |
| Routine Testing for Chronic Clinics | CB | KD | 3/28 |
| **Medication Administration** | | | |
| Medication Administration Record (MAR) | CB | KD | 3/28 |
| Medication Error Form | CB | KD | 3/28 |
| Medication Administration Training (Officer, Nurse, CMA) | CB | KD | 3/28 |
| Medication Verification Form | CB | KD | 3/28 |
| Medication Count (controlled substances) | CB | KD | 3/28 |
| Medication Destruction Procedure | CB | KD | 3/28 |
| Medication Destruction Log | CB | KD | 3/28 |

| Employee Name | Employee Initials | Trainer Initials | Date |
|---|---|---|---|
| Discharge Medication Procedure and Form | CD | KD | 3/28 |
| Refrigerator Temperature Log | | KD | 3/28 |
| **Pharmacy** | | | |
| Main Pharmacy Procedures | CD | KD | 3/28 |
| Backup Pharmacy Procedures | CB | KD | 3/28 |
| Medication Ordering (new and refills) | CB | KD | 3/28 |
| Medication Return Policy | CB | KD | 3/28 |
| Emergency On-Site Medications | CB | KD | 3/28 |
| **Housing Issues** | | | |
| Low Bunk Criteria, Special Shoes, Extra Matts, etc. | CD | KD | 3/28 |
| Special Diets | CR | KD | 3/28 |
| Housing for Special Needs | CB | KD | 3/28 |
| **Supply Ordering** | | | |
| Disposable Medical Supply Orders | CD | KD | 3/28 |
| Durable Supply Orders (Jail and Medical) | CP | KD | 3/28 |
| Count Log (syringes, sharps, etc.) | CB | KD | 3/28 |
| **Nursing Responsibilities On-Site** | | | |
| Review Officer Intake/Booking Health Screen | CD | KD | 3/28 |
| Seclusion/Restraint Check Expectation by Site | CB | KD | 3/28 |
| Suicide Prevention and Watch Procedure | CB | KD | 3/28 |
| Suicide Precautions Release by QMHP or Practitioner | CB | KD | 3/28 |
| **Off-Site Referrals** | | | |
| Off-Site Referral Forms (if applicable) | CD | KD | 3/28 |
| **Officer Training** | | | |
| Use of Officer Training Manual | CD | KD | 3/28 |
| **Contract Responsibilities** | | | |
| Schedule Expectations | CB | KD | 3/28 |
| Corporate Contact List | CB | KD | 3/28 |
| 24 Hour On-Call List | CB | KD | 3/28 |

Employee Response to Training: ______________________________

______________________________________________

Employee Signature: [redacted] ______________________________

Trainer Signature: [redacted] RN ______________________________
Trainer Signature: ______________________________
Trainer Signature: ______________________________