PLAINTIFF'S EXHIBIT 24

E-FILED
Friday, 17 July, 2026 05:20:55 PM
Clerk, U.S. District Court, ILCD

# SPRINGFIELD POLICE DEPARTMENT
## FIELD CASE REPORT

CASE # 2022-00025970
ASSOCIATED CASE # 2022-

**EVENT**

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | | LOCATION OF OCCURRENCE |
|---|---|---|---|
| 04/13/2022 20:30 | Drug Offense | | 837 PERCY AVE SPRINGFIELD, IL |
| **OCCURRED FROM DATE/TIME** | **OCCURRED THRU DATE/TIME** | **NOTICE TO APPEAR** | |
| 04/13/2022 20:30 | 04/13/2022 22:26 | No | |

**OFFENSES**

| # | STATUTE/DESCRIPTION | CRIME CODE | WEAPON CODE | BEAT | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|---|---|---|
| 01 | 720 ILCS 646.0/55 Methamphetamine delivery | 1935 | | 100 | 1 | Commit |
| 02 | 720 ILCS 646.0/60 Methamphetamine possession | 1910 | | 100 | 2 | Commit |
| 03 | Warrant In-State Warrant In-State -Warrant | 5081 | | 100 | 1 | Commit |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | AGE or AGE RANGE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| Adult Arrestee | | MATHERLY, SARA B | | | | |
| **DOB** | **AGE or AGE RANGE** | **ADDRESS (STREET, CITY, STATE, ZIP)** | | | | |
| [redacted] | 41 | [redacted] | | | | |
| **RACE** | **SEX** | **HEIGHT or RANGE** | **WEIGHT or RANGE** | **HAIR** | **EYE** | |
| [redacted] | Female | 5'3 | 170 | Brown | Blue | |
| **DL NUMBER/STATE** | **PRIMARY PHONE** | **PHONE #2** | **PHONE #3** | | | |
| | [redacted] | | | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | AGE or AGE RANGE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| Adult Arrestee | | Schlieper, Dylan Levi | | | | |
| **DOB** | **AGE or AGE RANGE** | **ADDRESS (STREET, CITY, STATE, ZIP)** | | | | |
| [redacted] | 23 | [redacted] | | | | |
| **RACE** | **SEX** | **HEIGHT or RANGE** | **WEIGHT or RANGE** | **HAIR** | **EYE** | |
| [redacted] | Male | 5'6 | 140 | Brown | Blue | |
| **DL NUMBER/STATE** | **PRIMARY PHONE** | **PHONE #2** | **PHONE #3** | | | |
| [redacted] | [redacted] | | | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | AGE or AGE RANGE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| Business Victim | | Springfield Police Dept., | | | | |
| **DOB** | **AGE or AGE RANGE** | **ADDRESS (STREET, CITY, STATE, ZIP)** | | | | |
| | | 800 E Monroe ST Springfield, IL 62701 | | | | |
| **RACE** | **SEX** | **HEIGHT or RANGE** | **WEIGHT or RANGE** | **HAIR** | **EYE** | |
| | | | | | | |
| **DL NUMBER/STATE** | **PRIMARY PHONE** | **PHONE #2** | **PHONE #3** | | | |
| | (217)788-8325 | | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 814 Wayda, Jacob | 04/13/2022 | Mazrim, Michael | 04/14/2022 |

**SPRINGFIELD**
**POLICE DEPARTMENT**
**FIELD CASE REPORT**

| CASE # | ASSOCIATED CASE # |
|---|---|
| 2022-00025970 | 2022- |

## ADDITIONAL SUBJECTS

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|
| Adult Person with Knowledge | [redacted] | | | | | |
| DOB: [redacted] | AGE or AGE RANGE: 36 | ADDRESS (STREET, CITY, STATE, ZIP): [redacted] | | | | |
| RACE: [redacted] | SEX: Female | HEIGHT or RANGE: 5'2 | WEIGHT or RANGE: 112 | HAIR: | EYE: | |
| DL NUMBER/STATE: [redacted] | PRIMARY PHONE: | PHONE #2: | PHONE #3: | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|
| Adult Person with Knowledge | [redacted] | | | | | |
| DOB: [redacted] | AGE or AGE RANGE: 31 | ADDRESS (STREET, CITY, STATE, ZIP): [redacted] | | | | |
| RACE: [redacted] | SEX: Male | HEIGHT or RANGE: 6'1 | WEIGHT or RANGE: 180 | HAIR: Bald | EYE: Brown | |
| DL NUMBER/STATE: [redacted] | PRIMARY PHONE: [redacted] | PHONE #2: | PHONE #3: | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|
| DOB: | AGE or AGE RANGE: | ADDRESS (STREET, CITY, STATE, ZIP): | | | | |
| RACE: | SEX: | HEIGHT or RANGE: | WEIGHT or RANGE: | HAIR: | EYE: | |
| DL NUMBER/STATE: | PRIMARY PHONE: | PHONE #2: | PHONE #3: | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|
| DOB: | AGE or AGE RANGE: | ADDRESS (STREET, CITY, STATE, ZIP): | | | | |
| RACE: | SEX: | HEIGHT or RANGE: | WEIGHT or RANGE: | HAIR: | EYE: | |
| DL NUMBER/STATE: | PRIMARY PHONE: | PHONE #2: | PHONE #3: | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|
| DOB: | AGE or AGE RANGE: | ADDRESS (STREET, CITY, STATE, ZIP): | | | | |
| RACE: | SEX: | HEIGHT or RANGE: | WEIGHT or RANGE: | HAIR: | EYE: | |
| DL NUMBER/STATE: | PRIMARY PHONE: | PHONE #2: | PHONE #3: | | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 814 Wayda | 04/13/2022 | Mazrim, Michael | 04/14/2022 |

**SPRINGFIELD**
**POLICE DEPARTMENT**
**FIELD CASE REPORT**

CASE # **2022-00025970**
ASSOCIATED CASE # **2022-**

## GENERAL PROPERTY

**GENERAL**

| PROPERTY CODE | | | VALUE |
|---|---|---|---|
| Evidence | | | $10.00 |
| **QUANTITY/UNIT OF MEASURE** | **PROPERTY TYPE/CLASS** | **SERIAL** | **COLOR** |
| 66 / Grams | Drugs | | White |
| **ITEM DESCRIPTION** | | | |
| 66 Grams of suspected methamphetamine Prop. #22-1672 | | | |

**GENERAL**

| PROPERTY CODE | | | VALUE |
|---|---|---|---|
| Evidence | | | $10.00 |
| **QUANTITY/UNIT OF MEASURE** | **PROPERTY TYPE/CLASS** | **SERIAL** | **COLOR** |
| 1.41 / Grams | Drugs | | White |
| **ITEM DESCRIPTION** | | | |
| 1.41 grams of suspected methamphetamine. Prop #22-1673 | | | |

**GENERAL**

| PROPERTY CODE | | | VALUE |
|---|---|---|---|
| Evidence | | | $10.00 |
| **QUANTITY/UNIT OF MEASURE** | **PROPERTY TYPE/CLASS** | **SERIAL** | **COLOR** |
| 1 / Each | Checks | | White |
| **ITEM DESCRIPTION** | | | |
| Check written out to "[redacted]". | | | |

**GENERAL**

| PROPERTY CODE | | | VALUE |
|---|---|---|---|
| | | | |
| **QUANTITY/UNIT OF MEASURE** | **PROPERTY TYPE/CLASS** | **SERIAL** | **COLOR** |
| | | | |
| **ITEM DESCRIPTION** | | | |
| | | | |

**GENERAL**

| PROPERTY CODE | | | VALUE |
|---|---|---|---|
| | | | |
| **QUANTITY/UNIT OF MEASURE** | **PROPERTY TYPE/CLASS** | **SERIAL** | **COLOR** |
| | | | |
| **ITEM DESCRIPTION** | | | |
| | | | |

**GENERAL**

| PROPERTY CODE | | | VALUE |
|---|---|---|---|
| | | | |
| **QUANTITY/UNIT OF MEASURE** | **PROPERTY TYPE/CLASS** | **SERIAL** | **COLOR** |
| | | | |
| **ITEM DESCRIPTION** | | | |
| | | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 814 Wayda | 04/13/2022 | Mazrim, Michael | 04/14/2022 |

**SPRINGFIELD**
**POLICE DEPARTMENT**
**FIELD CASE REPORT**

CASE # **2022-00025970**
ASSOCIATED CASE # **2022-**

## NARRATIVE

On 4/13/2022 at 2126hrs. I, Officer J. Wayda #814, and Officers C. Buscher #743, D. Craven #815, E. Wise #811, Sgt. Mazrim #607, Sgt. McGill #675, Lt. Wheeler [redacted] and DEA Task Force executed a search warrant for the residence at [redacted]. I had the warrant signed by Judge J. Ascher on 4/11/2022 at 1400 hours. The warrant was obtained after I conducted several traffic stops coming from the residence, two of which led to suspected methamphetamine arrests, and tips from those people that they were obtaining the methamphetamine directly from Sara B. Matherly [redacted] out of [redacted]. The incident numbers for these two stops were S22-23945 and S22-24871.

To execute the search warrant, myself, Officer Buscher and Sgt. Mazrim approached the residence. We knocked on the door and announced our presence. Matherly opened the door and spoke to us briefly. We informed her we had a search warrant for the residence, I secured her in handcuffs (checked for fit and double-locked) and sat her down on the front porch. SCU and PAC then cleared the residence and found [redacted]), and Dylan L. Schlieper [redacted]. All three subjects were secured in handcuffs (checked for fit and double-locked).

After the residence was cleared I sat Matherly in Officer Craven's vehicle and read her Miranda rights which she stated she understood. I asked her if there were any animals in the residence. She stated there was one cat that belonged to her. I asked her if there were any illicit narcotics in the residence. She stated there were needles and possibly some small amounts of drugs. I asked Matherly to tell me what bedroom she stayed in inside the residence. She told me her bedroom had the exterior window to the left (West) of the front door. She confirmed that this was the Southwest corner bedroom of the residence. She told me that she and Schlieper had been using that bedroom. I then asked her if she sold, or gave drugs to people out of the residence. She stated she has given people drugs out of the house but said she does not receive anything in exchange for them. [redacted] It should be noted I arrested them on traffic stops coming from [redacted]. Wanless also informed me that while he was in the residence the day I arrested him he observed Matherly with "4 to 5" large baggies of methamphetamine in her bedroom. He saw her in her bedroom weighing out the meth and packaging it into smaller baggies. He showed me with his hand the approximate size of the large baggies. It should be noted that Wanless knew what methamphetamine looked like because he himself was a meth addict.

After speaking with Matherly in the car I went inside the house and began assisting [redacted] and [redacted] with the search. I went to the bedroom Matherly stated was hers and saw a gray, metal, hinged box with an

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 814 Wayda | 04/13/2022 | Mazrim, Michael | 04/14/2022 |

**SPRINGFIELD**
**POLICE DEPARTMENT**
**FIELD CASE REPORT**

CASE # **2022-00025970**
ASSOCIATED CASE # **2022-**

**NARRATIVE (continuation)**

unsecured padlock on it laying on the bed. I opened the box and found a large "zip-lock" type plastic bag that contained numerous other smaller plastic baggies. In those plastic baggies I observed a white, crystal-like substance that through my training and experience I know to be possibly methamphetamine. It should be noted this large baggy was approximately the same size that Wanless described to me when he stated he saw "4 to 5" of the large baggies of meth with Matherly in her bedroom. Also inside the box was a check made out to "[redacted]". The check was not from Matherly but was from a business. Photos of the box, suspected methamphetamine and check were taken by [redacted] then took possession of the check and the suspected methamphetamine. The suspected methamphetamine tested positive for the presence of meth, and weighed 66 grams. In total the suspected meth was packaged into 13 individual baggies inside the one large bag. I know through training and experience in speaking with meth addicts that this amount of meth well exceeds personal use amounts. Having a large amount of narcotics packaged into numerous baggies is also indicative of drug sales.

Also inside Matherly's bedroom was a digital weight measuring scale, and a notebook that appeared to be a personal journal belonging to Matherly. The name on the first page of the journal was "Sara". Pictures of the scale and journal were taken and uploaded to evidence.com. Several other scales were discovered throughout the residence. Pictures were taken of all of them and uploaded to evidence.com.

[redacted] and Schlieper were all read their Miranda rights and all stated they understood them. I spoke to Schlieper who stated the suspected methamphetamine found in the gray metal box belonged to Matherly, and that she has seen Matherly sell the suspected meth to numerous individuals out of [redacted]. I spoke to [redacted] who stated he had known Matherly for approximately six months at the time of this incident, and that he knew she was "slinging" meth out of [redacted]. "Slinging" is a slang term for selling.

While on scene it was discovered that Schlieper had an outstanding warrant out of Sangamon County for possession of a stolen vehicle (21CF687B). The bond was $10,000.00 with 10% to apply and a $75.00 FTA fee. Discovered in the Northwest room of the residence was Schlieper's wallet. It contained a credit card with Schlieper's name on it. Also in the wallet was two small baggies containing suspected methamphetamine. The substance tested positive for the presence of methamphetamine. They weighed a total of 1.41 grams. [redacted] and [redacted] were released on scene and given permission by Matherly to stay at the residence. The ending time of the warrant service was 2226 hours.

Schlieper and Matherly were transported to the Sangamon County Jail and released to CO Bouldin. Use of force forms were completed for both. While we were at the jail I questioned Matherly further while still under Miranda. She informed me that she obtains narcotics from [redacted] and that [redacted]

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **814 Wayda** | **04/13/2022** | **Mazrim, Michael** | **04/14/2022** |

**SPRINGFIELD**
**POLICE DEPARTMENT**
**FIELD CASE REPORT**

| CASE # | |
|---|---|
| **2022-00025970** | |
| ASSOCIATED CASE # | **2022-** |

**NARRATIVE (continuation)**

purchases them from another unknown individual.

Members of [redacted] took possession of all evidence and booked them in. The 66 grams of suspected methamphetamine were booked in under property number 22-1672. The 1.41 grams of suspected methamphetamine from Schlieper's wallet was booked under 22-1673, and the check made out to "[redacted]" was booked under 22-1674. All pieces of evidence were placed in locker 20.

A copy of the warrant was left on the bed in Matherly's bedroom. This was captured on my body worn camera.

It should be noted that [redacted]. is directly across from Ridgely Elementary school, on the North side. I used the measuring tool on Google Earth to measure the distance. From the edge of [redacted] to the North edge of Ridgely Elementary school's property was approximately 50 feet. [redacted] is also approximately 775 feet from the Clementine Memorial Church at 11th St. & Percy Avenue.

See all other supplemental reports for further information.

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **814 Wayda** | **04/13/2022** | **Mazrim, Michael** | **04/14/2022** |

# SPRINGFIELD
## POLICE DEPARTMENT
## FIELD CASE REPORT SUPPLEMENT

CASE # **2022-00025970**
ASSOCIATED CASE # **2022-**

**EVENT**

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | LOCATION OF OCCURRENCE |
|---|---|---|
| 04/13/2022 20:30 | Drug Offense | 837 E Percy AVE<br>Springfield, IL |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | |
| | | |

**OFFENSES**

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB / AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB / AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB / AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 675 McGill, Benjamin | 04/14/2022 | Mazrim, Michael | 04/14/2022 |

| | | |
|---|---|---|
| | **SPRINGFIELD**<br>**POLICE DEPARTMENT**<br>**FIELD CASE REPORT SUPPLEMENT** | CASE #<br>**2022-00025970**<br>ASSOCIATED CASE #<br>**2022-** |

## NARRATIVE

The following is a summary of my actions and observations during the service of a residential search warrant in response to an investigation initiated by Field Operations Patrol Officer Jacob Wayda #814.

The warrant service was conducted by members of the Springfield Police Department in Springfield, Sangamon County, Illinois. The investigation resulted in Officer Wayda obtaining a search warrant signed by the Honorable Judge Jennifer Asher for [redacted], Springfield, Illinois. See the complaint and affidavit in support of probable cause for additional details.

On 04/13/2022, at approximately 2030 hours, members of the [redacted], [redacted] and Field Operations Patrol Officers briefed at the Springfield Police Department for the operations plan of the search warrant service.

**I was assigned to the entry team and made entry once Officers were already going inside. I assisted with clearing the residence. My department issued sidearm was out for a portion of the clearing as per my training. I encountered no resistance and found nothing of evidentiary value.**

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 675 McGill | 04/14/2022 | Mazrim, Michael | 04/14/2022 |



SMITH 0255

# SPRINGFIELD
## POLICE DEPARTMENT
## FIELD CASE REPORT SUPPLEMENT

CASE # **2022-00025970**

ASSOCIATED CASE # **2022-**

**EVENT**

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | LOCATION OF OCCURRENCE |
|---|---|---|
| 04/13/2022 20:30 | Warrant | 837 PERCY ST<br>SPRINGFIELD, IL |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | |
| | | |

**OFFENSES**

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE | |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE | |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE | |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 743 Buscher, Clifford | 04/13/2022 | McGill, Benjamin A | 04/14/2022 |



SMITH 0256

**SPRINGFIELD**
**POLICE DEPARTMENT**
**FIELD CASE REPORT SUPPLEMENT**

CASE # **2022-00025970**
ASSOCIATED CASE # **2022-**

## NARRATIVE

**On 4/13/2022 I, Ofc. Buscher #743, was part of the warrant service for the residence of 837 Percy.**

**Upon arriving I made contact at the front door with Sgt. Mazrim #607 and Ofc. J. Wayda # 814. A female, later identified as Sara B Matherly [redacted], opened the door and was advised there was a search warrant for her residence. She was moved outside to the front porch and secured into handcuffs by Ofc. Wayda. Several officers cleared the residence and sent people outside. The next person sent out was identified as [redacted] and I secured him into handcuffs, checked for fit and double locked. A female identified as [redacted] was secured by Ofc. Wayda and I secured the last person, later identified as Dylan L Schlieper [redacted].**

**I ran Dylan, [redacted] and [redacted] through dispatch. Tylour and Allison were both clear, but dispatch advised that Dylan had a valid Sangamon 21CF687B FTA possession of stolen vehicle bond $10,000 10% plus $75 FTA fee. Dylan was placed into the rear of my patrol car and I stood by with them until the search warrant was completed. Ofc. Wayda mirandized Dylan and they agreed to speak to them. See his original report for further. Once Ofc. Wayda was finished speaking with Dylan, we transported him to the Sangamon County Jail and he was released to C/O Hillen.**

**I completed Use of Force forms for Dylan and [redacted] See the original report and all other supplemental's for further.**

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 743 Buscher | 04/13/2022 | McGill, Benjamin A | 04/14/2022 |

# SPRINGFIELD
## POLICE DEPARTMENT
## FIELD CASE REPORT SUPPLEMENT

CASE # **2022-00025970**
ASSOCIATED CASE # **2022-**

**EVENT**

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | LOCATION OF OCCURRENCE |
|---|---|---|
| 04/13/2022 20:30 | Warrant | 837 Percy |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | 837 Percy<br>SPRINGFIELD, IL |

**OFFENSES**

| | STATUTE/DESCRIPTION | CRIME CODE | WEAPON CODE | BEAT | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| Adult Arrestee | | MATHERLY, SARA B | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| [redacted] | 41 | 837 PERCY AVE SPRINGFIELD, IL 62702 | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE | |
| [redacted] | Female | 5'3 | 170 | Brown | Blue | |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | | |
| [redacted] | [redacted] | | | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| Adult Arrestee | | SCHLIEPER, DYLAN L | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| [redacted] | 23 | HOMELESS SPRINGFIELD, 62702 | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE | |
| [redacted] | Male | 5'9 | 140 | Brown | | |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | | |
| [redacted] | | | | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| Adult Person with Knowledge | | [redacted] | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| [redacted] | 36 | [redacted] | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE | |
| [redacted] | Female | | | | | |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | | |
| [redacted] | | | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 607 Mazrim, Michael | 04/13/2022 | McGill, Benjamin A | 04/14/2022 |

**SPRINGFIELD**
**POLICE DEPARTMENT**
**FIELD CASE REPORT SUPPLEMENT**

CASE #
**2022-00025970**
ASSOCIATED CASE #
**2022-**

**NARRATIVE**

The following is a summary of my actions and observations during the service of a residential search warrant in response to an investigation initiated by Field Operations Patrol Officer Jacob Wayda #814.

The warrant service was conducted by members of the Springfield Police Department in Springfield, Sangamon County, Illinois. The investigation resulted in Officer Wayda obtaining a search warrant signed by the Honorable Judge Jennifer Asher for [redacted], Springfield, Illinois. See the complaint and affidavit in support of probable cause for additional details.

On 04/13/2022, at approximately 2030 hours, members of the [redacted], [redacted] and Field Operations Patrol Officers briefed at the Springfield Police Department for the operations plan of the search warrant service.

At approximately 2125 hours, Officer Wayda #814, Officer Buscher #743 and myself walked up to the front door of the residence ([redacted]) in full SPD uniform. I activated by Body Worn Camera prior to knocking and announcing our presence. A female voice asked who was at the door, which we responded Springfield Police Department. I believed the voice to be Sara Matherly [redacted]), the target of the investigation, at which point, I identified myself as Sergeant Mazrim and that we were specifically looking for an individual with an arrest warrant.

Matherly then opened the front door and I entered the residence without forcing entry. I asked if there was anyone else inside, which Matherly replied, "yes". I then grabbed her right arm and told her that SPD obtained a search warrant for her residence. Matherly was handed off to Officer Wayda and escorted out the front door.

SPD Members then entered behind me as we made our way through the living room. I drew my department issued firearm keeping it at the low ready, while giving loud verbal commands, "Springfield Police Search Warrant make yourself known". I then came into contact with a [redacted] male in the second room adjacent to the hallway and kitchen. The subject was complying with our orders and commanded to walk past us with his hands up, until he was subsequently detained in handcuffs without incident. I continued through the kitchen and then cleared the basement making contact with no one else. See other Officer's case supplemental reports for additional details.

The residence was secured and I escorted a [redacted] female on the front porch, whom I identified as [redacted]. I checked her handcuffs ensuring they were double-locked before searching her exterior garments with negative results for contraband. I escorted [redacted] to my marked SPD squad car and placed her in the backseat.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **607 Mazrim** | **04/13/2022** | **McGill, Benjamin A** | **04/14/2022** |

| SPRINGFIELD POLICE DEPARTMENT FIELD CASE REPORT SUPPLEMENT | CASE # 2022-00025970 |
|---|---|
| | ASSOCIATED CASE # 2022- |

**NARRATIVE (continuation)**

At 2147 hours, I read [redacted] the Miranda advisement, which was captured on my BWC and she agreed to talk with me without legal counsel present. [redacted] stated she was staying with her baby daddy, whom was identified as [redacted] She described the room which was determined to be the southwest bedroom and that she and [redacted] were allowed to stay in that room for the night. [redacted] said she knew the room to be Matherly's and that she had to push a bunch of Matherly's stuff off of the bed so she could lay down. [redacted] said she was staying at the Red Roof until she arrived today and had no clue as to what was going on at the house. [redacted] confirmed the male who was transitioning to a female as Dylan Schleiper ([redacted]) and that he was staying in the other bedroom, which was determined to be the northwest bedroom. It was later confirmed by Officers that Dylan was located in the corner of the northwest bedroom hiding. [redacted] handcuffs were removed and she was released from SPD custody. It should be noted she was allowed to remain at the residence by Matherly.

I spoke with Matherly briefly and she confirmed Dylan was staying in the (NW) bedroom and that he kept his "stuff" in a wallet. I walked back inside the residence and located a brown wallet on the bed with a VISA card in the name of Dylan Schleiper. In the zippered pouch, I located a clear plastic bag containing a white crystallized powder substance and a twisted corner baggie also containing a white powder substance within the same Ziploc bag. There was also a third clear plastic baggie containing a dark hard substance in which all three items were photographed and collected as evidence by me.

Matherly and Schleiper were transported to the SCSO jail and [redacted] and [redacted] were allowed to return to the residence. SPD Officers cleared from the residence at 2226 hours and Officer Wayda left a copy of the search warrant inside the residence.

I made contact with [redacted] members in the Office and the two clear plastic baggies containing the white crystallized powder substance both field tested positive for suspected methamphetamines. The first clear plastic Ziploc weighed 1.36 grams including packaging and the twisted clear plastic corner baggie weighed .05 grams including packaging. The third baggie containing a dark hard substance did not field test and pulled apart like a piece of lent. That item believed to be evidence at the time was discarded. The two items that did field test positive for methamphetamines was turned over to the custody of [redacted] Officer Delude, who was assigned as the case evidence officer. See his case supplemental report for additional details.

All photographs including my Axon BWC footage were tagged, categorized and uploaded to Axon evidence. There is nothing further to add at this time.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 607 Mazrim | 04/13/2022 | McGill, Benjamin A | 04/14/2022 |

| SPRINGFIELD POLICE DEPARTMENT FIELD CASE REPORT SUPPLEMENT | CASE # 2022-00025970 |
|---|---|
| | ASSOCIATED CASE # 2022- |

## NARRATIVE (continuation)

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 607 Mazrim | 04/13/2022 | McGill, Benjamin A | 04/14/2022 |

# Sangamon County Sheriff's Office
## Field Booking and Probable Cause Statement

Incident Report Number: 2022-00025970
NCIC Number:
Arresting Agency: Springfield Police

**Arrestee**

| Field | Value |
|---|---|
| Name (Last, First, Middle) | SCHLIEPER, DYLAN L |
| Address | HOMELESS |
| Social Security | |
| Drivers License | [redacted] |
| State | |
| City | SPRINGFIELD |
| State | |
| Home Phone | |
| Work Phone | |
| Date of Birth | [redacted] |
| Age | 23 |
| Sex | Male |
| Height | 5 ft. 9 in. |
| Weight | 140 |
| Eye Color | |
| Hair Color | Brown |
| Race | [redacted] |
| Transported By | |
| Hospital | |

Injury Type:
- ☐ None
- ☐ Shot
- ☐ Apparent Minor Injury
- ☐ Possible Internal Injury
- ☐ Severe Laceration
- ☐ Other Major Injury
- ☐ Apparent Broken Bones
- ☐ Loss of Teeth
- ☐ Unconsciousness

**Arrest Information**

| Field | Value |
|---|---|
| Arrest Date | 04/13/2022 |
| Arrest Time | 20:30 |
| Location of Arrest | 837 PERCY AVE |
| Arrest Type | On-View |
| Basis for Caution | |
| Personal Property Taken as Evidence | |
| Arresting Officer | Wayda Jacob |
| ID Number | 814 |
| Assisting Officer | Buscher Clifford |
| ID Number | 743 |

**Charges Issued**

| # | Counts | Warrant Number | Ordinance / Statute | Description |
|---|---|---|---|---|
| 1 | 1 | | 720 ILCS 646.0/60 1910 | Methamphetamine possession |
| 2 | 1 | 21CF687B | Warrant In-State 5081 | Warrant In-State -Warrant |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

**Statement of Probable Cause**

SCHLIEPER,DYLAN, L [redacted] 10-99 SANGAMON 21CF687B FTA UNLAWFUL POSSESSION OF A STOLEN MOTOR VEHICLE BOND $10,000 10% PLUS $75 FTA FEE.

Also found inside a wallet that contained a credit card with Schlieper's name on it was two small baggies that contained suspected methamphetamine. The substances tested positive for the presence of methamphetamine and weighed 1.36 grams and .05 grams. The wallet was found during a search warrant service of [redacted] Avenue.

**Judicial**

Date: Time:

PC Founded ☐

Not Founded ☐

Comments:

Signature of Judge

Bail Amount $

| Printed Name of Arresting Officer | ID Number | Signature of Arresting Officer | Date |
|---|---|---|---|
| Wayda Jacob | 814 | | |

# Sangamon County Sheriff's Office
## Field Booking and Probable Cause Statement

| | |
|---|---|
| Incident Report Number | 2022-00025970 |
| NCIC Number | |
| Arresting Agency | Springfield Police |

**Arrestee**

| | | | | | | |
|---|---|---|---|---|---|---|
| Name (Last, First, Middle) | MATHERLY, SARA B | | | | | |
| Address | 837 PERCY AVE | Social Security | -- | Drivers License | [redacted] | State |
| City | SPRINGFIELD | State | IL | Home Phone | [redacted] | Work Phone |
| Date of Birth | [redacted] | Age | 41 | Sex | Female | |
| Height | 5 ft. 3 in. | Weight | 170 | Eye Color | Blue | |
| Hair Color | Brown | Race | [redacted] | | | |

Injury Type

- ❑ None
- ❑ Shot
- ❑ Apparent Minor Injury
- ❑ Possible Internal Injury
- ❑ Severe Laceration
- ❑ Other Major Injury
- ❑ Apparent Broken Bones
- ❑ Loss of Teeth
- ❑ Unconsciousness

Transported By

Hospital

**Arrest Information**

| | |
|---|---|
| Arrest Date | 04/13/2022 |
| Arrest Time | 20:30 |
| Location of Arrest | 837 PERCY AVE |
| Arrest Type | On-View |
| Basis for Caution | |
| Personal Property Taken as Evidence | |
| Arresting Officer | Wayda Jacob |
| ID Number | 814 |
| Assisting Officer | Buscher Clifford |
| ID Number | 743 |

**Charges Issued**

| # | Counts | Warrant Number | Ordinance / Statute | Description |
|---|---|---|---|---|
| 1 | 1 | | 720 ILCS 646.0/55 1935 | Methamphetamine delivery |
| 2 | 1 | | 720 ILCS 646.0/60 1910 | Methamphetamine possession |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

**Statement of Probable Cause**

A search warrant was executed at [redacted] Sara B. Matherly ([redacted]) was the target, along with the house, based off information that she was selling narcotics out of the house. Upon the execution of the warrant Matherly was handcuffed. I sat her in a squad car and read her Miranda rights which she stated she understood. Under Miranda Matherly informed me what bedroom she stays in inside the house. Inside the bedroom Matherly told me she stayed in I found a gray, metal box with a padlock on it that was not locked. It was on her bed. Inside the box was a large plastic bag containing

**Judicial**

Date Time

PC Founded ❑

Not Founded ❑

Comments: ______

Signature of Judge ______

Bail Amount $

| Printed Name of Arresting Officer | ID Number | Signature of Arresting Officer | Date |
|---|---|---|---|
| Wayda Jacob | 814 | | |

**SPD Probable Cause 202200025970**

(Narrative Continued)

**white, crystal-like rocks that through my training and experience knew was possibly methamphetamine. Inside the large bag was also 11 other smaller plastic bags all containing the suspected methamphetamine. The substances tested positive for the presence of methamphetamine. There were also several digital measuring scales discovered in the residence. Pictures were taken of these. The total weight of the suspected methamphetamine was 66 grams. It should be noted the property of [redacted]. is directly across the street from Ridgely Elementary School on the North side. The distance from [redacted] to the edge of Ridgley Elementary's property was 50 feet by Google Earth's measuring tool.**

# SPRINGFIELD
## POLICE DEPARTMENT
## FIELD CASE REPORT SUPPLEMENT

CASE # 2022-00025970

ASSOCIATED CASE # 2022-

**EVENT**

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | LOCATION OF OCCURRENCE |
|---|---|---|
| 04/13/2022 20:30 | Warrant | 837 Percy AVE<br>Springfield, IL |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | |
| | | |

**OFFENSES**

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | |
|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | |
|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | |
|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 814 Wayda, Jacob | 04/23/2022 | McGill, Benjamin A | 04/23/2022 |

**SPRINGFIELD**
**POLICE DEPARTMENT**
**FIELD CASE REPORT SUPPLEMENT**

CASE # **2022-00025970**
ASSOCIATED CASE # **2022-**

**NARRATIVE**

**On 4/20/2022 I, Officer J. Wayda #814, completed a warrant return for the warrant served at [redacted]. on 4/13/2022. The warrant return was signed by Sangamon County Circuit Judge Giganti.**

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 814 Wayda | 04/23/2022 | McGill, Benjamin A | 04/23/2022 |

# SPRINGFIELD
## POLICE DEPARTMENT
## FIELD CASE REPORT SUPPLEMENT

CASE # **2022-00025970**
ASSOCIATED CASE # **2022-**

**EVENT**

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | LOCATION OF OCCURRENCE |
|---|---|---|
| 04/13/2022 19:30 | Drug Offense | 837 percy |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | |
| | | |

**OFFENSES**

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB / AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB / AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB / AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 697 Schluter, Devin | 04/13/2022 | Wangard, James P | 04/25/2022 |

| SPRINGFIELD POLICE DEPARTMENT FIELD CASE REPORT SUPPLEMENT | CASE # 2022-00025970 |
| --- | --- |
| | ASSOCIATED CASE # 2022- |

## NARRATIVE

On 04/13/2022 I (Ofc. D. Schluter assisted with a search warrant located at [redacted] Ave.

Officers made entry around 2030 hours. I assisted with taking overall photos of the residence and all items collected as evidence. All photos taken were uploaded to evidence.com for retention.

Please see the original report for additional information.

| REPORTING OFFICER | DATE | REVIEWED BY | |
| --- | --- | --- | --- |
| 697 Schluter | 04/13/2022 | Wangard, James P | 04/25/2022 |

# SPRINGFIELD
## POLICE DEPARTMENT
## FIELD CASE REPORT SUPPLEMENT

| CASE # | ASSOCIATED CASE # |
| --- | --- |
| 2022-00025970 | 2022- |

**EVENT**

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | LOCATION OF OCCURRENCE |
| --- | --- | --- |
| 04/13/2022 21:26 | Drug Offense | 837 Percy AVE<br>Springfield, IL |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | |
| | | |

**OFFENSES**

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
| --- | --- | --- | --- |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |
| | CRIME CODE WEAPON CODE BEAT | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
| --- | --- | --- | --- | --- | --- |
| DOB / AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
| --- | --- | --- | --- | --- | --- |
| DOB / AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
| --- | --- | --- | --- | --- | --- |
| DOB / AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
| --- | --- | --- | --- |
| 718 DeLude, Evan | 04/26/2022 | Wangard, James P | 04/27/2022 |

**SPRINGFIELD**
**POLICE DEPARTMENT**
**FIELD CASE REPORT SUPPLEMENT**

| CASE # | |
|---|---|
| 2022-00025970 | |
| ASSOCIATED CASE # | 2022- |

**NARRATIVE**

On 04-13-2022 I Ofc. DeLude assisted in a search warrant at [redacted]. The search warrant was obtained for suspected narcotic sales.

During the search warrant I acted as the evidence officer who is tasked with the collection of evidence.

During the search, Ofc. J.Wayda located approximately 66 grams of suspected methamphetamine in the South West bedroom. Also located in the same room was a suspected fraudulent check written out to [redacted]. During the search of Dylan Schleiper's person, Sgt. Mazrim located approximately 1.4 grams of suspected methamphetamine. The items field tested positive.

These items were collected and placed into evidence under the following numbers:

1) approximately 66g suspected methamphetamine (22-1672)
2) approximately 1.4g suspected methamphetamine (22-1673)
3) check written out to [redacted] (22-1674)

[redacted]

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 718 DeLude | 04/26/2022 | Wangard, James P | 04/27/2022 |

# SPRINGFIELD
## POLICE DEPARTMENT
## FIELD CASE REPORT SUPPLEMENT

CASE # **2022-00025970**

ASSOCIATED CASE # **2022-**

**EVENT**

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | LOCATION OF OCCURRENCE |
|---|---|---|
| 04/13/2022 21:00 | Warrant | 837 Percy AVE<br>Springfield, IL |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | |
| | | |

**OFFENSES**

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| | CRIME CODE / WEAPON CODE / BEAT | | |
| | CRIME CODE / WEAPON CODE / BEAT | | |
| | CRIME CODE / WEAPON CODE / BEAT | | |
| | CRIME CODE / WEAPON CODE / BEAT | | |
| | CRIME CODE / WEAPON CODE / BEAT | | |
| | CRIME CODE / WEAPON CODE / BEAT | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB / AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB / AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB / AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 718 DeLude, Evan | 04/21/2022 | Wangard, James P | 05/10/2022 |

**SPRINGFIELD**
**POLICE DEPARTMENT**
**FIELD CASE REPORT SUPPLEMENT**

CASE # **2022-00025970**
ASSOCIATED CASE # **2022-**

## NARRATIVE

**On 04-13-2022 I Ofc. DeLude being a member of the Springfield Police Departments [redacted], assisted in a search warrant at [redacted].**

**I attached an evidence log documenting what was located during the search.**

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 718 DeLude | 04/21/2022 | Wangard, James P | 05/10/2022 |