E-FILED
Friday, 17 July, 2026 05:20:56 PM
Clerk, U.S. District Court, ILCD

PLAINTIFF'S EXHIBIT 25

County of Sangamon
DEPARTMENT OF THE SHERIFF
Corrections Division

**Intake Acceptance Questionnaire - Fitness to Confine**
**TO BE COMPLETED BY THE ARRESTING AGENCY PRIOR TO INCARCERATION**

Arrestee Name: DYLAN C SCHNEIDER Date of Birth: 3/29/98 Date: 4/13/22 Time: 2308

1. Does the arrestee have any visible injuries or is asking for medical assistance? (ie: bleeding, abrasion, etc.)
NO

2. At any point prior to arrest, was the arrestee involved in a vehicle collision, or any other serious accident?
NO

3. At any point prior to arrest, was the arrestee unconscious?
NO

4. Was the arrestee in a fight with another individual or was use of physical force necessary to affect the arrest?
NO

5. Has the arrestee been sprayed with O.C. or tased? NO

6. Was the arrestee treated by EMS or at the hospital? If yes, which hospital, and for what reason.
NO

7. Does the arrestee have any known medical problems? (ie: seizures, heart, stroke, etc.)
NO

8. Does the arrestee have any observable mental health problems, or is showing signs/statements of suicide?
NO

9. Has the arrestee shown any behaviors, past or present including escape potential or violence?
NO

10. Does the arrestee have any known enemies or co-defendants (keep separates) that the jail should be aware of?
NO

11. Does the transporting officer have any other information which we need to know concerning this arrestee?
NO

Arresting / Transporting officer Name (printed): C. BUSCHER 743

Arresting / Transporting officer Signature: C. BOSCHER 743

**Any affirmative answer for Questions 1 – 8 require medical to clear the arrestee prior to intake. Attach discharge instructions from hospital. If no discharge instructions are available, the inmate will not be accepted!**

Nurse's Name/Signature: ______________________

SCSO Form #402
September 2021

# Completed Questionnaire

Print Date/Time: 04/18/2022 08:53
Login ID: sg04069
Inmate: Schlieper, Dylan Levi

Sangamon Co Sheriff's Office
ORI Number: IL0840000
Booking #: 2022-00001863

## Questionnaire: Initial Booking Medical

Arrest Datetime: 04/13/2022 20:30

Given By: 02162 - Fisher 04/13/2022 23:20

| Arresting Officers | Agency | Brought In By | Agency |
|---|---|---|---|
| 00814 - Wayda | IL0840200 | | IL0840200 |

| Question # | Question | Response | Response Value |
|---|---|---|---|
| 01 | Is the subject handicapped? | No | 0 |
| 01a | Refused to respond? | No | 0 |
| 01b | Unable to respond? | No | 0 |
| 01c | Have you ever tried to commit suicide/harm yourself? | No | 0 |
| 02 | Obvious bleeding/pain requiring emergency care? | No | 0 |
| 03 | Are you under the infuence of alcohol/drugs? | No | 0 |
| 04 | Do you use illegal drugs?<br>Comments: Heroin | Yes | 0 |
| 04a | What illegal drugs are you using?<br>Comments: Heroin | List illegal drugs. | 0 |
| 05 | Have you had medical problems while using drugs/alcohol? | No | 0 |
| 06 | Are you allergic to any medications/foods? | No | 0 |
| 07 | Have you been hospitalized in the past year for more than one day? | No | 0 |
| 08 | Do you have HIV/AIDS? | No | 0 |
| 08a | Allergies? | No | 0 |
| 08b | Asthma? | No | 0 |
| 08c | High blood pressure? | No | 0 |
| 08d | Dental problems? | No | 0 |
| 08e | Ear problems? | No | 0 |
| 08f | Epilepsy? | No | 0 |
| 08g | Body lice? | No | 0 |
| 08h | Hepatitis? | No | 0 |
| 08i | Rupture? | No | 0 |
| 08j | Skin disease? | No | 0 |
| 08k | Hay fever? | No | 0 |
| 08l | Discharges? | No | 0 |
| 08m | Ulcers? | No | 0 |
| 08n | Heart problems? | No | 0 |
| 08o | Throat problems? | No | 0 |
| 08p | Weakness? | No | 0 |
| 08q | Open sores? | No | 0 |
| 08r | Persistant cough? | No | 0 |
| 08s | Spitting up blood? | No | 0 |

# Completed Questionnaire

**Print Date/Time:** 04/18/2022 08:53
**Login ID:** sg04069
**Inmate:** Schlieper, Dylan Levi

Sangamon Co Sheriff's Office
**ORI Number:** IL0840000
**Booking #:** 2022-00001863

| | | | |
|---|---|---|---|
| 08t | Loss of weight? | No | 0 |
| 08u | Fever? | No | 0 |
| 08v | Night sweats? | No | 0 |
| 08w | Skin turned yellow? | No | 0 |
| 09 | Do you have tuberculosis(TB)? | No | 0 |
| 09a | When was your last TB Test? | Result/Date? | 0 |
| | Comments: n | | |
| 09b | Have you had treatment for TB? | No | 0 |
| 10 | Do you have venereal disease? | No | 0 |
| 11 | Do you have diabetes? | No | 0 |
| 12 | Do you have any other medical problems that have not been asked? | No | 0 |
| 13 | What is the name of your doctor or where do you receive medical care? | None | 0 |
| 13a | Where do you receive your medications?(What pharmacy?) | None | 0 |
| 13b | M/F? | Male | 0 |
| 15 | What was your assigned sex at birth? | Male | 0 |
| 16 | Do you think of yourself as: | Transgender, Transexual or Gender non-conforming | 0 |
| 17 | If Transgender/Transexual/Non-conforming, are you: | Transgendere or Transexual, male to female | 0 |
| 18 | If subject responds affirmatively to being transgender or transexual,a Mental Health and Medical referral needs to be made. | OK | 0 |
| | Comments: subject has been in multiple times | | |

**Completed Questionnaire Value:** 0

**High Risks**

___ Assaultive
___ Disciplinary segregation
___ Escape (documented)
___ Escape Risk
___ Famous Person
___ Former Employee
___ Gang Member
___ High Risk
___ Law Enforcement/Public Official
___ Medical
___ Mentally Unstable
___ Other
___ Possibly weak or vulnerable
___ Suicidal
___ Trustee Restriction
___ Witness

**Special Conditions**

___ Body Fluid Watch
___ Dental referral needed
___ Diabetic
___ Dietary Restriction
___ Disciplinary segregation
___ Handicap/Mentally Challenged
___ Juvenile
___ Medical
___ Medical Referral Needed
___ Other
___ Protective Custody
___ Psych referral needed
___ STD Referral

# Completed Questionnaire

**Print Date/Time:** 04/18/2022 08:53
**Login ID:** sg04069
**Inmate:** Schlieper, Dylan Levi

Sangamon Co Sheriff's Office
**ORI Number:** IL0840000
**Booking #:** 2022-00001863

## Questionnaire: Initial Booking Medication

**Arrest Datetime:** 04/13/2022 20:30
**Given By:** 02162 - Fisher 04/13/2022 23:23

| Arresting Officers | Agency | Brought In By | Agency |
|---|---|---|---|
| 00814 - Wayda | IL0840200 | | IL0840200 |

| Question # | Question | Response | Response Value |
|---|---|---|---|
| 01 | Are you currently taking any prescription/over the counter medication? | No | 0 |

**Completed Questionnaire Value:** 0

**High Risks**

___ Assaultive
___ Disciplinary segregation
___ Escape (documented)
___ Escape Risk
___ Famous Person
___ Former Employee
___ Gang Member
___ High Risk
___ Law Enforcement/Public Official
___ Medical
___ Mentally Unstable
___ Other
___ Possibly weak or vulnerable
___ Suicidal
___ Trustee Restriction
___ Witness

**Special Conditions**

___ Body Fluid Watch
___ Dental referral needed
___ Diabetic
___ Dietary Restriction
___ Disciplinary segregation
___ Handicap/Mentally Challenged
___ Juvenile
___ Medical
___ Medical Referral Needed
___ Other
___ Protective Custody
___ Psych referral needed
___ STD Referral

Officer: ______________________________ Date: __________

Inmate: ______________________________ Date: __________

# Completed Questionnaire

**Print Date/Time:** 04/18/2022 08:52
**Login ID:** sg04069
**Inmate:** Schlieper, Dylan Levi

Sangamon Co Sheriff's Office
**ORI Number:** IL0840000
**Booking #:** 2022-00001863

## Questionnaire: Mental Health Screening

**Arrest Datetime:** 04/13/2022 20:30 **Given By:** 02162 - Fisher 04/13/2022 23:23

| Arresting Officers | Agency | Brought In By | Agency |
|---|---|---|---|
| 00814 - Wayda | IL0840200 | | IL0840200 |

| Question # | Question | Response | Response Value |
|---|---|---|---|
| 1. | Arresting or Transporting Officer believes subject may be suicide risk? | No | 0 |
| 2. | Lacks close family or friends in the community? | No | 0 |
| 3. | Experienced a significant loss within last 6 months ( loss of job,releationship,deathof close family member)? | No | 0 |
| 4. | Worried about major problems other than legal situation ( terminal illness)? | No | 0 |
| 5. | Family member or significant other has attempted or committed suicide ( spouse,parent,sibling,close friend,lover)? | No | 0 |
| 6. | Has psychiatric history ( psychotropic medication or treatment)? | No | 0 |
| 7. | Holds postion of respect in the communtiy (i.e., professional,public official) and /or alleged crime is shocking in nature. Expresses feeling of embarrassment/shame? | No | 0 |
| 8. | Expresses thoughts about killing self? | No | 0 |
| 9. | Has a suicide plan and/or suicide instrument in possession? | No | 0 |
| 10. | Has a previous suicide attempt? | No | 0 |
| 11. | Expresses feeling there is nothing to look forward to in the future ( feeling of hopelessness)? | No | 0 |
| 12. | Shows signs of depression (crying,emotional flatness)? | No | 0 |
| 13. | Appears overly anious,afraid or angry ? | No | 0 |
| 14. | Appears to feel unusually embarrssed or ashamed ? | No | 0 |
| 15. | Is acting and/or talking in strange manner. (Cannot focus attention: hearing or seeing things not there) ? | No | 0 |
| 16. | Is apparently under the influence of alcohol or drugs ? | No | 0 |
| 17. | Is individual incoherent or showing signs of withdrawal or mental illness ? | No | 0 |
| 18. | Do you have history of Using Psychotropic Medication ? | No | 0 |
| 19. | Do you have history of psychiatric hospitalization ? | No | 0 |
| 20. | Have you received any outpatient mental health treatment ? | No | 0 |
| 20.a | Where did you receive treatment and when ? Comments: n | Where/ When | 0 |

**Completed Questionnaire Value:** 0

# Completed Questionnaire

**Print Date/Time:** 04/18/2022 08:52
**Login ID:** sg04069
**Inmate:** Schlieper, Dylan Levi

Sangamon Co Sheriff's Office
**ORI Number:** IL0840000
**Booking #:** 2022-00001863

**High Risks**

___ Assaultive
___ Disciplinary segregation
___ Escape (documented)
___ Escape Risk
___ Famous Person
___ Former Employee
___ Gang Member
___ High Risk
___ Law Enforcement/Public Official
___ Medical
___ Mentally Unstable
___ Other
___ Possibly weak or vulnerable
___ Suicidal
___ Trustee Restriction
___ Witness

**Special Conditions**

___ Body Fluid Watch
___ Dental referral needed
___ Diabetic
___ Dietary Restriction
___ Disciplinary segregation
___ Handicap/Mentally Challenged
___ Juvenile
___ Medical
___ Medical Referral Needed
___ Other
___ Protective Custody
___ Psych referral needed
___ STD Referral

Officer: ______________________________ Date: ____________

Inmate: ______________________________ Date: ____________


ID NO.
DATE
132533
04:13:22
SANGAMON COUNTY
SHERIFF DEPT.
SPRINGFIELD, IL
ID NO.
DATE
132533
04:13:22
SANGAMON COUNTY
SHERIFF DEPT.
SPRINGFIELD, IL

# Booking Card

## Schlieper, Dylan Levi

**Print Date/Time** 05/16/2022 10:15
**Login ID:** sg11951

Sangamon Co Sheriff's Office
**ORI Number:** IL0840000

*2022-00001863*

**Booking #:** 2022-00001863 **Booking Date/Time:** 04/13/2022 23:07
**Jacket #:** 676899 **Inmate #:** 132533
**Address:** 2015 W JEFFERSON ST
SPRINGFIELD, IL 62702



**Phone #:** (217)883-2809 **DOB:** 03/29/1999
**SSN:** Personal **Age:** 23
**Race:** White **Hair Color:** Brown
**Sex:** Male **Eyes:** Blue
**Height:** 5ft 6 in **Weight:** 140.0

**Prisoner Type:** Felony **Incarceration Reason:**
**Facility:** **Pod/Block:** **Cell:** **Bed:**

**Charge:**
State 1910 720 ILCS 646.0/60 Methamphetamine possession
**Offense/Charge Date:** 04/13/2022 20:30
**Case Tracking ORI:** IL0840200 **Case Tracking #:** 2022-00025970 **Severest:** No

**Charge:**
State 1200 625 ILCS 5.0/4-103-A-1 Unlawful Possession of Stolen Vehicle -Class 2
**Offense/Charge Date:** 02/28/2022 00:00
**Case Tracking ORI:** IL0840000 **Case Tracking #:** 2022-00025970 **Severest:** No

**Release Date/Time:** 04/15/2022 07:40 **Released By:** Ward
**Release Reason:** Recognizance Bond **Released to ORI:**
**Released To:**

I will have opportunity to contact family or counsel.

Inmate Signature: ______________________

Booking Officer(s): # ______________________ # ______________________

Reviewed By: # ______________________

______________________

______________________
Date/Time

# Sangamon County Sheriff's Office
## Field Booking and Probable Cause Statement

2022-00025970

NCIC Number

Arresting Agency: Springfield Police

**Arrestee**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name (Last, First, Middle): SCHLIEPER, DYLAN L | | | | | | | |
| Address: HOMELESS | | | | Social Security: | | Drivers License: [redacted] | State: |
| City: SPRINGFIELD | | | | State: | Home Phone: | | Work Phone: |
| Date of Birth: 03/29/1999 | Age: 23 | Sex: Male | Height: 5 ft. 9 in. | Weight: 140 | Eye Color: | Hair Color: Brown | Race: White |

Injury Type
- ☐ None
- ☐ Shot
- ☐ Apparent Minor Injury
- ☐ Possible Internal Injury
- ☐ Severe Laceration
- ☐ Other Major Injury
- ☐ Apparent Broken Bones
- ☐ Loss of Teeth
- ☐ Unconsciousness

Transported By:

Hospital:

**Arrest Information**

| | | | |
|---|---|---|---|
| Arrest Date: 04/13/2022 | Arrest Time: 20:30 | Location of Arrest: 837 PERCY AVE | |
| Arrest Type: On-View | Basis for Caution: | | Personal Property Taken as Evidence: |
| Arresting Officer: Wayda Jacob | ID Number: 814 | | |
| Assisting Officer: Buscher Clifford | ID Number: 743 | | |

**Charges Issued**

| # | Counts | Warrant Number | Ordinance / Statute | Description |
|---|---|---|---|---|
| 1 | 1 | | 720 ILCS 646.0/60 1910 | Methamphetamine possession |
| 2 | 1 | 21CF687B | Warrant In-State 5081 | Warrant In-State -Warrant |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

**Statement of Probable Cause**

SCHLIEPER,DYLAN, L 3/29/99 10-99 SANGAMON 21CF687B FTA UNLAWFUL POSSESSION OF A STOLEN MOTOR VEHICLE BOND $10,000 10% PLUS $75 FTA FEE.

Also found inside a wallet that contained a credit card with Schlieper's name on it was two small baggies that contained suspected methamphetamine. The substances tested positive for the presence of methamphetamine and weighed 1.36 grams and .05 grams. The wallet was found during a search warrant service of 837 Percy Avenue.

**Judicial**

Date: Time:

PC Founded ☐

Not Founded ☐

Comments: ______

Signature of Judge ______

Bail Amount $

Printed Name of Arresting Officer: Wayda Jacob | ID Number: 814 | Signature of Arresting Officer: | Date: