E-FILED
Friday, 17 July, 2026 05:20:56 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

**STARLA SMITH,** as Administrator of the Estate of Dylan Schlieper-Clark, and on behalf of his Next of Kin,

Plaintiff,

v.

**COUNTY OF SANGAMON,** et al.

Defendants.

Case No. 3:23-cv-03137

**JACOB WAYDA AND CLIFFORD BUSCHER ANSWERS TO PLAINTIFF'S FIRST INTERROGATORIES**

**COMES NOW** Defendants Jacob Wayda and Clifford Buscher, and for their answer the following interrogatories state as follows.

**INTERROGATORIES**

1. With regard to every witness, please state:

a) The full name, address, and telephone number of each person who witnessed or claims to have witnessed any of the events, conduct, injuries, or damages alleged in the complaint, and state the nature and substance of their knowledge;

b) The full name, address, and telephone number of each person who was present or claims to have been present during any of the events, conduct, injuries, or damages alleged in the complaint, your answer, and your defenses, and state the nature and substance of their knowledge;

c) The full name, address, and telephone number of each person who has, claims to have, or is believed by you to have any knowledge of the events, conduct, injuries, or damages alleged in the complaint, as well as alleged in your answer and defenses, or any other facts relating to this litigation, and state the nature and substance of their knowledge; and

d) The full name, address, and telephone number of all persons whom you intend to and/or may call as witnesses at the trial of this matter.

**ANSWER:** Officers on the scene, identified in police reports. Drug unit officers are not named.

2. For any person who provided you with information about Dylan Schlieper-Clark and/or to whom you provided information about Dylan Schlieper-Clark, identify that person, the nature and substance of the information received/provided, the date on which the information was received/provided, and the names of all persons present when the information was received/provided.

**ANSWER:** Dylan Schlieper-Clark was identified to Ofc. Wayda by Ofc. Buscher.

3. For every occasion you observed, had contact or communicated with Dylan Schlieper-Clark, state the names of all persons present; the date, time and place of the observation, contact or communication; and the nature and substance of any observation, contact, interaction or communication had with Dylan Schlieper-Clark and/or in his presence.

**ANSWER:** Ofc. Wayda had no previous contact.

4. Provide the name of any and all persons housed with Dylan Schlieper-Clark while Dylan was at Sangamon County Jail, and provide the dates those individuals were housed with Dylan Schlieper-Clark, and the current contact information for those individuals.

**ANSWER:** Unknown to these defendants.

5. With regard to every civil and/or criminal lawsuit in which you have participated as a party, for each state:

a) The case number and title of case;
b) The name of the opposing party and their attorney;

c) The incident which formed the basis for the complaint and the specific allegations regarding your conduct;
d) The status of the suit;
e) If resolved, the disposition.

**ANSWER:** None for Ofc. Wayda.

Ofc. Buscher: *Cave, et. al. v. Buscher, et. al.* federal civil case no. 21-cv-3215, pending in the Central Dist. of IL, for alleged unconstitutional seizure of person; status, awaiting ruling on Defendants' motion for summary judgment.

6. State your highest level of education, the dates of each graduation after high school, the name and address of institutions attended, the courses of study, and the number of hours credit accumulated if no certificate or degree achieved.

**ANSWER:** Wayda: 60 credits at Lincoln Land CC; 12 credits at Richland CC.

Buscher:

7. For each employment you have had since 2013, state the job title, name and address of employer, name of immediate supervisor, length of time at the job, and each reason for leaving the job.

**ANSWER:** Wayda: Bomke's Patch Farm, 2013 – present; Illinois Educators' Credit Union, 2018 – 2020; SPD, 2020 – present.

Buscher: 2015 – present, SPD.

8. For each certification or license you have obtained, including the most basic (such as CPR), state the name and address of the licensing agency, title of license, and dates of

issue and expiration. If any certificate or license has ever been suspended or revoked, state the name and address of the licensing agency, title of license, dates of suspension or revocation, and reasons therefor.

**ANSWER:** Wayda: CPR, by SPD.

9. Describe all training you have received from Sangamon County regarding providing medical care to detainees experiencing meningitis, MRSA and/or other serious medical issues, including breathing issues, severe headaches, neck pain, writhing in pain, flailing in pain, and foaming at the mouth. For each, include the dates of the training, who provided the training, where the training occurred and whether any materials were presented or distributed as part of the training.

**ANSWER:** None for these defendants.

10. Describe the procedures you are to follow when encountering an individual who appears to be in need of medical care and/or experiencing meningitis or MRSA symptoms and the source for your understanding for these procedures.

**ANSWER:** Rely on Sangamon County Jail medical personnel.

11. Provide the names of any and all supervisors and medical staff/providers on site at Sangamon County Jail during the month of April 2022 and the dates on which they were

there and specify if any of these staff had interactions or communications with Dylan Schlieper-Clark or if they received any information regarding Dylan Schlieper-Clark.

**ANSWER:** Unknown to these defendants.

12. For any Affirmative Defenses pled in this matter, please describe the entire factual basis or bases supporting those defenses. The information sought by this Interrogatory is not a mere recitation of the statutory sections invoked. Plaintiff requests that you provide a detailed description of every fact and legal basis on which the defense is asserted so that Plaintiff may have the opportunity to investigate by way of additional discovery requests. For instance, if there is any physical, documentary, or testimonial evidence which supports any such defense, please identify it specifically.

**ANSWER:** These defendants' actions were in accordance with established procedures, for which there is no clear precedent establishing a constitutional violation.

13. Identify each employee/agent who provided direct care or services to Dylan Schlieper-Clark at Sangamon County Jail and specify the time, date, place and nature of each instance of care or services that were provided and any documents reflecting or recording each such effort.

**ANSWER:** Unknown to these defendants.

14. Have there ever been any detainee grievances, complaints and/or allegations made against you in the last five years alleging failure to protect, failure to monitor, denying medical attention, delaying medical treatment, falsifying reports and/or similar allegations? If

yes, for each complaint, identify the person(s) who made the complaint and the conduct complained of, together with the file number, the substance of the complaint, and the outcome.

**ANSWER:** None for these defendants.

15. Were any employees/agents other than those who provided direct care at the Sangamon County Jail ever personally consulted about Dylan Schlieper-Clark? If so, please identify each and every person who was consulted, state the approximate date of the communication, described the contents of the communication, and state whether any record exists of the communication and, if so, in what form.

**ANSWER:** Unknown to these defendants.

16. Identify any and all efforts made to determine whether Dylan Schlieper-Clark should have ever received a transfer from the Sangamon County Jail, including any person involved in each such effort, the date each such effort was made, and any documents reflecting or recording each such effort.

**ANSWER:** Unknown to these defendants.

17. Identify every individual who violated any policies, procedures, practices, protocols, guidelines, training, or operating standards in relation to monitoring, assessing, responding to and treating Dylan Schlieper-Clark at the Sangamon County Jail.

**ANSWER:** Unknown to these defendants.

**VERIFICATION OF ANSWERS TO INTERROGATORIES**

STATE OF ILLINOIS )
) ss.
COUNTY OF SANGAMON )

The person named below, having been duly sworn upon his/her oath, states that he/she has read the contents of the foregoing Answers to Interrogatories and knows the contents thereof and that the facts set forth therein are true and correct to the best of his/her knowledge and belief.

By: ______________________
Jacob Wayda

Subscribed and sworn to before me, a Notary Public, on this 22 day of March, 2024.

______________________
Notary Public

My Commission Expires:

March 27, 2025

IDANELL R WANLESS
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
March 27, 2025

NOTARY PUBLIC STATE OF ILLINOIS

**VERIFICATION OF ANSWERS TO INTERROGATORIES**

STATE OF ILLINOIS )
) ss.
COUNTY OF SANGAMON )

The person named below, having been duly sworn upon his/her oath, states that he/she has read the contents of the foregoing Answers to Interrogatories and knows the contents thereof and that the facts set forth therein are true and correct to the best of his/her knowledge and belief.

By: ______________________________
Clifford Buscher III

Subscribed and sworn to before me, a Notary Public, on this ____ day of __________________, 2024.

______________________________
Notary Public

My Commission Expires:

__________________________

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 22, 2024,** I electronically served the foregoing to the following:

Thomas R. Applewhite
Tom.applewhite@da-lawfirm.com

Peter Jennetten
James D. VanRheeden
pjennetten@quinnjohnston.com
jvanrheeden@quinnjohnston.com

Dylan P. Grady
Scott Sievers
dgrady@bhslaw.com
ssievers@bhslaw.com

Lisa Hope Howe
lhh@eckenrode-law.com

**RESPECTFULLY SUBMITTED,**
**s/ Steven C. Rahn**
Bar Number 6188985
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone: (217) 789-2393
Fax: (217) 789-2397