E-FILED
Friday, 17 July, 2026 05:20:56 PM
Clerk, U.S. District Court, ILCD

PLAINTIFF'S EXHIBIT 31

CONFIDENTIAL



ADVANCED Correctional Healthcare

# Employee Data Sheet

**Personal Data:**

Name: Lehmann (Last) Sarah (First) Lynn (Middle) Hire Date: 11/5/2018

Social Security Number: [redacted] ☒ PRN ☐ FT

Address: [redacted] ☐ PT ☐ IC

City: Chatham State: IL Zip Code: 62629

Home Phone number: [redacted] Mobile: ( )

Email address: [redacted]

Sex: F Marital Status S DOB: [redacted]

Spouse's name: ________ (Last) ________ (First) ________ (Middle)

Children: Nam[redacted] Sex: F DOB [redacted] Dependent: (yes) / no

Nam[redacted] Sex: F DOB [redacted] Dependent: (yes) / no

Nam[redacted] Sex: F DOB [redacted] Dependent: (yes) / no

Name: Sex: DOB: Dependent: yes / no

**Education:**

High School: ________ Number of Years: ________ Degree: yes / no

College 1 ________ Number of Years: ________ Degree: yes / no

College 2 ________ Number of Years: ________ Degree: yes / no

Post-Grad Number of Years: Degree: yes / no

**Emergency Information:**

Name: [redacted] Relationship: mother

Home Phone Number: [redacted] Work Phone Number: ( )

Address: [redacted]

City: Springfield State: IL Zip Code: 62702

HR14
Adopted
Revised 2/1/2016
Reviewed 03/19/2012

ADVANCED Correctional Healthcare, Inc.
A Higher Standard. Delivered.
Great Place To Work. Certified

# Offer of At-Will Employment

Advanced Correctional Healthcare, Inc. offers the position described below with USA Medical & Psychological Staffing, S.C. to:

Candidate Name: Sarah Lehmann

Position Title: Health Services Administrator

Start Date: January 29, 2021

Start Time: N/A

Salary: [redacted] annum

Time Zone: CST

Classification: salary/exempt

Home Site:

| Site (County, State) | Status (FT, PT, PRN) | Hours per Week | 24/7 Call Included? |
|---|---|---|---|
| Sangamon, IL | FT | 40 hrs/week | Y |

***Your home site will determine the rate at which your PTO is accrued***

Additional Site(s) (if applicable):

| Site (County, State) | Status (FT, PT, PRN) | Hours per Week | 24/7 Call Included? |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

Additional Compensation (if applicable):

| | | |
|---|---|---|
| Cell Phone Allowance | X | Yes, [redacted] month |
| Mileage Reimbursement | N/A | |
| Company Property | N/A | |

You will be provided a copy of the job description for the position you are filling. You and your supervisor, together, should initial any changes to the original offer of employment proposed in this document.

I understand the position as offered above and I understand employment is at-will.

[redacted]
Employee Signature

2|8|21
Date

3922 W. Baring Trace Peoria, IL 61615 309.692.8100
www.advancedch.com

# Job Description

| | |
|---|---|
| Position Title: | Health Services Administrator (HSA) |
| Department: | Medical Operations |
| Classification: | Salary/exempt |
| Report To: | Regional Nurse Manager and/or Director of Medical Operations (as applicable) |

## ESSENTIAL FUNCTIONS

Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

- Reports directly to and meets with the Assistant Regional Nurse Mangers, Regional Nurse Manager or Director Medical Operations, and prepares reports as requested
- Maintains a professional attitude at all times
- Maintains a good working relationship with correctional personnel, nursing staff, contracted providers, outside provider agencies and corporate office staff
- Is tactful and diplomatic at all times and functions as a role model for staff
- Utilizes established corporate and correctional policies and procedures in making decisions, but uses sound independent judgment in meeting responsibilities and performing duties of the position
- Develops, revises, interprets, and ensures compliance with policies, procedures, aims, and philosophy of ACH and the assigned correctional facility
- Recruits, orients, supervises and evaluates performance of nursing and clerical personnel
- Assigns, directs, and promotes employees as a supervisory function
- Hires, transfers, lays-off and recalls employees as staffing needs require
- Counsels, disciplines, suspends, and/or terminates employees who violate policies established by ACH or the facility
- Completes a yearly written evaluation on all directly supervised staff, a 30 day and a three (3) month evaluation on nursing employees who are under direct supervision
- Ensures adequate staffing at facility
- Fills in as needed during periods of short staffing
- Ensures appropriate licensure on nursing and certified medical personnel, i.e. nurses, CMAs dental assistants, etc.
- Audits payroll, professional time sheets of nursing personnel, reports hours and reviews use of overtime
- Oversees services rendered by contractors and professional staff and reports to the contractors' supervisor as indicated
- Supplies written job descriptions to nursing staff
- Ensures the proper flow of relevant information (policies, procedures, in-service, problems, etc.) to supervisors and supervised personnel
- Completes and submits monthly statistical, narrative, summary and/or operation reports as requested by facility administration
- Conducts peer reviews for nursing personnel of equal or lesser educational level
- Maintaining a current copy of the facility's medical policies and procedures and ensures they are readily accessible to nursing staff
- Participates in CQI meetings conducted by the Regional Nurse Manager or Director of Medical Operations
- Audits weekly logs and received billing statements/invoices, and forwards them to corporate office
- Maintains absolute security of all medical records
- Audits medical files to ensure that all provided services are documented using the SOAP format

- Screens requests for records and seeks approval/disapproval from jail administration; then responds appropriately
- Reviews, processes, and responds to records requests as directed by ACH attorneys
- Reviews status of inmates with serious health problems ensuring necessary intervention and treatment is completed
- Monitors inpatient hospitalizations and works with jail administration for early release whenever appropriate
- Reviews referrals to outside consultants for necessity of referral and communicates with jail administration for security restrictions or concerns
- Monitors the provision of contractual medical services, i.e. radiology, lab, etc.
- Regularly evaluates the provision of medical services to prevent the inappropriate use/duplication of those services
- Assists jail administration and ACH billing department to Identify financial responsibility (inmate, correctional, ACH, insurance company, etc.) for all incurred expenses
- Closely monitors potential catastrophic illnesses; explores and utilizes all appropriate means of limiting both ACH and corrections' liabilities, if appropriate
- Evaluates and recommends methods of improving operation efficiency and effectiveness
- Monitors and promotes staff compliance with applicable pharmacy regulations, including those covering controlled substances
- Reviews/approves medical supply and pharmacy orders
- Seeks ACH approval for necessary supplies not on the routine supply list
- Monitors and evaluates physical safety requirements to ensure safe working environment
- Monitors and/or provides an in-service program suitable to the facility health care program when able to do so on-site
- Meets with designated jail administration on a monthly or as needed basis
- Meets with contracted agencies and jail administration as directed by the Regional Nurse Manager or Director of Medical Operations
- Functions as liaison between ACH and other professional organizations
- Monitors to confirm the provision of commitments and services made to or by ACH.
- Accepts on-call status
- Must be able to perform CPR when needed
- Attends seminars, workshops, conference, etc. as required by (and at the expense of) Advanced Correctional Healthcare
- May be asked to travel
- May be asked to train new hires and coworkers
- Adheres to established policies of ACH and the facility
- Any and all other duties as assigned

SUPERVISORY RESPONSIBILITY:
This is a supervisory position. This position has the authority to hire, fire, discipline, discharge, assign overtime, and/or direct and assign work, or the ability to effectively recommend any of these actions.

WORK ENVIRONMENT
This job operates in a jail facility or similar setting. This role routinely uses standard office equipment such as computers, phones, photocopiers, filing cabinets and fax machines. Incumbent will be exposed to virus, disease and infection from patients and specimens in working environment.

PHYSICAL DEMANDS
This position requires intermittent physical activity, including standing, walking, bending, kneeling, stooping and crouching as well as lifting and supporting patients.



02/08/2021 08:44 Sangamon CO Medical (FAX)2172410773 P.003/004

POSITION TYPE/EXPECTED HOURS OF WORK

Scheduled based on operational need (rotate shifts, standby, as assigned, on-call).

TRAVEL

This position rarely requires travel.

REQUIRED EDUCATION AND EXPERIENCE:

- Active nursing license in the state in which services are to be provided, in good standing
- Active CPR and AED certifications
- Excellent documentation skills
- Must be able to drive a motor vehicle
- Knowledge of the nursing scope of practice

SECURITY CLEARANCE (if applicable)

This position requires the individual to maintain security clearance at the facility(s) or location(s) assigned.

PROTECTED HEATH INFORMATION (PHI)

Generally, this position needs access to protected health information to carry out their duties.

EEO STATEMENT

It is the policy of ACH to provide equal employment opportunities to all employees and applicants for employment without regard to race, color, religion, sex, national origin, disability, age, genetics, or any other federally protected class.

OTHER DUTIES

Please note this job description is not designed to cover or contain a comprehensive listing of activities, duties or responsibilities that are required of the employee for this job. Duties, responsibilities and activities may change at any time with or without notice.

Employee signature below constitutes employee's understanding of the requirements, essential functions and duties of the position.

EMPLOYEE Sarah Lehmann

Print your name

[redacted] 2/8/21

Sign your name Date



02/08/2021 08:44 Sangamon CO Medical (FAX)2172410773 P.004/004

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

General Policies and Procedures

**Policy Name** **Electronic Communications**

**Purpose**
The purpose of this policy is to establish guidelines for electronic communications.

**Policy Statement**
ACH provides and maintains many different forms of communication systems, including but not limited to: internal and external electronic mail (email), telephone voice mail, Internet access, and computer hardware and software. As a condition of providing the previously identified communications access to its employees, ACH places certain restrictions on workplace use of the same. ACH resources should be used primarily for work-related activities; reasonable personal use is permissible. ACH reserves the right to exercise its discretion in determining what constitutes "reasonable personal use."

All ACH communications services and equipment, including the messages and files transmitted and stored by them, are the property of ACH.

The internal communication systems, as well as the equipment and data stored, are and remain at all times the property of ACH. Accordingly, all messages and files created, sent, received, or stored within the system should be related to ACH business and are and will remain the property of ACH. System- or ACH-wide distributions of email (announcements, bulletins, etc.) should be sent minimally.

ACH reserves the right to retrieve and review any message or file composed, sent, or received. It should be noted that although a message or file is deleted or erased, it is still possible to recreate the message. Therefore, ultimate privacy of messages cannot be assured to anyone. Although electronic mail and voice mail may allow the use of passwords for security, confidentiality cannot be guaranteed. It is possible for messages to be retrieved and viewed by someone other than the intended recipient. Furthermore, all passwords are known to ACH as the system may need to be accessed by ACH in the absence of an employee.

When using email, etiquette is important. The strategies for effective email communication are as follows:

- Communicating urgent matters for immediate response, to communicate with several people quickly or any other time sensitive matter;
- Keeping all messages as brief as possible will minimize reading time for recipient, thereby keeping communication sufficient;
- Be as complete as possible by using the simple rules of who, what, when, where, and why to answer any anticipated questions;
- Avoid communicating through email on a sensitive subject that should be addressed in person, if possible;
- Communicate confidential information in another form other than email;
- Check for accuracy and apply all good business writing, using correct grammar, spelling, and punctuation;
- Follow up if a response has not been received in a timely manner;
- Read all messages and respond regularly;
- Avoid the use of typing a message in all capital letters;
- Be careful not to use the "Reply All" function when not necessary or intended, i.e., system-wide distribution; and
- Ensure that messages are deleted or saved; the server should not be used to permanently store messages.

Online services and the Internet may be accessed only by employees authorized by ACH. Employees' online use should be primarily for work-related activities; reasonable personal use is permissible. ACH reserves the right to exercise its discretion in determining what constitutes "reasonable personal use." While downloading work-related material from the Internet is permitted, extreme caution must be taken to ensure the material is safe and will not corrupt ACH equipment. Internet material must be saved to a file that can be scanned by antiviral software. In addition, employees are not to

**ADVANCED** Correctional Healthcare

A Higher Standard. Delivered.

duplicate or download any software or materials that are copyrighted, patented, trademarked, or otherwise identified as intellectual property.

Personal use of company-provided letterhead, envelopes, postage, and shipping services is prohibited. ACH reserves the right to require reimbursement (whether direct or withheld from the employee's paycheck) from employees for charges related to personal phone calls, facsimile transmissions, or any other personal use of ACH communication systems. ACH will not be responsible for any charges associated with the international use of ACH property, unless prior written approval has been obtained from the employee's supervisor.

If an ACH-owned cell phone is lost or damaged, ACH will pay to replace it the first time. If an ACH cell phone is lost or damaged two or more times, it will be the employee's responsibility to replace it. The replacement must be a similar make and model and will be the property of ACH.

Improper use of ACH communications systems is prohibited and may result in disciplinary action up to and including termination. Improper use includes any misuse as described in this policy as well as any harassing, offensive, insulting, demeaning, defaming, intimidating, or sexually suggestive written, recorded, or electronically transmitted message(s). Excessive personal use of ACH communication systems (as determined by the employee's supervisor or member of senior management) may result in disciplinary action up to and including termination. Employees' family members should not use ACH electronic communications except in emergencies or when extenuating circumstances warrant it.

**ACH does not guarantee against, and is not responsible for, the destruction, corruption, or disclosure of personal material on or by any of its communication systems. ACH may access, replace, remove, or reconfigure its communication systems (and any data stored within) without notice.**

Acknowledgement of Electronic Communications Policy Receipt

**I acknowledge that** a copy of the Electronic Communications policy has been provided to me.

**I will read it thoroughly. If there is any provision in the policy that I do not understand, I will seek clarification from the Director of Human Resources.**

**It is agreed upon that the employees email will be:** Sandi.lehman **@advancedch.com**

In addition, I understand that this policy states ACH's policy and practice in effect on the date of publication.
I also understand that this policy is continually evaluated and may be amended, modified or terminated at any time.

[redacted]
Employee signature

Sandi Lehman
Employee printed name

11-12-18
Date

Implemented 11/2004
Revised 5/2016
Reviewed 5/2016

ADVANCED Correctional Healthcare, Inc.

# Corporate Credit Cards

An employee's eligibility for a corporate credit card is determined by the Vice CEO. Corporate credit cards are and will remain the property of ACH. Accordingly, the employee must surrender the corporate credit card upon demand.

In order to obtain a company credit card, ACH must use an employee's personal information on the appropriate application documents. Personal information may include but is not limited to an employee's social security number.

Employees are expected to comply with the rules and regulations of the corporate credit card's issuing bank, a copy of which is available to the employee upon request.

Corporate credit cards are to be used for business purposes only. If travel expenses are charged to an ACH credit card, the employee must also reference and comply with the Travel Expense policy. Employees are prohibited from incurring charges associated with anyone other than the ACH employee, unless approved by their supervisor in advance. Non-customary expenses, such as trade show registration, supplies, etc., require preapproval from the Vice CEO.

Employees who temporarily need to have their credit card limits increased must obtain preapproval from their supervisor. Once approved, the employee is expected to contact the Controller, or the appropriate designee, to raise the credit card limit temporarily. An explanation of the charge should be indicated on the expense report (discussed below).

Employees are expected to pay for their meal separate from guests joining them for meals; i.e., a significant other who travels with an employee should pay for their meal separately and not charge it to the company credit card.

Employees are to keep their corporate credit card itemized receipts until the monthly credit card statement is received from the Accounting Clerk. From the date an employee's credit card statement is emailed to them from the Accounting Clerk, the employee should submit their Expense Report form as soon as practical. Generally, within 7 business days.

Receipts should be submitted neatly and in the order following the credit card statement's list of charges. If a receipt is lost, it is the employee's responsibility to attempt to obtain a replacement. If a replacement receipt cannot be obtained, the employee is to document the expense on their Expense Report form.

Employees are to review their credit card statement each month for accuracy, then sign the statement. If there is an error with a charge on the credit card statement, it is the employee's responsibility to follow up with the merchant. Employees are to document errors and credits promised and submit documentation with the signed credit card statement so that the Accounting Clerk can track and follow up, if necessary. If the issue cannot be resolved with the merchant, the employee is to notify the Accounting Clerk, who will take the next steps necessary with the credit card company.

Employees are then to provide an explanation for all (including unexpected) charges on an Expense Report form. The employee's credit card receipts, signed credit card statement, and Expense Report form are to be submitted to the employee's supervisor for approval. Receipts should be secured (i.e., stapled) so they remain in order. If approved, the supervisor will sign the Expense Report form and submit the documents to the Accounting Clerk. If unapproved, the supervisor will address any issues with the employee, involving any other necessary parties.

If an employee's corporate credit card is lost or stolen, they must notify the Controller immediately. The accounting department will cancel the credit card and issue the employee a new credit card, if necessary. The employee may be responsible for the credit card's re-issuance fee.

When an employee's credit card is expired or if fraud is detected, the employee should mail the physical credit card to the Controller. The employee should not destroy the credit card on their own.

If an employee terminates employment with ACH (whether voluntarily or involuntarily) while owing a balance for unauthorized charges, they must repay the full amount back to ACH. If necessary, ACH will initiate legal action to collect the reimbursement.

ADVANCED Correctional Healthcare, Inc.

NO APPLICATION OF THIS POLICY WILL VIOLATE ANY APPLICABLE LOCAL, STATE OR FEDERAL LAW.

If there is any provision in the policy that you do not understand, you must seek clarification from the Director of Human Resources.

This policy states ACH's policy and practice in effect on the date of publication. This policy is continually evaluated and may be amended, modified, or terminated at any time.

Any violation of this policy is grounds for disciplinary action up to and including termination.

CONFIDENTIAL

ADVANCED Correctional Healthcare, Inc.

Corporate Credit Card Acknowledgement

I understand that ACH will use my personal information to obtain an ACH company credit card in my name. I authorize ACH to use my personal information, including my social security number, to obtain the company credit card in my name.

I understand that corporate credit cards are to be used for approved business purposes only.

I understand that if my corporate credit card is lost or stolen, I may be responsible for paying the credit card's re-issuance fee. Should that occur, I authorize ACH to deduct that amount from my next paycheck.

If I incur unauthorized charges, I authorize ACH to deduct those charges, in full, from my next paycheck.

If my employment with ACH is terminated (whether voluntarily or involuntarily) and I still owe a balance to ACH for unauthorized charges, I will repay the full amount back to ACH. In order to do so, I authorize ACH to deduct the full balance from my final paycheck. Any amount owed to ACH in excess of my final paycheck will be repaid to ACH in full within 1 month of my last day worked. Should I force ACH to initiate legal action to collect the amount, I agree to pay ACH's attorney costs and fees.

Sandi Lehman

Print your name

[redacted]

Sign your name

11-12-18

Date



CONFIDENTIAL

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

# CPR Certification Acknowledgment

You understand that medical professionals employed by ACH are expected to maintain their CPR certification.

You understand that ACH may, but is not responsible for, monitoring the expiration of your CPR card.

You understand that you are responsible for sending HR an up-to-date copy of your CPR card on a regular basis.

You understand that ACH will reimburse you up to $25 toward the cost of your CPR certification.

You understand that in order to receive reimbursement, you must fill out an expense reimbursement form. Expense reimbursement forms may be requested from the Director of Accounting.

Sarah Lehmann
Print your name

[redacted]
Sign your name

11/5/2018
Date

Implemented 2/2010
Revised 1/2015
Reviewed 1/2015

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

# Licensure Acknowledgment

You understand that healthcare professionals employed by ACH are expected to maintain their licensure(s) in all states in which they are assigned to work.

You understand that ACH prohibits healthcare professionals from working without a current license.

You understand that ACH may, but is not responsible for, monitoring the expiration of your license(s).

You understand that your are responsible for sending HR an up-to-date copy of your licensure in all states in which you are assigned to work on a regular basis.

You understand that you are responsible for all costs associated with your home state license and associated renewals.

You understand that you are responsible for the initial costs of all other licensures and renewals in the states in which you work for ACH.

You understand that ACH will reimburse you 100% of the licensure/renewal costs for all other state(s) in which you work for ACH, **not to include your home state.**

You understand that in order to receive reimbursement, you must fill out an expense reimbursement form. Expense reimbursement forms may be requested from the Director of Accounting.

Sarah Lehmann
Print your name

[redacted]
Sign your name

11/5/2018
Date

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

## No-Formulary Acknowledgment

You understand that ACH does not use a drug formulary.

You understand that ACH uses an evidence-based, medically indicated method of treatment.

You understand that you must contact the Corporate Medical Director if you do not understand the difference.

You understand that ACH does not approve or deny treatment based upon cost.

You understand that ACH's practitioners are able to prescribe any medically-necessary medication without obtaining prior approval from the corporate office.

You understand that ACH does not follow blanket policies such as "This is a no-narcotic facility."

Sarah Lehmann
Print your name

[redacted]
Sign your name

11/5/2018
Date

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

## Recommended Medication List Acknowledgment

You understand the Recommended Medication List contains medications commonly prescribed in the correctional environment (jails, prisons, detention centers, substance abuse units, etc.) for a continuum in treatment of both chronic and acute conditions.

You understand the purpose of the Recommended Medication List is to serve as a reference tool for ACH's correctional practitioners.

You understand the Recommended Medication List is not a drug formulary; is not to be used as an automatic substitution list; and does not serve as standing orders.

You understand ACH promotes an individualized plan of care and the ACH practitioner has the right to order any medically-necessary medication without regard to the Recommended Medication List and without the need to obtain prior approval from the corporate office.

You understand that you must contact the Corporate Medical Director or Regional Nurse Manager if you do not understand the purpose and use of this list.

Sarah Lehmann
Print your name

[redacted]
Sign your name

11/5/2018
Date

CONFIDENTIAL



**Employment Reference Release**

I acknowledge that I have been informed that it is Advanced Correctional Healthcare's general policy to base all references upon what is contained within a former employee's personnel file.

By signing this release, I am voluntarily authorizing Advanced Correctional Healthcare (ACH) to disclose to such prospective employers any employment-related information that ACH, in its sole discretion and judgement, may determine is appropriate to disclose, including any personal comments, evaluations, or assessments that ACH may have about my performance or behavior as an employee.

In exchange for ACH's agreement to disclose employment-related information pursuant to my request, I agree to release and discharge ACH and ACH's successors, employees, officers, and directors for all claims, liabilities, and causes of action, known or unknown, fixed or contingent, that arise from or that are in any manner connected to ACH's disclosure of employment-related information to prospective employers. This release includes, but is not limited to, claims of defamation, libel, slander, negligence, or interference with contract or profession.

I acknowledge that I have carefully read and fully understand the provisions of this release. I further acknowledge that I was given the opportunity to consult with an attorney or any other individual of my choosing before signing this release and that I have decided to sign this release voluntarily and without coercion or duress by any person.

This release sets forth the entire agreement between ACH and me, and I acknowledge that I have not relied upon any representation or statement, written or oral, not set forth in this document.

[redacted] 11/5/2018

Sign your name Date.

Sarah Lehmann

Print your name

***This completed form must be filed in the employee's personnel file.**

Revised 4/14

ADVANCED Correctional Healthcare

A Higher Standard. Delivered.

**Position Title:** Licensed Practical Nurse (LPN)
**Department:** Medical Operations
**Classification:** Hourly/Non-exempt
**Report To:** Site Manager, Health Services Administrator, and/or Regional Nurse Manager (as applicable)

**ESSENTIAL FUNCTIONS:**
Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

- Perform work within the LPN's scope of practice
- Timely and accurately assess, plan and deliver nursing care to patients
- Accurately measure and record vital signs, such as blood pressure and blood glucose checks
- Triage intake screenings (completed by correctional officers) for necessity and priority at sick call
- Provide patient education on topics such as the correctional facility's policies and discharge planning
- Administer prescribed medication, treatments and other tasks as ordered by the practitioner
- Provide emergency first aid care, as appropriate
- Collect and record data for CQI (continuous quality improvement) reporting
- Collaborate with the medical and security staff to coordinate on- and off-site medical services for diagnosis and treatment as directed by the practitioner
- Maintain aseptic techniques and infection control precautions as required
- Notify supervisor of medical and security incidents
- Present/participate in in-service education sessions
- May be asked to cover shifts at other ACH clients' correctional facilities
- Any and all other duties as assigned

**SUPERVISORY RESPONSIBILITY:**
This is not a supervisory position. This position does not have the authority to hire, fire, discipline, discharge, assign overtime, and/or direct and assign work, or the ability to effectively recommend any of these actions, but does serve as a coach and mentor for other employees.

**WORK ENVIRONMENT**
This job operates in a jail facility or similar setting. This role routinely uses standard office equipment such as computers, phones, photocopiers, filing cabinets and fax machines. Incumbent will be exposed to virus, disease and infection from patients and specimens in working environment.

**PHYSICAL DEMANDS**
This position requires intermittent physical activity, including standing, walking, bending, kneeling, stooping and crouching as well as lifting and supporting patients.

**POSITION TYPE/EXPECTED HOURS OF WORK**
Scheduled based on operational need (rotate shifts, standby, AA, on-call).

**TRAVEL**
This position rarely requires travel.

**REQUIRED EDUCATION AND EXPERIENCE:**

- Active nursing license in the state in which services are to be provided, in good standing
- Active CPR and AED certifications
- Excellent documentation skills
- Knowledge of the LPN scope of practice

**SECURITY CLEARANCE (if applicable)**
This position requires the individual to maintain security clearance at the facility(s) or location(s) assigned.

**PROTECTED HEATH INFORMATION (PHI)**
Generally, this position needs access to protected health information to carry out their duties.

**EEO STATEMENT**
It is the policy of ACH to provide equal employment opportunities to all employees and applicants for employment without regard to race, color, religion, sex, national origin, disability, age, genetics, or any other federally protected class.

**OTHER DUTIES**
Please note this job description is not designed to cover or contain a comprehensive listing of activities, duties or responsibilities that are required of the employee for this job. Duties, responsibilities and activities may change at any time with or without notice.

**Employee signature below constitutes employee's understanding of the requirements, essential functions and duties of the position.**

**EMPLOYEE**

Sarah Lehmann
Print your name

[redacted]
Sign your name

11/5/2018
Date

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

General Policies and Procedures

**Policy Name** **EEO / Nondiscrimination / Anti-harassment Policy**

**Policy**
It is the policy of ACH to provide equal employment opportunities to all employees and applicants for employment without regard to race, color, religion, sex, national origin, disability, age, genetics, or any other federally protected class.

In addition, it is the policy of ACH to comply with applicable state and local laws governing nondiscrimination in employment in every location in which ACH has facilities and employees. This policy applies to all terms and conditions of employment including, but not limited to, recruitment, hiring, placement, promotion, termination, layoff, recall, transfer, leaves of absence, benefit plans, all forms of compensation, and training.

Finally, in order to provide a productive and pleasant working environment, it is important that we at ACH endeavor to maintain a workplace characterized by mutual respect. Accordingly, harassment in our workplace will not be tolerated and is considered appropriate justification for disciplinary action up to and including termination.

**Anti-Harassment**
ACH has a longstanding commitment to a work environment that respects the dignity and worth of each individual. Any actions, words, jokes or comments based upon an individual's legally-protected characteristic are **STRICTLY PROHIBITED.**

Sexual harassment includes unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature. Sexual harassment is an unwelcome sexual advance that creates a hostile work environment. Hostile is defined as "quid pro quo" (this for that) or by the target. This can involve a 3rd party, members of both sexes, at all job levels, both on and off the job or communicating via any ACH outlet. ACH reserves the right to make a determination of the appropriateness of any particular conduct.
Specifically, with respect to sexual harassment, ACH prohibits:

- Unwelcome sexual advances;
- Requests for sexual favors;
- All other verbal or physical conduct of a sexual or otherwise offensive nature, especially where:
  - Submission to such conduct is made either explicitly or implicitly a term or condition of employment;
  - Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; and/or
  - Such conduct has the purpose or effect of unreasonably creating an intimidating, hostile, or offensive working environment.

The above list is not exhaustive.

Examples of the types of conduct expressly prohibited by this policy include, but are not limited to, the following:

- Touching, such as rubbing or massaging someone's neck or shoulders, stroking someone's hair, or brushing against another's body.
- Sexually-suggestive touching.
- Grabbing, groping, kissing, fondling.
- Violating someone's "personal space."
- Offensive whistling.
- Lewd, off-color, sexually oriented comments or jokes.
- Jokes or offensive comments based on race, religion, ethnicity, etc.
- Foul or obscene language.

**ADVANCED** Correctional Healthcare

A Higher Standard. Delivered.

- Leering, staring, stalking.
- Suggestive or sexually explicit posters, calendars, photographs, graffiti, cartoons.
- Unwanted or offensive letters or poems.
- Sitting or gesturing sexually.
- Sexually, racially or otherwise offensive email or voicemail messages.
- Sexually oriented or explicit remarks, including written or oral references to sexual conduct, gossip regarding one's sex life, body, sexual activities, deficiencies, or prowess.
- Questions about one's sex life or experiences.
- Repeated requests for dates.
- Sexual favors in return for employment rewards, or threats if sexual favors are not provided.
- Sexual assault or rape.
- Any other conduct or behavior deemed demeaning, offensive, or unlawful by ACH.

Claims, in good faith, should be reported to your immediate supervisor, the Director of Human Resources, or anyone in management with whom you feel comfortable. Every employee has a duty to report any conduct which they believe violates this policy. **ACH WANTS TO KNOW.**

All complaints of harassment will be promptly and thoroughly investigated, and violations of the policy or other inappropriate conduct will be treated as serious disciplinary infractions. Investigations are not strictly confidential, **but any interference with the investigation process or malicious gossip about the investigation will result in disciplinary action up to and including termination of employment.** Any employee who joins in or condones harassment or abuse of another employee will also be liable for discipline. Every employee has a duty to cooperate with any investigation conducted by ACH.

Retaliation against a complaining employee is also against ACH policy and **WILL NOT BE TOLERATED.** However, if after investigating any complaint of harassment or unlawful discrimination, ACH determines that the complaint is frivolous and was not made in good faith or that an employee has provided false information or withheld critical information regarding the complaint, disciplinary action may be taken against the individual who filed the complaint or who gave false information or withheld critical information up to and including termination.

<u>External Assistance</u>
An employee who is unable to resolve the complaint with the above policy has a right to contact the Equal Employment Opportunity Commission (EEOC) for assistance at: 1-800-669-4000, 1-800-669-6820 (TTY), or info@eeoc.gov.

**NO APPLICATION OF THIS POLICY WILL VIOLATE ANY APPLICABLE LOCAL, STATE OR FEDERAL LAW.**

**If there is any provision in the policy that you do not understand, you must seek clarification from the Director of Human Resources.**

**This policy states ACH's policy and practice in effect on the date of publication. This policy is continually evaluated and may be amended, modified, or terminated at any time.**

**Any violation of this policy is grounds for disciplinary action up to and including termination.**

Sarah Lehmann
Print your name

[redacted]
Sign your name

11/5/2018
Date

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

# EMPLOYEE POLICIES & EMPLOYMENT AT-WILL ACKNOWLEDGEMENT

Welcome to Advanced Correctional Healthcare! We are pleased that you have chosen to become part of the ACH team.

**You acknowledge that** the ACH employee policies are available to you on the ADP website.

**You acknowledge that** you have been provided with information to log in to your account for the ADP website.

**You will read the policies thoroughly. If there is any ACH policy or provision that you do not understand, you will seek clarification from the Director of Human Resources.**

ACH reserves the right to deviate from its policies depending on particular circumstances. For that reason, if you have any questions concerning eligibility for a particular benefit or the applicability of a policy or practice to you, you must address your specific questions to the Director of Human Resources. You also understand that ACH's policies are continually evaluated and may be amended, modified or terminated at any time. ACH reserves the right to unilaterally modify or discontinue its procedures, practices, policies and benefits. We will try to inform you of any changes as they occur. Please note that the terms of the written insurance policies are controlling.

You also understand and acknowledge that ACH is an "at-will" employer and as such, employment with ACH may be terminated at the will of either party, with or without cause, and without prior notice. You understand that nothing contained in the policies changes this at-will relationship, guarantees you a benefit, creates a contract of continued employment or employment for a specified term, or any contractual obligation that conflicts with ACH's policy that the employment relationship with its employees is at-will.

**No representative of ACH, other than the President & Chief Operations Officer, has the authority to enter into any agreement for employment other than at-will. Any such agreement that changes your at-will employment status must be explicit, in writing, and signed by both the President & Chief Operations Officer and you.**

Sarah Lehmann
Print your name

[redacted]
Sign your name

11/5/2018
Date

**ADVANCED** Correctional Healthcare

A Higher Standard. Delivered.

General Policies and Procedures

**Policy Name** **Drug-Free Workplace**

**Policy Statement**
In order to protect the safety of ACH staff members and those working and residing within the facilities we serve, ACH maintains an alcohol- and drug-free workplace. Workplace is defined as ACH offices and job sites, along with their associated parking lots, restroom facilities, lunch and break rooms, etc. In addition, an employee is considered to be in the workplace when driving or riding as a passenger in a vehicle being operated for business use, or at any time an employee is being paid to work, regardless of the location. In addition to this policy, employees are expected to comply with the policies of the correctional facility(s) at which they work, as long as such policies do not violate ACH policies or conflicting instructions received from ACH. If the policies conflict, employees must notify their supervisor.

This policy covers the following substances:

- Controlled substances
- Alcoholic beverages
- Prescription drugs which cause drowsiness or other side effects that may impair an employee's ability to perform their job properly and safely
- Illegal drugs

Controlled Substances
Employees are prohibited from possessing, or being under the influence of, controlled substances while on ACH premises or otherwise engaged in ACH business.

Alcoholic Beverages
Employees are prohibited from possessing, or being under the influence of, alcoholic beverages while on ACH premises or otherwise engaged in ACH business; except at ACH-sponsored events, where such consumption is authorized in advance, provided, however, that excessive consumption rendering one under the influence of alcohol is expressly prohibited under any circumstances.

Prescription drugs which cause drowsiness or other side effects that may impair an employee's ability to perform their job properly and safely
Employees are prohibited from being under the influence of these drugs while on ACH premises or otherwise engaged in ACH business. This prohibition includes being impaired by prescription medications which have been abused.

Illegal Drugs
Employees are prohibited from possessing, or being under the influence of, illegal drugs while on ACH premises or otherwise engaged in ACH business.

The following actions, even if not occurring while on ACH premises or otherwise engaged in ACH business, are considered a danger to ACH's reputation for safety and integrity:

- Indictment or conviction for criminal offenses related to any controlled substances, alcohol, prescription drugs, or illegal drugs
- Any other actions involving any controlled substance, alcohol, prescription drug, or illegal drug that, at the Director of HR's discretion, is considered a danger to ACH's reputation for safety and integrity.

Employees must notify the Director of HR of any criminal drug or alcohol conviction resulting from a violation occurring in ACH's workplace no later than 5 days after such conviction. ACH will in turn notify the appropriate facility(s) within 10 days after receiving such notice from the employee, or otherwise receiving actual notice of such conviction.

ADVANCED Correctional Healthcare

A Higher Standard. Delivered.

Employees may be required at any time to submit to a search of any pocket, purse, briefcase, container, package, vehicle, file, desk, drawer, locker, or closet brought into or used within the workplace. ACH-requested searches will be conducted by the employee's supervisor with an appropriate witness.

Correctional facilities have their own policies governing the searching of our staff. Employees may be required at any time to submit to a search conducted by the facility.

Supervisors are responsible for reporting any suspected violation of this policy to the Director of HR, and for facilitating the testing of the employee, if advised by the Director of HR to do so.

ACH may require an employee to undergo a drug/alcohol test when it has reason to believe that an employee may be in violation of this policy. ACH may also require an employee undergo a drug/alcohol test when the employee has been involved in a work-related accident. **Correctional facilities may drug/alcohol test ACH's employees at any time and without notice.**

**Refusal to consent to a drug/alcohol test will result in termination of employment.**

All drug/alcohol testing will be conducted in accordance with applicable laws. Any drug/alcohol testing required by ACH will be paid for by ACH.

Generally, when an employee is asked to take a drug test while at work, ACH will pay an employee drive time to and from the drug test facility. If the employee is not returning to work following the drug test, the drive time home is generally not paid for. If an employee is called in to take a drug test while they are not at work, ACH will generally pay for drive time in excess of 45 minutes.

Employment with ACH is conditional upon negative test results. If the employee's test results are positive, the employee will be given the opportunity to explain the positive result. In addition, the employee may have the same sample retested at a laboratory of the employee's choice and at the employee's expense.

Any employee who wishes to receive information about counseling, rehabilitation, and ACH's employee assistance program may request such information from the Director of HR. ACH encourages employees to come forward and seek help with drug/alcohol problems before the problems manifest themselves at work. Employees may seek assistance from the Director of HR in securing referrals and the details of insurance coverage, if applicable. In any case, it is the employee's responsibility to seek help.

**NO APPLICATION OF THIS POLICY WILL VIOLATE ANY APPLICABLE LOCAL, STATE OR FEDERAL LAW.**

**If there is any provision in the policy that you do not understand, you must seek clarification from the Director of Human Resources.**

**This policy states ACH's policy and practice in effect on the date of publication. This policy is continually evaluated and may be amended, modified, or terminated at any time.**

**Any violation of this policy is grounds for disciplinary action up to and including termination.**

Sarah Lehmann

Print your name

[redacted]

Sign your name

11/5/2018

Date

# CONFIDENTIALITY & ASSIGNMENT AGREEMENT

This Confidentiality and Assignment Agreement (hereinafter referred to as the "AGREEMENT"), effective as of the date noted below, entered into by and between Advanced Correctional Healthcare, Inc. (hereinafter referred to as "ACH"), an Illinois corporation; and the undersigned employee (hereinafter referred to as the "EMPLOYEE").

ARTICLE 1: CONFIDENTIALITY

1.0 As a result of the EMPLOYEES's work for ACH, the EMPLOYEE may develop, obtain, or learn about trade secrets or confidential information which is the property of ACH or received by ACH from ACH's clients or from others.

1.1 The EMPLOYEE will maintain the strict confidentiality of such trade secrets or confidential information; and, in particular, will not use any of such trade secrets or confidential information for themselves or others or divulge them to others, either during or after termination of employment.

1.2 The terms "trade secrets" and "confidential information" include, without limitation, processes, methods, techniques, systems, manuals, training materials, formulas, drawings, photographs, software in various stages of development (including, without limitation, source code, object code, documentation, diagrams, flow charts), machine readable records, designs, specifications, patterns, models, devices, compilations, marketing strategies, business proposals and plans, financial and operational information and strategies, purchasing information, price lists, pricing policies and strategies, customer proposals, customer lists, customer information, customer data, customer strategies, any and all information and data relating to customers (and former customers and prospects), or any information of whatever nature which gives ACH an opportunity to obtain an advantage over competitors; but the EMPLOYEE understands the terms do not include knowledge, skills, or information common to their trade or profession.

1.3 When the EMPLOYEES's employment terminates, they will return to ACH all material pertaining to such trade secrets and confidential information prepared by the EMPLOYEE or coming into their possession.

ARTICLE 2: ASSIGNMENT

2.0 The EMPLOYEE herby assigns to ACH all right, title and interested in an y inventions, discoveries, concepts or designs, and the expression thereof (including, without limitation, methods, formulas, processes, systems, copyrightable works, patentable works programming language, software, computer programs and techniques, and improvements thereof), conceived, created or made by the EMPLOYEE which relate to ACH's business or to its actual or planned research or development, or which are suggested by or result from any task assigned to the EMPLOYEE or work performed by the EMPLOYEE for ACH; will promptly disclose the same to ACH; and , when requested, will assist and cooperate in helping ACH obtain protection thereon worldwide.

2.1 NOTWITHSTANDING THE ABOVE, THIS ARTICLE 2 DOES NOT APPLY TO AN INVENTION FOR WHICH NO EQUIPMENT, SUPPLIES, FACILITY, OR TRADE SECRET INFORMATION OF ACH WAS USED AND WHICH WAS DEVELOPED ENTIRELY ON TH EEMPLOYEE'S OWN TIME UNLESS (a) THE INVENTION RELATES (I) TO THE BUSINESS OF ACH OR (II) TO ACH'S ACTUAL OR DEMONSTRABLY ANTICIPATED RESHEARCH OR DEVELOPMENT, OR (b) THE INVENTION RESULTS FORM ANY WORK PERFORMED BY THE EMPLOYEE FOR ACH.

ARTICLE 3: ENFORCEMENT

3.0 The EMPLOYEE agrees and acknowledges that the enforcement of this AGREEMENT is reasonably necessary for the proper protection of ACH's business and competitive position.

3.1 The EMPLOYEE is not a party to any other agreement which would interfere with this AGREEMENT.

3.2 The EMPLOYEE understands that this AGREEMENT is effective as of the date noted below and that this AGREEMENT will survive termination of the EMPLOYEE's employment with ACH for any reason.

3.3 The parties hereby stipulate that, as between them, the foregoing matters are important, material, and confidential, and gravely affect the effective and successful conduct of the business of ACH, and its goodwill, and that any breach of the terms outlined in this AGREEMENT is a material breach of this AGREEMENT.

3.4 In the event of the breach of the EMPLOYEE of any of the provisions in this AGREEMENT, ACH, in addition and supplementary to any other rights and remedies existing in its favor, may apply to any court of law or equity of

competent jurisdiction for specific performance and/or injunctive or other relief (without bond) in order to enforce or prevent any violation of the provisions hereof.

3.5 Should litigation be necessary to enforce any or all parts of this AGREEMENT, the EMPLOYEE agrees that the cost for all reasonable attorneys' fees incurred by ACH in enforcing this AGREEMENT will be borne by the EMPLOYEE.

3.6 The validity, enforceability, construction and interpretation of this AGREEMENT will be governed by the laws of the State of Illinois, without giving effect to the conflict of laws principles thereof.

3.7 Any and all proceeding relating to the subject matter herein will be maintained in the courts of the State if Illinois or in Federal District Court sitting in Peoria County, Illinois, which courts will have exclusive jurisdiction for such purpose.

3.8 The EMPLOYEE understands that if any covenant or provision of this AGREEMENT is held unenforceable or invalid, in whole or in part, all other covenants or provisions will nevertheless remain in full force and effect and no covenant or provision will be considered dependent upon any other covenant or provision.

3.9 If a court holds that the duration, scope or area restriction stated herein is unreasonable, under circumstances then existing, the parties agree that the maximum duration, scope or area reasonable under such circumstances will be substituted for the statement of duration, scope or area.

3.10 This AGREEMENT may not be changed orally. No modification, termination or attempted waiver of any of the provisions of this AGREEMENT will be valid unless in writing signed by the party against whom the same is sought to be enforced.

3.11 This AGREEMENT will be binding upon and inure to the benefit of ACH, its successors and assigns. The rights and obligations of the EMPLOYEE hereunder are personal and may not be assigned or transferred except as may be agreed to in writing by ACH.

ARTICLE 4: NO CONTRACT OF EMPLOYMENT

4.0 The EMPLOYEE understands that the above items are part of their normal duties and responsibilities and as such are part of their consideration to ACH for salary or wages paid to the EMPLOYEE during their employment.

4.1 This AGREEMENT is not an employment contract and does not alter the at-will employment relationship between ACH and the EMPLOYEE. ***This AGREEMENT does not confer any contractual right, either express or implied, to remain in ACH's employ. Nor does it guarantee any fixed terms and conditions of the EMPLOYEE's employment. The EMPLOYEE's employment is not for any specific time and may be terminated at will, with or without cause and without prior notice by ACH, or the EMPLOYEE may resign for any reason at any time.***

4.2 **No supervisor or other representative of ACH (except the Chief Operations Officer, in writing) has the authority to enter into any agreement for employment for any specified period of time, or to make any agreement contrary to the above.**

4.3 This AGREEMENT is applicable without regard to the EMPLOYEE's duration of employment.

IN WITNESS WHEREOF, the parties have executed this AGREEMENT the date and year written below.

| EMPLOYEE | | ADVANCED CORRECTIONAL HEALTHCARE, INC. |
|---|---|---|
| Sarah Lehmann | 11/5/2018 | K. Daniels |
| Print your name | Date | ACH Print your name |
| [redacted] | | [redacted] |
| Sign your name | | ACH Sign your Name |

Revised 3/2014

**ADVANCED**
Correctional Healthcare

A Higher Standard. Delivered.

General Policies and Procedures

**Policy Name** **Employee Conduct**

**Purpose**
The purpose of this policy is to ensure orderly operations and provide the best possible work environment.

**Policy Statement**
**Though it is not possible to list all forms of behavior that are prohibited in the workplace, this policy contains examples of behavior that would be considered infractions of ACH's rules of conduct. The list of examples in this policy is not intended to be exhaustive.**

In addition to ACH's policies and procedures, ACH employees are expected to follow the policies and procedures established by individual correctional facilities. **If ACH and facility policies conflict, the employee must inform their supervisor and follow the more restrictive policy.**

Employees are responsible for assuring the security of ACH confidential/proprietary material in their possession and similarly maintaining the security of the ACH-provided equipment. **Employees concerned for the security of their work area or equipment must inform their supervisor of such concerns.**

ACH reserves the right to search unlocked and/or publicly used ACH property at any time without consent. ACH may request a search of personal property in the workplace, or locked ACH property assigned to an individual, if there is reasonable suspicion that evidence of illegal or prohibited activities resides therein. Refusal of such a request may result in termination. Employees are also subject to a search of their personal property by correctional facility staff at any time while in a correctional facility.

**ACH employees are prohibited from assuming the security duties of a correctional officer.** Specifically, ACH employees may not use keys, radios, speakers, automatic door openers, or any other means for the purpose of moving inmates from one secure area to another. ACH employees are prohibited from assuming any responsibility for the movement of inmates to or from the medical unit. ACH employees are prohibited from controlling any inmate movement. ACH employees are prohibited from performing any security-focused assignments. ACH employees are prohibited from assuming any responsibility for inmate protection at any time.

As a condition of working in a correctional facility, the majority of our employee's employment is contingent upon being able to achieve, and maintain, security clearance at the correctional facility(s) to which they are assigned. **Should an employee's security clearance be revoked by a correctional facility, such revocation would be considered a violation of this policy.**

ACH staff must never:
1. Maintain a work area that is messy, disorderly, or cluttered
2. Steal or unlawfully possess or remove property
3. Deface or willfully damage property
4. Falsify employment or other records
5. Disclose business "secrets" or confidential information without authorization
6. Solicit or accept gratuities from clients
7. Possess dangerous or unauthorized materials, such as explosives or firearms, in the workplace

**ADVANCED** Correctional Healthcare

A Higher Standard. Delivered.

8. Possess contraband in the workplace, such as (this list is not exhaustive):
   a. Guns
   b. Pocket knives
   c. Any weapon
   d. Mace
   e. Nail clippers
   f. Nail files
   g. Any steel utensil (forks, spoons, knives)
   h. Sexually explicit materials
   i. Any item or written material which threatens or creates a risk to the security or welfare of the correctional facility, its employees, volunteers, visitors or inmates

If you have any question as to whether or not an item is considered contraband, you must contact your supervisor for clarification.

9. Allow inmates access to medical or surgical instruments or supplies
10. Suggest or direct inmates to provide any kind of direct patient care/treatment
11. Physically harm others
12. Use physical force or restraint on an inmate except what is reasonably required in an act of self-defense
13. Sabotage another's work
14. Engage in sexual or other unlawful or unwelcome harassment
15. Stalk others
16. Verbally abuse others
17. Use profane language in the workplace
18. Use intimidation tactics or make threats
19. Harm or threaten to harm ACH or its employees, clients, patients, vendors, visitors, or property belonging to these parties
20. Publicly disclose another's private information
21. Allow inmates to access confidential information, including but not limited to confidential medical information
22. Release confidential inmate medical information to any person or agency without proper authorization
23. Provide or allow an inmate, inmate's family, or any other unauthorized person, access to any information regarding the date, time, or location of a medical furlough or appointment
24. Bring into the facility personal prescription medication in a quantity greater than what is reasonably needed while on duty. Prescription medication must be in the original, appropriately labeled container. Prior approval may be required in order to bring medication into a correctional facility
25. Work under the influence of alcohol or illegal drugs
26. Possess, distribute, sell, transfer, or use alcohol or illegal drugs in the workplace, while on duty, or while operating employer-owned vehicles or equipment
27. Pass messages to an inmate in any form
28. Communicate with an inmate beyond what is required to provide medical care
29. **Fail to notify ACH <u>and</u> jail administration of any relationship between an ACH employee and a member of the jail personnel (whether romantic or family)**
30. **Fail to notify ACH <u>and</u> jail administration of any relationship between an ACH employee and an inmate in the same facility. ACH employees are not to have contact with such inmates unless (1) an emergency arises or (2) a witness is present.**
31. Make recommendations or furnish any kind of legal advice to inmates
32. Engage in any kind of trade with an inmate, inmate's family, or anyone else on an inmate's behalf. This includes the giving or accepting of gifts and the trading, bartering, buying and selling of any item, service, or privilege. Items brought into the facility by other persons for use by an inmate must be cleared through an appropriate correctional officer according to the facility's policies and procedures
33. Discuss personal matters with an inmate
34. Develop or foster a personal or friendly relationship with an inmate, including performing favors of any kind

ADVANCED
Correctional Healthcare

A Higher Standard. Delivered.

35. Fail to **immediately** turn over notes, letters or correspondence received from an inmate to jail administration
36. Engage in any sexual act in the facility
37. Engage in any sexual act with an inmate
38. Develop a relationship with an inmate within 2 years from the inmate's release date
39. Commit an immoral or criminal act
40. Fail to report or deliberately cover up any incident involving an inmate when such an incident normally should be reported, including matters of unusual conduct or activity
41. Enter areas of the facility without proper authorization
42. Refuse to submit to a security search as requested by authorized personnel

**NO APPLICATION OF THIS POLICY WILL VIOLATE ANY APPLICABLE LOCAL, STATE OR FEDERAL LAW.**

**If there is any provision in the policy that you do not understand, you must seek clarification from the Director of Human Resources.**

**This policy states ACH's policy and practice in effect on the date of publication. This policy is continually evaluated and may be amended, modified, or terminated at any time.**

**Any violation of this policy is grounds for disciplinary action up to and including termination.**

Sarah Lehmann
Print your name

[redacted]
Sign your name

11/5/2018
Date

CONFIDENTIAL

# Peer Review Form

1/6/23 — Date of Review
SCJ / Illinois — Facility/State
6 — # of Notes Reviewed

Sarah Lehmann — Employee Name/Title
J. Blaesing RN, HSA — Reviewer/Title
Michelle Bainbridge — Regional Nurse Manager

☑ ACH Employee ☐ County Employee

**Documentation Review**

☑ No Serious Problems — Assessments are concise et very well written.
☐ Serious Problems (Must go straight to Corporate Attorney)

**Corrective Action**

☑ None
☐ Minor Recommendations
☐ Serious Issues (Must go straight to Corporate Attorney)

**Follow Up**

☐ None
☑ Minor Recommendations — Provide assessment omitted on NSC progress notes consistently. See examples
☐ Serious Issues (Must go straight to Corporate Attorney)

*Please remember to add X-rays on to Biotech from log sheet.

[redacted] 1/24/23
Employee Reviewed – Signature & Title — Date

[redacted] RN 1/24/23
Reviewer Signature & Title — Date

1222 Peer Review Worksheet



CONFIDENTIAL

## Peer Review Form

| Sarah Lehman | 5/12/22 | Sangamon IL |
|---|---|---|
| Name | Date | Site and State |
| Allison Alexander | 12 | Allison Alexander |
| Reviewer's Name & Title | # of notes reviewed | Regional Manager |

[✓] ACH Employee [ ] County Employee

Comments:

[✓] No serious problems

[ ] Serious problems (must go straight to Corporate Attorney)

Corrective Action:

[✓] None

[ ] Minor recommendations

[ ] Serious issues (must go straight to Corporate Attorney)

Follow Up:

[✓] Routine [ ] 6 months

[ ] 3 months [ ] Other: ____________

[redacted] 5/12/22

Employee Reviewed - Signature and Title Date

[redacted] AW 5/12/22

Reviewer's Signature and Title Date

CONFIDENTIAL

# Peer Review Form

Sarah Lehmann — Name

11/22/21 — Date

Sangamon IL — Site and State

Allison Alexander — Reviewer's Name & Title

6 — # of notes reviewed

Allison Alexander — Regional Manager

☑ ACH Employee ☐ County Employee

Comments:

☑ No serious problems

☐ Serious problems (must go straight to Corporate Attorney)

Corrective Action:

☐ None

☑ Minor recommendations

☐ Serious issues (must go straight to Corporate Attorney)

Follow Up:

☑ Routine ☐ 6 months

☐ 3 months ☐ Other: ____________

[redacted]

Employee Reviewed - Signature and Title ____________ Date ____________

Reviewer's Signature and Title ____________ Date ____________



CONFIDENTIAL

01/07/2019 23:24 Sangamon CO Medical (FAX)2172410773 P.002/005

ADVANCED
Correctional Healthcare, Inc.

Evaluation Page 1

## 30/90 Evaluation

**Personal Information**

Employee Name: Sarah Lehmann Position/Title: LPN

County/State: Sangamon Reviewer's Name: [redacted]

Survey Interval (30/90): 30

**Rating Scale**

N/A - Not applicable or unable to determine

1 - Unacceptable

2 - Consistently performing below expectations

3 - Performing less than minimum expectations

4 - Barely meeting position expectations

5 - Performing better than minimum expectations

6 - Consistently performing above expectations

7 – Excellent

**Evaluation**

1. Accountability - The employee is answerable for their behaviors and outcomes. **Score:** 4
   *Comments:*

2. Collaboration - The employee works with others to achieve a shared goal. **Score:** 4
   *Comments:*

3. Commitment - The employee is dedicated to goals and activities consistent with ACH values. **Score:** 4
   *Comments:*

4. Composure - The employee stays calm even under intense circumstances. **Score:** 4
   *Comments:*

5. Courtesy - The employee displays politeness in their attitude and behavior towards others. **Score:** 4
   *Comments:*

6. Dependability - The employee is consistent and reliable in all aspects of their behavior. **Score:** 4
   *Comments:*

1-8-19 SS

ADVANCED
Correctional Healthcare, Inc.

Evaluation Page 2

7. Diligence - The employee displays a constant and earnest effort to accomplish what is undertaken.
*Comments:* **Score:** 4

8. Discretion - The employee behaves and speaks in a way to avoid revealing private information and to respect confidentiality.
*Comments:* **Score:** 4

9. Empathy - The employee recognizes and acknowledges others' feelings.
*Comments:* **Score:** 4

10. Flexibility - The employee is willing and able to adapt to a rapidly changing environment.
*Comments:* **Score:** 4

11. Initiative - The employee handles needs without being directed.
*Comments:* **Score:** 4

12. Integrity - The employee has an honest and trustworthy character.
*Comments:* **Score:** 4

13. Interpersonal Relations - The employee is able to develop strong, personal relationships with staff members and clients.
*Comments:* **Score:** 4

14. Job Skills - The employee has the ability to complete assigned tasks well.
*Comments:* **Score:** 4

15. Leadership - The employee displays the ability to lead, guide, and direct staff members with our value-based system.
*Comments:* **Score:** 4

16. Loyalty - The employee displays faithfulness to ACH, staff, and clients.
*Comments:* **Score:** 4

17. Ownership - The employee takes personal responsibility for duties or tasks.
*Comments:* **Score:** 4

ADVANCED
Correctional Healthcare, Inc.



18. Positivity - The employee has an optimistic outlook. Score: 4
    *Comments:*

19. Problem Solving - The employee identifies and acts on problems to achieve appropriate solutions. Score: 4
    *Comments:*

20. Professionalism - The employee displays professionalism in their appearance and manner. Score: 4
    *Comments:*

21. Receptiveness - The employee accepts and applies constructive feedback positively. Score: 4
    *Comments:*

22. Respectfulness - The employee treats others with positive consideration and regard. Score: 4
    *Comments:*

23. Responsiveness - The employee takes action in a timely manner. Score: 4
    *Comments:*

24. Strategic Planning - The employee anticipates needs and creates a plan to accomplish a goal. Score: 4
    *Comments:*

25. Work Ethic - The employee displays a set of values based on hard work. Score: 4
    *Comments:*

26. Do you feel you were trained properly? Were you provided with the necessary resources?

______________________________

______________________________

______________________________

**Employee:**

Do you have any discrimination, harassment, or other misconduct to report?
_____Yes  X No

*If yes, it is your responsibility to immediately contact your supervisor or other member of the management team.*

ADVANCED
Correctional Healthcare, Inc.



## EMPLOYEE REFERRAL PROGRAM

ACH is always looking for good people, and you can help. If you know someone who would be a good addition to ACH and they meet the qualifications for an existing open requisition, it may be worth up to [redacted] if you refer them for employment and they are hired! Bonus amounts are as follows:

[redacted]

Please see referral policy found on ADP under Company Policies for qualifications and referral form. Should you have any questions regarding the referral program, please contact your supervisor or HR at 309-692-8100. Thank you!

27. Please provide two (2) names of those that may be interested in working for ACH. Thank you.

Name: ______________________________

Name: ______________________________

**Reviewer:**

The employee scored the lowest on these 3 values: ______________________________

Employee should be retrained on the following policy(s): ______________________________

Employee Comments (to be filled out by reviewer): ______________________________

______________________________

______________________________

Employee Signature: [redacted]

Reviewer Signature: [redacted]

Date Review Given: 1.7.19