E-FILED
Friday, 17 July, 2026 05:20:56 PM
Clerk, U.S. District Court, ILCD
PLAINTIFF'S EXHIBIT 36



When : 01-19-22 at 02:32PM (14:32:12)
RE : Schleiper, Dylan L.
Type : Case received - Pretrial
Officer: Gobble-Barger, Ester
With :
At :
Outcome: Recorded on January 19, 2022.

When : 01-24-22 at 10:00AM (10:00:06)
RE : Schleiper, Dylan L.
Type : Case Staffing Note
Officer: Hicks, Britney
With : None
At : Sangamon County Court Services Department
Outcome: Completed on January 24, 2022.
Notes : Received new file def no longer in custody - will try to get ahold of def

When : 01-26-22 at 10:01AM (10:01:22)
RE : Schleiper, Dylan L.
Type : Case Staffing Note
Officer: Hicks, Britney
With : None
At : Sangamon County Court Services Department
Outcome: Completed on January 26, 2022.
Activty: Schedule Appointment
Notes : Def no longer in custody and no phone number listed to reach def to get him to come in since he did notuponhis release from custody - Per the bond release form def listed address on W Jefferson St whereas the police report lists a different address for the def- Sending letter to the address that def listed on his bond papers for an initial appt 2/8/22 @ 10:30am -- Def has court 2/14/22 @ 10:30 am

When : 01-26-22 at 10:17AM (10:17:41)
RE : Schleiper, Dylan L.
Type : Mail sent
Officer: Hicks, Britney
With : Correspondence only
At : Schleiper, Dylan L.
Outcome: Completed on January 26, 2022.
Notes : Document(s) generated: The APR.APPT.NEW.HTML letter to the client was generated, regarding the February 8, 2022 Office contact, which is still pending. This document: Advises client of a new appointment.

When : 02-08-22 at 10:30AM (10:30:00)
RE : Schleiper, Dylan L.
Type : Office
Officer: Hicks, Britney
With : None
At : Sangamon County Court Services Department
Outcome: Missed by client on February 8, 2022.
Notes : New appt - Drop, photo, releases signed etc

Def failed to show for appt or call again - Sending out letter for def to report on 2/14/22 after court and will try to make it to court to advise the

---

state to have judge order him to come down to probation dept after court -

When : 02-08-22 at 11:06AM (11:06:52)
RE : Schleiper, Dylan L.
Type : Mail sent
Officer: Hicks, Britney
With : Correspondence only
At : Schleiper, Dylan L.
Outcome: Completed on February 8, 2022.
Notes : Document(s) generated: The APR.APPT.MISSED.PRETRIAL.HTML letter to the client was generated, regarding the February 8, 2022 Office contact, which was missed by client. This document: HTML Pretrial Failure to Report

When : 02-11-22 at 03:00PM (15:00:00)
RE : Schleiper, Dylan L.
Type : Case Staffing Note
Officer: Hicks, Britney
With : None
At : Sangamon County Court Services Department
Outcome: Completed on February 15, 2022.
Notes : Call def and remind him of court hearing 2/14/22

No phone number found to contact def to remind him of court on 2/14/22

When : 02-14-22 at 10:30AM (10:30:00)
RE : Schleiper, Dylan L.
Type : Court
Officer: Hicks, Britney
With : None
At : Sangamon County Adult Court
Outcome: Completed on February 15, 2022.
Notes : Def court at 10:30 am Rm 7C - Def did not appear in court and was present via Attorney - continued to 2/28/22 @10:30 am

When : 02-14-22 at 11:00AM (11:00:00)
RE : Schleiper, Dylan L.
Type : Office
Officer: Hicks, Britney
With : None
At : Sangamon County Court Services Department
Outcome: Missed by client on February 15, 2022.
Notes : Def to report after court for new intake --

Def no call no show for appt today - Court continued to 2/28/22 @ 10:30am - will send new letter for client to appear for office visit after court on the 28th

When : 02-15-22 at 03:54PM (15:54:52)
RE : Schleiper, Dylan L.
Type : Mail sent
Officer: Hicks, Britney
With : Correspondence only
At : Schleiper, Dylan L.
Outcome: Completed on February 15, 2022.
Notes : Document(s) generated: The APR.APPT.MISSED.PRETRIAL.HTML letter to

the client was generated, regarding the February 14, 2022 Office contact, which was missed by client. This document: HTML Pretrial Failure to Report

When : 02-18-22 at 02:00PM (14:00:42)
RE : Schleiper, Dylan L.
Type : Phone
Officer: Hicks, Britney
With : Mother Only
At : Sangamon County Court Services Department
Outcome: Completed on February 18, 2022.
Notes : Def mother Starlitt Smith called and left a voice mail and stated that she has been getting the letters for her son Dylan however she has not heard from him and has no way of contacting him - Mother stated that she last spoke to him when he was in custody and he was suppose to go there when released from jail but never heard from him - mother stated that attorney even called and was looking for him cause dylan missed court - Mother stated that def sister mentioned seeing him somewhere and that he was all strung out pretty badly but that was all that she knew - caller id for Starlitt picked up as 217-883-2809.

When : 02-28-22 at 10:30AM (10:30:00)
RE : Schleiper, Dylan L.
Type : Court
Officer: Hicks, Britney
With : None
At : Sangamon County Adult Court
Outcome: Missed by client on February 28, 2022.
Notes : Def did not appear for court today and a bench warrant was issued - unable to print for file yet

When : 02-28-22 at 11:00AM (11:00:00)
RE : Schleiper, Dylan L.
Type : Office
Officer: Hicks, Britney
With : None
At : Sangamon County Court Services Department
Outcome: Missed by client on February 28, 2022.
Notes : Def to appear after court - letter sent 2/15/22

Def did not show for appt or court and a bench warrant was issued for def - per phone call from mother on 2/14/22 he is not there and she has no idea where he is therefore we have no address for def to mail a new letter for new appt - will keep checking status for warrant

When : 03-11-22 at 03:44PM (15:44:49)
RE : Schleiper, Dylan L.
Type : Case Staffing Note
Officer: Hicks, Britney
With : None
At : Sangamon County Court Services Department
Outcome: Completed on March 15, 2022.
Activty: Record check - Local
Activty: Record check - NCIC
Activty: Schedule Appointment
Notes : Warrant status ???

Def still has active warrant - Going to go ahead and send out yet another letter for appt

When : 03-15-22 at 11:19AM (11:19:29)
RE : Schleiper, Dylan L.
Type : Mail sent
Officer: Hicks, Britney
With : Correspondence only
At : Schleiper, Dylan L.
Outcome: Completed on March 15, 2022.
Notes : Document(s) generated: The APR.APPT.NEW.HTML letter to the client was generated, regarding the March 30, 2022 Office-INTAKE contact, which is still pending. This document: Advises client of a new appointment.

When : 03-21-22 at 11:27AM (11:27:34)
RE : Schleiper, Dylan L.
Type : Case Staffing Note
Officer: Hicks, Britney
With : None
At : Sangamon County Court Services Department
Outcome: Completed on March 21, 2022.
Activty: Record check - Local
Activty: Record check - NCIC
Notes : Def still has active warrant per LERMS

When : 03-30-22 at 01:00PM (13:00:00)
RE : Schleiper, Dylan L.
Type : Office-INTAKE
Officer: Hicks, Britney
With : None
At : Sangamon County Court Services Department
Outcome: Missed by client on March 30, 2022.
Notes : No Call No Show Sent letter for new office visit - Will be doing unnannounced home visit today 3/31/22 to try to catch def and give him appt slip - Also sending out letter for new appt - Def has not shown to last two appts- Def has active warrant

When : 03-31-22 at 07:48AM (07:48:59)
RE : Schleiper, Dylan L.
Type : Mail sent
Officer: Hicks, Britney
With : Correspondence only
At : Schleiper, Dylan L.
Outcome: Completed on March 31, 2022.
Notes : Document(s) generated: The APR.APPT.MISSED.PRETRIAL.HTML letter to the client was generated, regarding the March 30, 2022 Office-INTAKE contact, which was missed by client. This document: HTML Pretrial Failure to Report

When : 03-31-22 at 10:00AM (10:00:00)
RE : Schleiper, Dylan L.
Type : Home
Officer: Hicks, Britney
With : None
At : Schleiper, Dylan L.

---

Outcome: Completed on March 31, 2022.
Activty: Unannounced home visit
Notes : Planned to do an unnannounced home visit on def today to catch him and hand him a notice for upcoming office appt - Def has active warrant so did not want to freak him out by showing up and him react in an unsafe manner so just drove by the residence to see if was a real address and if there was anyone living there - There was clearly someone living there as there was two cars in the driveway the first time we went by and only one car the second time we went by - All curtains were pulled closed and the distance of house from the busy road of jefferson was too far without pulling into driveway which did not seem safe -

When : 04-11-22 at 01:30PM (13:30:00)
RE : Schleiper, Dylan L.
Type : Office
Officer: Hicks, Britney
With :
At : Sangamon County Court Services Department
Outcome: Missed by client on April 11, 2022.
Activty: Record check - Local
Notes : Warrant status ?

Per LERMS def still has active warrant - Sending another letter for new appt

When : 04-11-22 at 02:49PM (14:49:43)
RE : Schleiper, Dylan L.
Type : Mail sent
Officer: Hicks, Britney
With : Correspondence only
At : Schleiper, Dylan L.
Outcome: Completed on April 11, 2022.
Notes : Document(s) generated: The APR.APPT.MISSED.PRETRIAL.HTML letter to the client was generated, regarding the April 11, 2022 Office contact, which was missed by client. This document: HTML Pretrial Failure to Report

When : 04-14-22 at 10:33AM (10:33:43)
RE : Schleiper, Dylan L.
Type : Jail
Officer: Hicks, Britney
With : Client only
-Name : Schleiper, Dylan L.
At : Sangamon County Court Services Department
Outcome: Completed on April 15, 2022.
Activty: Face to face
Activty: Release(s) signed
Activty: Conditions explained
Notes : Def was on the arraignment sheet this morning with new poss of meth arrest - Went down to the jail to meet with def since he has never reported to pre trial when released the last two times- Def was not very cooperative answering questions to complete the 4 page but we did get thru it - Def states that he identifies as a white female - Def states that he resides with his mother at 2015 W Jefferson (spoke with mother last month who states she has not seen Dylan and that he was suppose to come there after his 2021 arrest and she hasnt seen or heard from him) - Def was whining and crying about pain in his/her neck and back - Def was def going thru withdraws and

---

was very short nerved - Def stated that last use of meth and heroin was right before he was arrested - Def stated that he has not been to Gateway for the MAT program and the last time that he got the shot was when he was released from custody and ordered to do the MAT program - Def had another arrest 2/22/22 and never reported to pre trial either - Def did sign a release for Gateway for me and also signed a appt slip after I read it to him and advised him that he is to immed report to rm 308 upon release - Adv def that he/she would be getting a violation filed for non compliance and he didnt care just asked if he/she could just go lay back down -

When : 04-15-22 at 10:18AM (10:18:02)
RE : Schleiper, Dylan L.
Type : Document generated
Officer: Hicks, Britney
With : Correspondence only
At : Sangamon County Court Services Department
Outcome: Completed on April 15, 2022.
Notes : Document(s) generated: The VIOLATION.REPORT.PRETRIAL.HTML document was generated.

When : 04-15-22 at 11:20AM (11:20:04)
RE : Schleiper, Dylan L.
Type : Case Staffing Note
Officer: Hicks, Britney
With : None
At : Sangamon County Court Services Department
Outcome: Completed on April 15, 2022.
Activty: Record check - Local
Notes : BW still active ?? No def was in custody 4/14/22

When : 04-15-22 at 11:44AM (11:44:48)
RE : Schleiper, Dylan L.
Type : Case Staffing Note
Officer: Reeves, Norman E.
With : None
At : Sangamon County Court Services Department
Outcome: Completed on April 15, 2022.
Activty: Review - Violation

When : 04-15-22 at 12:16PM (12:16:36)
RE : Schleiper, Dylan L.
Type : Phone
Officer: Hicks, Britney
With : None
At : Sangamon County Court Services Department
Outcome: Completed on April 15, 2022.
Activty: Telephone Call
Notes : Def mother called and stated that she got letter in the mail showing that def is to have an office appt with me soon and wanted to let me know that he was trasported from the jail this morning to memorial and is now in ICU - Starla stated that def has phnemonia and they think he has meningitis and that he is highly sedated and on a resperator - mother asked if he has been coming to his appts - adv her he has not and in the jail was the first time that I had met with him - Mother asked if he was arrested as part of a raid cause he was there during a raid - advised her that I was not sure what

---

happened when he was arrested that I just seen his name on the custody list and had been trying to contact him so went down to see him - thanked mother for her info and advised that I would document it and keep him in my thoughts and prayers

When : 04-19-22 at 09:09AM (09:09:30)
RE : Schleiper, Dylan L.
Type : Case Staffing Note
Officer: Reeves, Norman E.
With : None
At : Sangamon County Court Services Department
Outcome: Completed on April 19, 2022.
Activty: Initial Case Review

When : 04-19-22 at 10:21AM (10:21:21)
RE : Schleiper, Dylan L.
Type : Phone
Officer: Hicks, Britney
With : None
At : Sangamon County Court Services Department
Outcome: Completed on April 19, 2022.
Activty: Telephone Call
Notes : Def mother Starla Smith called and asked me when it was that I seen her son Dylan - Adv her it was the day before she called me last so would have been on 4/14/22 in the morning - Mother asked if Dylan had slurred speech or anything - Adv her no that he was irritable - Starla stated that she was waiting on a call back from the jail as things just were not adding up and that her son was dead - Starla was asking questions about the jail and I advised her that I do not know the jails protocol and policies as I dont work in the jail that she would need to speak with them - mother and her husband were talking back and forth while on speaker phone and she was very upset and he was telling her to calm down and listen and was explaining to her that he has been to jail and that" they dont just give out tylenol or anything for a headache freely when asked and that for dylans safety they prolly had him in seg alone" Starla said " It just doesn't add up, my son always calls me when he goes to jail to let me know where he is or to ask for $ to be put on his books, and he didn't call me this time- I get a call from an officer telling me to not panic and that I need to call the hospital cause they have some questions for me so I call the hospital and they tell me my son was on a ventilator and is highly sedated" Starlas husband introduced himself on the phone call and stated that noone is blaming anyone and that they are trying to find out what happened - Advised him that I understand but that I don't know what happened as I was just down there briefly to get some information from Dylan and that was sall - They then stated that they were told that Dylan had a reaction to something that cause infection in his lungs - then they stated that dr advised dylan had several strokes over period of time and that a headache can sometimes be the only sign of a stroke - They both said they were not trying to get anyone in any trouble or collect any money or anything but wanted to know what happened and that if there was any foul play or neglect they want to prevent it from happening to anyone elses child - advised I understand and I again am so sorry for their loss and I will keep them in my prayers and call ended

When : 04-22-22 at 11:00AM (11:00:00)
RE : Schleiper, Dylan L.

Type : Office
Officer: Hicks, Britney
With :
At : Sangamon County Court Services Department
Outcome: Cancelled on April 19, 2022.
Notes : WARRANT - DROP

When : 04-22-22 at 02:30PM (14:30:31)
RE : Schleiper, Dylan L.
Type : Case Staffing Note
Officer: Hicks, Britney
With : None
At : Sangamon County Court Services Department
Outcome: Completed on April 22, 2022.
Activty: Face to face
Notes : Received an email from Supervisor VanRiper who stated that Lt. Kirby had reached out to her and would like me to call him - Called Lt. Kirby back who asked if I knew about the death of the def and I advised that yes the def mother had called me - Lt. stated that he was meeting with everyone that had any contact with the def while he was in custody and since I met with him on 4-14-22 he would like to speak with me today - Adv him that was fine and that I take lunch from 12-1 so other than that I can meet anytime - Lt asked if I could meet with him in the lobby of the Sheriffs office at 1:30 this afternoon - Adv him I would be there -

Met with Lt. who advised that he would be recording our conversation for investigation - Adv him that would be fine by me - Answered Lt questions to the best of my knowledge and advised him that it was nice to meet him at end of interview -

When : 04-22-22 at 02:34PM (14:34:35)
RE : Schleiper, Dylan L.
Type : Mail received
Officer: Hicks, Britney
With : None
At : Sangamon County Court Services Department
Outcome: Completed on April 22, 2022.
Activty: Other
Notes : Received email with the death cert from the Coroners office - placed in file

When : 04-25-22 at 10:32AM (10:32:28)
RE : Schleiper, Dylan L.
Type : Court
Officer: Hicks, Britney
With :
At : Sangamon County Adult Court
Outcome: Cancelled on April 19, 2022.
Notes : Def to have court on 22CM76 today

When : 04-27-22 at 08:12AM (08:12:59)
RE : Schleiper, Dylan L.
Type : Case Staffing Note
Officer: Trello, Amelia
With : None

---

At : Sangamon County Court Services Department
Outcome: Completed on April 27, 2022.
Activty: Review - Discharge

**Sangamon County Court Services**
**(217) 753-6780**

**Complete the following steps:**

- [x] Immed Report to Rm 308
- [ ] Upon Release
- [ ] 

☐ **Verify Employment** ☐ **Verify Residency**

**Name:** Dylan Schleipper

**Appt. Date/Time:** 

**Officer:** Britney Hicks

**Signature:** [signature]

Gateway Foundation | Alcohol & Drug Treatment

Disclosure Authorization
CRIMINAL JUSTICE SYSTEM REFERRAL

I, Dylan Schleipper, whose social security number is ______, hereby consent to communication between Gateway Foundation and **Sangamon County Court Services**

The purpose and need for the disclosure of confidential information is to inform the criminal justice agency(ies) listed above of my participation and progress in treatment. I consent to the disclosure of the following confidential information ONLY:

| | |
|---|---|
| Assessment | Toxicological Reports/Drug Screens |
| Diagnosis | Educational Information |
| Treatment Plan or Summary | Discharge/Transfer Summary |
| Current Treatment Update | Legal History |
| Medication Management Information | Other (specify): |

I understand that this consent will remain in effect and cannot be revoked by me. This consent will terminate one year after the date of discharge or upon termination of the conditional release or other action in connection with which consent was given, whichever is later.

I also understand that any disclosure of confidential information is governed by federal regulations pertaining to the confidentiality of alcohol and drug abuse patient records (42 C.F.R. Part 2). Those regulations permit recipients of this confidential information to redisclose it only in connection with their official duties.

Sangamon County Court Services - Britney Hicks 4-14-22

**Legal Agent** **Date**

[signature]

**Client Signature** **DOB** **Date**

**Parent / Guardian** **Date**

**If the information released is drug/alcohol treatment related:**
**NOTICE TO RECEIVING AGENCY OR PERSON:** This information has been disclosed to you from records protected by Federal Confidentiality Rules (42 CFR Part 2). The federal rules prohibit further disclosure of this information unless further disclosure is expressly permitted by the written consent of this person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Client Address: ______

Client Phone: ______

Court Ordered: (circle one) YES NO

Payment: (circle one) MEDICAL CARD INSURANCE PRIVATE PAY NONE

UA Results/Admission of use and when obtained: ______

Additional Information (including charges or pertinent information): ______

**This referral is active only for 30 days from the date signed**