E-FILED
Friday, 17 July, 2026 05:20:56 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **STARLA SMITH**, as Administrator of the Estate of Dylan Schlieper-Clark, and on behalf of his Next of Kin, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:23-cv-03137-CSB-EIL |
| **COUNTY OF SANGAMON**, et al., | ) | |
| Defendants. | ) | |

**DECLARATION OF JEFFREY W. COZZENS, M.D.**

I, Jeffrey W. Cozzens, M.D., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of eighteen and competent to testify to the matters stated herein. This declaration is based upon my personal knowledge and my review of the medical records cited herein, which I authored, co-signed, or reviewed in the course of my care of the patient. If called as a witness, I could and would testify competently to the matters stated below.

2. I am a physician licensed to practice medicine in the State of Illinois and am board-certified in neurological surgery. In April 2022, I was employed by SIU Medicine, the clinical practice of Southern Illinois University School of Medicine, and I provided neurosurgical services to patients at Memorial Medical Center, also known as Springfield Memorial Hospital ("Memorial"), 701 North First Street, Springfield, Illinois 62781.

3. I served as the consulting and attending neurosurgeon for Dylan L. Schlieper-Clark (date of birth March 29, 1999; Memorial MRN 1214623) during his April 2022 admission to Memorial (the "Admission"). My role in his care is documented in Memorial's records of the Admission, including the pages Bates-stamped SMITH 0431–0432, 0439, 0459, 0473–0474,

0487–0488, 0783, and 0936 (the “Cited Records”), true and accurate copies of which are attached as Exhibit A.

4. As documented in the history recorded in the neurosurgery consultation, Mr. Schlieper-Clark presented to Memorial on or about April 14–15, 2022, as a “trauma 2” activation with altered mental status, reportedly after banging his head against a cell wall while in jail earlier that day, and he was intubated and sedated. (SMITH 0431.)

5. Diagnostic workup during the Admission revealed MRSA bacteremia, bacterial meningitis, and pneumonia. MRI of the brain demonstrated diffuse brainstem, subcortical, and cortical FLAIR and diffusion-weighted abnormalities signifying significant cerebral edema, and CTA/CTV imaging demonstrated multifocal ischemic strokes. (SMITH 0431–0432, 0439, 0474.)

6. On initial neurosurgical examination, Mr. Schlieper-Clark’s Glasgow Coma Scale score was 6T (E1, V1T, M4); he withdrew only his left leg and foot to noxious stimulation; his pupils were 4 mm bilaterally and nonreactive to light; and he had no corneal reflex, gag, or cough to deep suctioning. (SMITH 0431–0432, 0474.)

7. On April 15, 2022, because of evidence of meningitis and bacteremia with concern for obstruction of the ventricular system of the brain secondary to infection, and following a discussion with Mr. Schlieper-Clark’s family of the nature of the problem and the risks, benefits, and alternatives to the procedure, and with the family’s consent, a right frontal external ventricular drain (“EVD”) was placed by twist-drill craniostomy with implantation of a ventricular catheter (CPT 61107; ICD-10-PCS 009630Z). I am listed as the surgeon of record for that procedure and Adam B. Lipson, M.D., a senior neurosurgery resident, as the assistant, and I was immediately available by telephone throughout the entire procedure, including all key elements of the

procedure. Operative findings included hazy cerebrospinal fluid and a mildly elevated opening pressure, with a closing pressure of 10 mmHg. (SMITH 0474, 0487–0488, 0783, 0936.)

8. On April 16, 2022, the neurosurgery service discussed the CTA/CTV imaging results with Mr. Schlieper-Clark's mother and informed the family of his critical prognosis. The new imaging was incompatible with meaningful neurologic function, and it was determined that no further acute neurosurgical intervention would improve his outcome or reverse the insult to his brainstem. (SMITH 0459, 0473.)

9. On April 17, 2022, I co-signed the neurosurgery progress note documenting that there were no plans for further neurosurgical intervention, that MRI of the brain was incompatible with meaningful neurologic function, and that no surgical treatment would improve or reverse the insult to the brainstem. (SMITH 0459.) A brain-death protocol evaluation was undertaken that same day, which listed as causes multiple ischemic strokes and meningitis. (SMITH 0439.)

10. By April 18, 2022, Mr. Schlieper-Clark's clinical examination was consistent with brain death, the EVD could be removed at any time, and the neurosurgery service signed off. (SMITH 0439.)

11. Based upon my education, training, and experience, my care of Mr. Schlieper-Clark, and my review of the Cited Records, it is my opinion, to a reasonable degree of medical certainty, that: (a) Mr. Schlieper-Clark suffered bacterial meningitis and MRSA bacteremia complicated by multifocal ischemic strokes and diffuse cerebral edema involving the brainstem; (b) these conditions caused the progressive and irreversible neurologic injury that culminated in his brain death during the Admission; and (c) by the time of the neurosurgical consultation on April 15, 2022, no neurosurgical intervention would have improved his outcome or reversed the insult to his brainstem.

12. The opinions stated in this declaration were formed during, and are based upon, my care and treatment of Mr. Schlieper-Clark as a treating physician. I have not been retained by any party as an expert witness in this action, and I am not being compensated for this declaration.

13. The Cited Records are true and accurate copies of medical records of the Admission that were made at or near the time of the events they record, by or from information transmitted by persons with knowledge of those events; were kept in the course of Memorial's regularly conducted activity; and were made as a regular practice of that activity. The electronic signatures attributed to me on the Cited Records are authentic.

14. Other than as reflected in the medical records of the Admission and as stated in this declaration, I have no additional personal knowledge regarding Mr. Schlieper-Clark, the events preceding his presentation to Memorial, or the claims and defenses in this action. My involvement in Mr. Schlieper-Clark's care concluded with the neurosurgery service's sign-off, and my final co-signatures to the records of the Admission were entered on or about April 22, 2022.

15. I understand that, upon my execution of this declaration, Plaintiff will withdraw the deposition subpoena directed to me in connection with the deposition noticed for June 12, 2026, and will not seek to take my discovery deposition in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 12 day of June, 2026, at Springfield, Illinois.

Jeffrey W. Cozzens, M.D.

Jeffrey W. Cozzens, M.D.

# Exhibit A
# to the Declaration of
# Jeffrey W. Cozzens, M.D.

## *History and Physical*

MMC On call trauma surgeon

*(Electronically Signed By: ) Souala MD RES, Abdelouahid MD R 04/15/2022 00:58*

*(Electronically Signed By: ) Garfinkel MD, Marc MD 04/15/2022 01:18*

*"Please Refer to Millennium PowerChart for the Most Current Version of This Document."*

## *Consultation*

| | |
|---|---|
| Document Type: | Consultation |
| Service Date/Time: | 4/16/2022 00:09 CDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Lipson MD RES,Adam B (4/16/2022 00:09 CDT) |
| Sign Information: | Cozzens MD,Jeffrey W (4/22/2022 13:48 CDT); Lipson MD RES,Adam B (4/18/2022 13:43 CDT) |

**CONSULT**

MEMORIAL MEDICAL CENTER
701 North First Street, Springfield, Illinois 62781
217-788-3000

PATIENT NAME: SCHLIEPER, DYLAN L
DATE OF BIRTH: 03/29/1999
MEDICAL RECORD NUMBER: 1214623
ACCOUNT NUMBER: 160241626

CONSULTING PHYSICIAN: JEFFREY COZZENS, MD
ATTENDING PHYSICIAN: MINGCHEN SONG, MD
DICTATING PHYSICIAN: ADAM BENJAMIN LIPSON, MD, RESIDENT
COSIGNING PHYSICIAN: JEFFREY COZZENS, MD

CONSULTATION

DATE OF ADMISSION: 04/15/2022
DATE OF CONSULTATION: 04/16/2022

CHIEF COMPLAINT: Altered mental status.

HISTORY OF PRESENT ILLNESS: This is a 23-year-old gentleman, who is reportedly in transition of genders and refers as a she, who presented to Springfield Memorial Hospital on April 15th as a trauma 2 initially due to banging head against a cell wall in a jail earlier on that day. The patient had reportedly been in jail since about 11:30 the prior day. No symptoms of illness prior to events of admission. The patient was body scanned while in prison. The patient was found with methamphetamine on person when arrested initially. History upon presentation was apparently limited due to altered mental status and the patient was subsequently intubated and sedated. Brain MRI was obtained demonstrating areas of FLAIR abnormality and diffusion restriction signifying significant cerebral edema. Subsequently, Neurosurgery was consulted. SIU neurology had previously performed a lumbar puncture with concern for bacterial meningitis.



CONFIDENTIAL

Patient Name: SCHLIEPER CLARK, DYLAN L
DOB/Age/Sex: 3/29/1999 23 years Male MRN: 1214623

## Consultation

REVIEW OF SYSTEMS:
Unable to be obtained secondary to the patient's condition.

PAST MEDICAL HISTORY: History unable to be obtained due to clinical condition.

ALLERGIES: NO KNOWN DRUG ALLERGIES.

MEDICATIONS: For medication list please see electronic medical record.

PHYSICAL EXAMINATION:
VITAL SIGNS: Temperature is 38.1 degrees Celsius, blood pressure 162/100 mmHg, heart rate is 103 beats per minute, respiration rate is 24 respirations per minute, blood oxygen saturation is 95% SpO2 while intubated.
GENERAL: The patient appears in extremis. The patient is nonresponsive.
NEUROLOGIC: The patient has a Glasgow coma scale of 60 E1 V1 TM4. The patient will withdraw the left leg and foot to noxious stimulation. However, there is no other movement to noxious stimulation in any extremity. Pupils are 4 mm bilaterally. Pupils are nonreactive to light. Gaze is midline. Right pupil is ovoid in shape, whereas left is round. The patient does not have a corneal reflex, gag, or cough to deep suctioning. Bilateral toes are mute to plantar stimulation.

ASSESSMENT: In summary, this is a 23-year-old male, who reportedly is in gender transition and referred to as she, with reported IV drug use history, who presents for altered mental status from jail after banging head repeatedly against a wall. Initially transferred as a trauma 2 cleared by Trauma, now into the care of SIU Critical Care, admitted for MRSA bacteremia, meningitis, which is also likely bacterial as well as pneumonia. Concern on MRI brain for diffuse brainstem subcortical and cortical FLAIR and DWI abnormalities. The patient's GCS 60 on examination, E1 V1 TM4 will withdraw of left foot and leg to noxious stimulation, pupils which are nonreactive, and no appreciable brainstem reflexes.

PLAN: Given the examination and MRI brain findings, a right frontal EVD (external ventricular drain) was placed in discussion with the patient's parents and their consent. We will send off cerebral spinal fluid and continue to follow the patient. The EVD should be kept at 10 mm height, zeroed at the tragus. We recommend a General as well as a Stroke Neurology consultation for continued assistance and management. We recommend maintaining a systolic blood pressure less 160 mmHg as well as normal natremia as possible. The above history, physical, assessment, and plan have been discussed with Dr. Jeffrey Warren Cozzens, who is in agreement.

ABL/aquity
DD: 04/16/2022 00:09:00
DT: 04/16/2022 01:57:17
CONFIRMATION#: 953244971
DICTATION ID#: 079266

**Refer to PowerChart for most recent version of this document**


CONFIDENTIAL

*MD Progress Notes*

**Neurosurgery**

Patient: **SCHLIEPER CLARK, DYLAN L** **MRN: 1214623** **FIN: 160241626**
Age: **23 years** Sex: **Male** DOB: **3/29/1999**
Associated Diagnoses: **None**
Author: **Nordmann MD RES, Nathan**

**NEUROSURGERY**

A: 23yoM (transitioning to female) with PMH significant for polysubstance abuse, ADHD, and PTSD who was brought to SMH on 4/14/22 after becoming agitated and exhibiting self-injurious behavior. Workup thus far has revealed MRSA bacteremia, bacterial meningitis, and multifocal ischemic strokes on MRI brain and CTA/CTV. Due to extensive stroke burden, NSGY was consulted and EVD was placed on 4/15.
- Clinical exam is now consistent with brain death
- Family visiting with patient during this difficult time
- EVD can be removed at any time
- Neurosurgery will sign off

Attending: Dr. Cozzens
Resident: N. Nordmann, PGY4

________________________________________
*(Electronically Signed By: ) Nordmann MD RES, Nathan MD R 04/18/2022 07:35*
________________________________________
*(Electronically Signed By: ) Cozzens MD, Jeffrey W MD 04/22/2022 13:48*

*"Please Refer to Millennium PowerChart for the Most Current Version of This Document."*

| | |
|---|---|
| Document Type: | MD Progress Notes |
| Service Date/Time: | 4/17/2022 13:55 CDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Shalileh MD,Keivan (4/17/2022 14:02 CDT) |
| Sign Information: | Shalileh MD,Keivan (4/17/2022 14:02 CDT) |

**Brain Death Protocol Note**

Patient: **SCHLIEPER, DYLAN L** **MRN: 1214623** **FIN: 160241626**
Age: **23 years** Sex: **Male** DOB: **3/29/1999**
Associated Diagnoses: **None**
Author: **Shalileh MD, Keivan**

**Basic Information**

**Prerequisites (must check all for confirmation of brain death):**: List Cause: multiple ischemic strokes, meningitis, Neuroimaging compatible with brain death, No CNS depressants or neuromuscular blocking agents, Blood and urine drug and alcohol testing negative (amphetamines unconfirmed positive on urine tox 3 days ago), No severe abnormalities in electrolytes, acid-base, or endocrine (documentation of most current CMP or BMP, ABG and glucose), No spontaneous respirations.

Temperature > 36 degrees C documentation of most current temp. Systolic BP > 100 mmHg or MAP > 60 (vasopressor allowed) documentation of most current BP: Vital Signs ST

<u>Most Recent Vital Signs</u>

## *MD Progress Notes*

To report a quality concern regarding this report, please call the
Medical Imaging Quality Assurance Hotline at 217-788-3338
press zero to reach the Radiologist.

A: 23yoM (transitioning to female) with PMH significant for polysubstance abuse, ADHD, and PTSD who was brought to SMH on 4/14/22 after becoming agitated and exhibiting self-injurious behavior. Workup thus far has revealed MRSA bacteremia, bacterial meningitis, and multifocal ischemic strokes on MRI brain and CTA/CTV. Due to extensive stroke burden, NSGY was consulted and EVD was placed on 4/15.

Discussed CTA/CTV wet-read results with mother of patient and her husband. Informed them of critical prognosis and state of patient. Instructed them to present to bedside in preparation of goals of care discussion. Unfortunately, new imaging is incompatible with meaningful neurologic function. No further acute neurosurgical intervention would improve outcome or reverse insult to brainstem. Will maintain EVD at 10mmhg height in meantime.

P:

- No plans for further neurosurgical intervention
    - MRI brain - incompatible with meaningful neurologic function
    - No surgical treatment would improve or reverse insult to brainstem
- EVD at height of 10 mmHg
    - Can continue to treat elevated ICPs with mannitol/HTS (if subtherapeutic)
    - Na+ goal 150-155
    - Osmolality goal < 320
- GOC discussion

Please message via Halo with questions/concerns

Staff: Dr. Cozzens
Resident: N. Nordmann, PGY4

*(Electronically Signed By: ) Nordmann MD RES, Nathan MD R 04/17/2022 11:16*

*(Electronically Signed By: ) Shalileh MD, Keivan MD 04/17/2022 14:00*

*(Electronically Signed By: ) Cozzens MD, Jeffrey W MD 04/17/2022 15:40*

*?Please Refer to Millennium PowerChart for the Most Current Version of This Document.?*

*MD Progress Notes*

**neurosurgery_brief note**

Patient: **SCHLIEPER, DYLAN L** MRN: **1214623** FIN: **160241626**
Age: **23 years** Sex: **Male** DOB: **3/29/1999**
Associated Diagnoses: **None**
Author: **Lipson MD RES, Adam B**

neurosurgery

Discussed CTA/CTV wet-read results with mother of patient and her husband. Informed them of critical prognosis and state of patient. Instructed them to present to bedside in preparation of goals of care discussion. Unfortunately, new imaging is incompatible with meaningful neurologic function. No further acute neurosurgical intervention would improve outcome or reverse insult to brainstem. Will maintain EVD at 10mmhg height in meantime.

Will discuss with Dr. Cozzens in AM

Call with questions

Lipson PGY5

_______________________________________
*(Electronically Signed By: ) Lipson MD RES, Adam B MD R 04/16/2022 02:09*
_______________________________________
*(Electronically Signed By: ) Cozzens MD, Jeffrey W MD 04/17/2022 00:38*

*"Please Refer to Millennium PowerChart for the Most Current Version of This Document."*

---

| | |
|---|---|
| Document Type: | MD Progress Notes |
| Service Date/Time: | 4/16/2022 00:09 CDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Neinast DO RES,Michael (4/16/2022 00:10 CDT) |
| Sign Information: | Shalileh MD,Keivan (4/17/2022 00:08 CDT); Neinast DO RES, Michael (4/16/2022 00:10 CDT) |

**Arterial Line Placement**

**INDICATION**: Hemodynamic Monitoring
**PROCEDURE OPERATOR**: Michael Neinast, DO, Dr. Movses Hayrabedian
**ATTENDING PHYSICIAN:** Dr. Keivan Shalileh
**Ultrasound used:** Yes
**Location:** right radial artery

**CONSENT:**
Consent was obtained from the patient's mother/POA prior to the procedure. Indications, risks, and benefits were explained at length.

**PROCEDURE SUMMARY:**
A time-out was completed verifying correct patient, procedure, site, positioning. Allen's test was performed to ensure adequate perfusion. Bedside ultrasound was utilized to localize the **R Radial Artery.** The patient's **R wrist** was prepped and draped in sterile fashion. 1% Lidocaine was used to anesthetize the area. A **20G** Arrow arterial line was introduced into the R radial artery. The catheter was threaded over the guide wire and the needle was removed with appropriate pulsatile blood return.



CONFIDENTIAL

*MD Progress Notes*

The catheter was then sutured in place to the skin and a sterile dressing applied. Perfusion to the extremity distal to the point of catheter insertion was checked and found to be adequate. The patient tolerated the procedure well without any immediate complications. Estimated blood loss was <2mL.

*(Electronically Signed By: ) Neinast DO RES, Michael DO R 04/16/2022 00:10*

*(Electronically Signed By: ) Shalileh MD, Keivan MD 04/17/2022 00:08*

*?Please Refer to Millennium PowerChart for the Most Current Version of This Document.?*

| | |
|---|---|
| Document Type: | MD Progress Notes |
| Service Date/Time: | 4/15/2022 23:09 CDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Lipson MD RES,Adam B (4/15/2022 23:10 CDT) |
| Sign Information: | Cozzens MD,Jeffrey W (4/17/2022 00:38 CDT); Lipson MD RES,Adam B (4/15/2022 23:46 CDT) |

**neurosurgery_brief note**

Patient: **SCHLIEPER, DYLAN L** MRN: **1214623** FIN: **160241626**
Age: **23 years** Sex: **Male** DOB: **3/29/1999**
Associated Diagnoses: **None**
Author: **Lipson MD RES, Adam B**

neurosurgery
see full dictated consultation

23 y/o M (reportedly in transition, referred to as "She") with reported IVDU history who presents for altered mental status from jail after banging head repeatedly against cell wall. Initially transferred as trauma 2, cleared by trauma and now under care of SIU Critical Care. Admitted for MRSA Bacteremia, Meningitis (likely bacterial), PNA. Concern on MRI brain for diffuse brainstem, subcortical, and cortical FLAIR/DWI abnormality. GCS 6T on examination - E1 V1T M4. Will withdraw left foot and leg to noxious stimulation. Pupils 4mm bilaterally, non-reactive; gaze is midline, right pupil is ovoid. No corneal reflex, gag, or cough. Toes mute to plantar stimulation.

Give examination and MRI brain findings, right frontal evd was placed, in discussion with patient's parents

Will send off CSF and continue to follow

Recommend general/stroke neurology consultations.

Cozzens
Lipson PGY5

*(Electronically Signed By: ) Lipson MD RES, Adam B MD R 04/15/2022 23:46*

*(Electronically Signed By: ) Cozzens MD, Jeffrey W MD 04/17/2022 00:38*

*“Please Refer to Millennium PowerChart for the Most Current Version of This Document.”*

Patient Name: SCHLIEPER CLARK, DYLAN L
DOB/Age/Sex: 3/29/1999 23 years Male MRN: 1214623

*Operative Report*

| | |
|---|---|
| Document Type: | Dictated Operative Report |
| Service Date/Time: | 4/15/2022 23:10 CDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Lipson MD RES,Adam B (4/15/2022 23:17 CDT) |
| Sign Information: | Cozzens MD,Jeffrey W (4/17/2022 00:38 CDT); Lipson MD RES,Adam B (4/15/2022 23:17 CDT) |

**EVD Twist Drill**

Patient: **SCHLIEPER, DYLAN L** **MRN: 1214623** **FIN: 160241626**
Age: **23 years** Sex: **Male** DOB: **3/29/1999**
Associated Diagnoses: **None**
Author: **Lipson MD RES, Adam B**

**MEMORIAL MEDICAL CENTER**
**OPERATIVE RECORD**

**DATE OF PROCEDURE:** 4/15/2022

**SURGEON:** Jeffrey W Cozzens, MD

**ASSISTANT:** Adam B Lipson, MD

**ANESTHESIA:** Local

**PREOPERATIVE DIAGNOSES:**
Meningitis

**POSTOPERATIVE DIAGNOSES:**
Same

**PROCEDURE:**
Twist drill hole and implantation of ventricular catheter **(61107)**

**INDICATIONS:**

This is a patient who presents with evidence of meningitis and bacteremia. The patient with concern for obstruction of the ventricular system of the brain secondary to infection. It was elected to place a drain in the ventricle for drainage of cerebral spinal fluid.

I have had a long discussion with the patient's family concerning the nature of the problem, the alternatives to the procedure and the risks and benefits of the procedure. We discussed the benefits of surgery which include measurement and drainage of spinal fluid and control of intracranial pressure. We discussed the risks of the procedure which include the risks of infection, hemorrhage, stroke (ranging anywhere from a minor, temporary deficit to a major, permanent deficit, including coma or death), anesthesia complications and medical complications. We also discussed the risks of not having the procedure. They understand all of this and agree to the procedure.

**OPERATIVE TECHNIQUE:**

The patient was positioned on the bed in the ICU in the supine position. A surgical "time out" was performed to establish the identity of the patient, the procedure to be performed (including the laterality), the drugs or devices to be used and deep vein thrombosis prophylaxis measures taken. The head was shaved, prepped and draped in the usual sterile fashion. The area of the intended incision was marked in the frontal region, centered on a point 3cm lateral to the midline and 1cm anterior to the coronal suture. The skin was infiltrated with Lidocaine 1% with Epinephrine 1:100,000. The skin incision was made with a scalpel to the underlying bone. Hemostasis was achieved with manual pressure and use of a hemostat. A self-retaining retractor was used to hold the incision open. A twist-drill hole was made and the dura was opened with sharp dissection. A ventricular catheter was passed into the frontal horn of the ventricle at a depth of 7 cm. There was the immediate flow of cerebral spinal fluid through the catheter. The catheter was tunneled under the skin to a new exit point. The skin was closed with 3-0 Nylon suture. The catheter was connected to the Becker Drainage System. A sterile dressing was applied and the catheter was coiled and secured to the skin.

**FINDINGS:**



CONFIDENTIAL

## *Operative Report*

Hazy CSF. Mildly elevated opening pressure. Closing pressure 10mmHg.

**ESTIMATED BLOOD LOSS:**

25 mL

**SPECIMEN(S):**

Cerebral spinal fluid

Dr. Cozzens was immediately available by phone throughout the entire procedure including all key elements of the procedure.

--

Lipson PGY5

____________________________________________

*(Electronically Signed By: ) Lipson MD RES, Adam B MD R 04/15/2022 23:17*

____________________________________________

*(Electronically Signed By: ) Cozzens MD, Jeffrey W MD 04/17/2022 00:38*

*“Please Refer to Millennium PowerChart for the Most Current Version of This Document.”*

## *Cardiovascular Documents*

## *Orders*

### *Patient Care*

| | |
|---|---|
| Order Date/Time: **4/15/2022 23:22 CDT** | |
| Order: Transducer | |
| Plan Name: NEUROSURG Bedside EVD Post Procedure | |
| Order Start Date/Time: 4/15/2022 23:22 CDT | |
| Order Status: Ordered | Activity Type: Asmt/Tx/Monitoring |
| End-state Date/Time: 4/15/2022 23:22 CDT | End-state Reason: |
| Ordering Physician: Lipson MD RES,Adam B | Consulting Physician: |
| Entered By: Lipson MD RES,Adam B on 4/15/2022 23:22 CDT | |
| Order Details: 4/15/22 11:22:00 PM CDT, 4/15/22 11:22:00 PM CDT, EVD: Attach transducer to main system stopcock-close stopcock briefly to patient to obtain ICP readings | |
| Order Comment: | |

| | | |
|---|---|---|
| Action Type: Order | Action Date/Time: 4/15/2022 23:22 CDT | Action Personnel: Lipson MD RES,Adam B |
| Responsible Provider: Lipson MD RES, Adam B | Supervising Provider: | Communication Type: Written w/ Physician Signature |
| Order Details: 04/15/22 23:22:00 CDT, 04/15/22 23:22:00 CDT, EVD: Attach transducer to main system stopcock-close stopcock briefly to patient to obtain ICP readings | | |
| Review Information:<br>Nurse Review: Electronically Signed, Wallace RN,Amanda L on 4/16/2022 00:13 CDT<br>Doctor Cosign: Not Required | | |
| Order Comment: | | |

| | |
|---|---|
| Order Date/Time: **4/15/2022 21:09 CDT** | |
| Order: Obtain Consent | |
| Order Start Date/Time: 4/15/2022 21:09 CDT | |
| Order Status: Discontinued | Activity Type: Communication Orders |
| End-state Date/Time: 4/18/2022 15:15 CDT | End-state Reason: |
| Ordering Physician: Lipson MD RES,Adam B | Consulting Physician: Cozzens MD,Jeffrey W |
| Entered By: Lipson MD RES,Adam B on 4/15/2022 21:09 CDT | |
| Order Details: 4/15/22 9:09:00 PM CDT, Cozzens MD, Jeffrey W, Right sided ventriculostomy | |
| Order Comment: | |

| | | |
|---|---|---|
| Action Type: Discontinue | Action Date/Time: 4/18/2022 15:15 CDT | Action Personnel: SYSTEM |
| Responsible Provider: Lipson MD RES, Adam B | Supervising Provider: | Communication Type: |
| Order Details: 04/15/22 21:09:00 CDT, Cozzens MD, Jeffrey W, Right sided ventriculostomy | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Order Comment: | | |

| | | |
|---|---|---|
| Action Type: Order | Action Date/Time: 4/15/2022 21:09 CDT | Action Personnel: Lipson MD RES,Adam B |
| Responsible Provider: Lipson MD RES, Adam B | Supervising Provider: | Communication Type: Written w/ Physician Signature |
| Order Details: 04/15/22 21:09:00 CDT, Cozzens MD, Jeffrey W, Right sided ventriculostomy | | |
| Review Information:<br>Nurse Review: Electronically Signed, Wallace RN,Amanda L on 4/16/2022 00:13 CDT<br>Doctor Cosign: Not Required | | |
| Order Comment: | | |

## *Plans of Care*

### *Medical*

**Plan:** LAB CSF
**Phase Status:** Completed
**History:** Initiated at 4/15/2022 02:06 CDT electronically signed by Neinast DO RES,Michael
Completed at 4/18/2022 15:15 CDT electronically signed by SYSTEM

**Plan:** CRITCARE Critical Care Admit
**Phase Status:** Discontinued
**History:** Initiated at 4/15/2022 01:31 CDT electronically signed by Neinast DO RES,Michael
Modified at 4/15/2022 02:32 CDT electronically signed by Neinast DO RES,Michael
Discontinued at 4/18/2022 15:15 CDT electronically signed by SYSTEM
**Sub-phase:** MEDPRO DVT/VTE Prophylaxis; **Phase Status:** Discontinued
**History:** Initiated at 4/15/2022 01:31 CDT electronically signed by Neinast DO RES,Michael
Discontinued at 4/18/2022 15:15 CDT electronically signed by SYSTEM
**Sub-phase:** CRITCARE Mechanical Ventilation; **Phase Status:** Discontinued
**History:** Initiated at 4/15/2022 02:32 CDT electronically signed by Neinast DO RES,Michael
Discontinued at 4/18/2022 15:15 CDT electronically signed by SYSTEM

**Plan:** ED Admit Orders
**Phase Status:** Discontinued
**History:** Initiated at 4/15/2022 01:25 CDT electronically signed by Batton MD,Angela L
Discontinued at 4/18/2022 15:15 CDT electronically signed by SYSTEM

**Plan:** ED Suspected Sepsis/Severe Sepsis
**Phase:** ED Suspected Sepsis/Severe Sepsis - EKM; **Phase Status:** Discontinued
**History:** Initiated at 4/15/2022 00:08 CDT electronically signed by Batton MD,Angela L
Discontinued at 4/18/2022 15:15 CDT electronically signed by SYSTEM

## *Procedures*

Procedure: **Drainage of Cerebral Ventricle with Drainage Device,Percutaneous Approach**
**Status:** Active
**Code:** 009630Z (ICD-10-PCS)
**Procedure Date:** 4/15/2022 00:00 CDT
**Provider:** Cozzens MD,Jeffrey W
**Last Updated:** 6/3/2022 12:02 CDT; Contributor_system,3M_ADT

Procedure: **Drainage of Cerebral Ventricle with Drainage Device,Percutaneous Approach**
**Status:** Inactive
**Code:** 009630Z (ICD-10-PCS)
**Procedure Date:** 4/15/2022 00:00 CDT
**Last Updated:** 6/3/2022 12:02 CDT; Contributor_system,3M_ADT