E-FILED
Friday, 17 July, 2026 05:20:57 PM
Clerk, U.S. District Court, ILCD



**SANGAMON COUNTY CORONER'S OFFICE**
**JIM ALLMON**
**Coroner**

200 S. 9th, Room 303
Springfield, Illinois 62701

Phone: 217-753-6610
Fax: 217-753-6609

# REPORT OF POSTMORTEM EXAMINATION

NAME: Dylan Schlieper-Clark

CASE #: CC22-096

SEX: Male

RACE: White

DATE OF BIRTH: 3-29-1999

ADDRESS OF DECEDENT: 1321 W. Enos

CITY AND STATE: Springfield, IL

DATE OF DEATH: 4-17-2022

TIME OF DEATH: 12:54 PM

DATE OF AUTOPSY: 4-19-2022

TIME OF AUTOPSY: 8:50 AM

EXAMINED BY: Nathaniel Patterson, M.D.

ASSISTED BY: Zach Thomas

The body is examined at Memorial Medical Center in Springfield, Illinois, under the authority of Coroner Jim Allmon.

The body is received in a body bag sealed with a Coroner's tag. A tag on the left great toe and a hospital band on the left wrist confirm identity. Photographs are taken.

When first viewed, the body is nude. No jewelry is present.

EXTERNAL EXAMINATION

The body is that of a well-developed, well-nourished, white man whose appearance is compatible with the stated age of 23 years. The body is 137 pounds and 68 inches. There is good preservation in the absence of embalming. The body is cold, rigor is fully developed, and the posterior lividity is blanching.

The scalp hair averages 12 inches in length and is brown and straight. There is a short mustache and goatee and a slight amount of body hair in a normal distribution. The irides

are brown, the corneae are clear, and there are no petechiae of the bulbar or palpebral surfaces of the conjunctivae. The ears, nose, and lips are unremarkable. The teeth are natural and in good condition. The neck is unremarkable. The chest is symmetrical. The abdomen is flat and unremarkable. The external genitalia, anus, and perineum are unremarkable. The penis is circumcised and the testes are descended into the scrotum. The extremities are well developed and symmetrical. The back is unremarkable.

IDENTIFYING MARKS AND SCARS

A monochromatic tattoo of a bird and illegible text is on the right side of the upper chest. A monochromatic tattoo of an alien's face is on the anterior surface of the right forearm. On the anterior surface of the right wrist is a monochromatic tattoo of "ROBERT". Monochromatic tattoos of roses are on the dorsal surface of the left hand and on the anterior surface of the left forearm.

EVIDENCE OF THERAPY

Intravenous lines are in the anterior surface of the right upper arm, anterior surface of the right wrist, anterior surface of the left upper arm, left antecubital fossa, and dorsal surface of the left forearm. Multiple needle puncture marks are on the dorsal surface of the right forearm and hand, lower abdomen, and left antecubital fossa. A catheter extending from the urethra is attached to a bag containing approximately 5 mL of clear yellow urine. The right side of the frontal scalp is shaved. On the right side of the frontal scalp are a 1-1/2 inch, sutured incision and an intracranial pressure monitor probe. The probe perforates a burr hole on the right side of the frontal bone and perforates the cortex of the right frontal lobe. This incision and intracranial pressure monitor probe are associated with a 2-1/2 x 2 inch area of hemorrhage in the deep scalp soft tissues overlying the right side of the frontal bone and hemorrhage surrounding the probe tract through the brain parenchyma.

EVIDENCE OF INJURY

Above the right eyebrow is a 1 x 1/4 inch, healing, partially scabbed abrasion. On the anterior surface of the left knee are a 3/4 inch, faint red contusion and a 1/8 inch, dry, brown scab.

There is patchy hemorrhage in the belly of the right temporalis muscle.

These injuries, having once been described, will not be repeated.

INTERNAL EXAMINATION

**ORGAN WEIGHTS:**

| | | | | | |
|---|---|---|---|---|---|
| Brain | 1490 g | Right Lung | 760 g | Right Kidney | 200 g |
| Heart | 330 g | Left Lung | 840 g | Left Kidney | 220 g |
| Liver | 2510 g | Spleen | 410 g | | |

BODY CAVITIES: The thoracic and abdominal organs are in their normal anatomic positions. The body cavities contain no adhesions or abnormal collections of fluid.

HEAD: See EVIDENCE OF INJURY and see EVIDENCE OF THERAPY. The skull is not fractured. The dura and dural sinuses are unremarkable. There are no epidural, subdural or subarachnoid hemorrhages. The leptomeninges covering the basal vasculature, that anterior surface of the brainstem, and the anterolateral surface of the left temporal lobe are thickened and have a prominent fibrinopurulent exudate. The cerebral hemispheres are symmetrical, with an unremarkable gyral pattern. The cranial nerves and blood vessels are unremarkable. Sections through the cerebral hemispheres and brain stem show pink discoloration and softening of the inferior parasagittal cortex of the frontal lobes and of the cortex of the right occipital lobe calcarine fissure. The cortex and superficial white matter of the inferior surface of the frontal lobes and the pons have patchy areas of dusky discoloration and softening, which are continuous with the leptomeningeal fibrinopurulent exudate. The cerebral ventricles contain no blood. Sections through the cerebellum show pink discoloration and softening of the right lobe.

NECK: The soft tissues and prevertebral fascia are unremarkable. The hyoid bone and laryngeal cartilages are intact. The lumen of the larynx is not obstructed.

CARDIOVASCULAR SYSTEM: The intimal surface of the abdominal aorta is free of significant atherosclerosis. The aorta and its major branches and the great veins are normally distributed and unremarkable. The pulmonary arteries contain no thromboemboli. The pericardium, epicardium, and endocardium are smooth, glistening, and unremarkable. The endocardium is free of mural thrombi. The foramen ovale is closed. The coronary arterial system is free of significant atherosclerosis. The atrial and ventricular septa are intact. The cardiac valves are unremarkable. The myocardium is dark red-brown and firm, without focal abnormalities.

RESPIRATORY SYSTEM: The upper airway is not obstructed. The laryngeal mucosa is smooth and unremarkable, without petechiae. The pleural surfaces are smooth and glistening. The major bronchi are unremarkable. Sectioning of the lungs discloses a dark red-blue, moderately congested, and moderately edematous parenchyma.

HEPATOBILIARY SYSTEM: The liver is covered by a smooth, glistening capsule. The parenchyma is dark red-brown and moderately congested. The gallbladder contains approximately 10 mL of dark green bile, with no calculi.

GASTROINTESTINAL SYSTEM: The esophageal mucosa is gray, smooth, and unremarkable. The stomach contains approximately 50 mL of green fluid. There are no tablets or capsules. The gastric mucosa has normal rugal folds, and there are no ulcers. The small and large bowel are unremarkable externally. The bowel is opened to reveal tan-pink, unremarkable mucosa and soft, brown to firm, green contents, which are free of foreign objects The appendix is present. The pancreas is unremarkable externally and upon sectioning.

GENITOURINARY SYSTEM: The capsules of both kidneys strip with ease to reveal smooth and slightly lobulated surfaces. The cortices are of normal thickness, with well-demarcated cortico-medullary junctions. The calyces, pelvices, and ureters are unremarkable. The urinary bladder is void of urine. The mucosa is gray, smooth, and unremarkable. The prostate gland is unremarkable both externally and upon sectioning.

ENDOCRINE SYSTEM: The thyroid and adrenal glands are unremarkable externally and upon sectioning. The pituitary gland has dusky discoloration.

LYMPHORETICULAR SYSTEM: The spleen is covered by a smooth, blue-gray, intact capsule. The parenchyma is dark red. The cervical, hilar, and peritoneal lymph nodes are not enlarged.

MUSCULOSKELETAL SYSTEM: The clavicles, ribs, sternum, pelvis, and vertebral column have no fractures. The diaphragm is intact.

MICROSCOPIC EXAMINATION

1. Brain: Sections of the base of the brain and the pons show a severe infiltrate of neutrophils in the leptomeninges, forming microabscesses and associated with a fibrinous exudate. This infiltrate extends into the cortex of the inferior surfaces of the frontal lobes, pons, the right occipital lobe, and the right lobe of the cerebellum, where it is associated with punctate hemorrhages and necrosis. All sections show gray and white matter edema. Periodic acid-Schiff stains with diastase and Grocott's methenamine silver stains are negative for fungal elements. Brown and Brenn stains highlight Gram positive cocci in the leptomeninges.
2. Endocrine System: Sections of the pituitary gland show marked vascular congestion and patchy areas of necrosis.

TOXICOLOGY

1. Antemortem blood, vitreous humor, and urine are sent for toxicology with the following results:

| Analyte | Result | Units | Matrix Source |
|---|---|---|---|
| Amphetamine | 81 | ng/mL | 001 - Antemortem Blood |
| Methamphetamine | 110 | ng/mL | 001 - Antemortem Blood |

2. Postmortem peripheral blood and a section of skeletal muscle are retained (see toxicology report).

SPECIAL STUDIES

1. Tissue biopsies are submitted for histologic examination (see MICROSCOPIC EXAMINATION).
2. Tissue biopsies are retained in a formalin stock bottle.

3. A DNA blood card standard is released to the Coroner.
4. Documentation photographs are taken for the Coroner.
5. The brain and dura matter are retained and fixed in formalin prior to sectioning.

FINDINGS

1. Methicillin resistant *Staphylococcus aureus* meningoencephalitis:
    a. Gram positive cocci associated with a fibrinopurulent leptomeningeal exudate.
    b. Acute inflammation, necrosis and edema of the frontal lobes, pons and cerebellum.
    c. Hypoxic ischemic encephalopathy.
    d. Clinical history of pneumonia and methicillin resistant *Staphylococcus aureus* sepsis.
    e. History of chronic intravenous drug use.

2. Healing abrasion of the right eyebrow and hemorrhage in the right temporalis muscle.

3. Methamphetamine detected in the blood (see TOXICOLOGY).

4. History that the decedent, an inmate in the Sangamon County Jail, was found unresponsive on the floor of a single occupancy cell.

CONCLUSION

Based on the information available to me, and on the autopsy findings, it is my opinion that Dylan Schlieper-Clark, a 23-year-old white man, died as a result of methicillin resistant *Staphylococcus aureus* meningoencephalitis. Intravenous drug use is a risk factor for systemic Staphylococcal infection.

Nathaniel Patterson MD
Forensic Pathologist

5/20/2022
Date Submitted