E-FILED
Friday, 17 July, 2026 05:20:57 PM
Clerk, U.S. District Court, ILCD



CONFIDENTIAL

NMS LABS

NMS Labs
200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

## Toxicology Report

**Report Issued** 05/05/2022 17:12

**To:** **10386**
Sangamon County Coroner's Office
200 South 9th Street
Rm 303
Springfield, IL 62701

| | |
|---|---|
| **Patient Name** | SCHLIEPER-CLARK, DYLAN |
| **Patient ID** | CC22-096 |
| **Chain** | 22138414 |
| **DOB** | Not Given |
| **Sex** | Male |
| **Workorder** | 22138414 |



### Positive Findings:

| Analyte | Result | Units | Matrix Source |
|---|---|---|---|
| **Amphetamine** | **81** | **ng/mL** | **001 - Antemortem Blood** |
| **Methamphetamine** | **110** | **ng/mL** | **001 - Antemortem Blood** |

See Detailed Findings section for additional information

### Testing Requested:

| Test | Test Name |
|---|---|
| 8084B | Postmortem, Expanded w/ Vitreous Alcohol and 6-MAM Confirmation, Blood (Forensic) |

### Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Lavender Vial | 2 mL | 04/14/2022 23:57 | Antemortem Blood | SCHLIEPER, DYLAN L / 1214623 |
| 002 | Blue Vial | 1.25 mL | 04/14/2022 23:57 | Antemortem Blood | SCHLIEPER, DYLAN L / 1214623 |
| 003 | Blue Vial | 0.01 mL | 04/14/2022 23:57 | Antemortem Serum or Plasma | SCHLIEPER, DYLAN L / 1214623 |
| 004 | Blue Vial | 0.01 mL | 04/14/2022 23:57 | Antemortem Serum or Plasma | SCHLIEPER, DYLAN L / 1214623 |
| 005 | Gray Top Tube | 8 mL | 04/19/2022 10:00 | Peripheral Blood | CC22-096 |
| 006 | Red Top Tube | 2.75 mL | 04/19/2022 10:00 | Vitreous Fluid | CC22-096 |
| 007 | White Plastic Container | 8.5 mL | 04/19/2022 10:00 | Urine | CC22-096 |
| 008 | Blue Cap Plastic Container | 24.5 g | Not Given | Muscle Tissue | CC22-096 |

007 FOLEY

All sample volumes/weights are approximations.

Specimens received on 04/20/2022.

NMS LABS

**CONFIDENTIAL**

**Workorder** 22138414
**Chain** 22138414
**Patient ID** CC22-096



**Detailed Findings:**

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Amphetamine | 81 | ng/mL | 5.0 | 001 - Antemortem Blood | LC-MS/MS |
| Methamphetamine | 110 | ng/mL | 5.0 | 001 - Antemortem Blood | LC-MS/MS |

**Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

**Reference Comments:**

1. Amphetamine - Antemortem Blood:

   Amphetamine (Adderall, Dexedrine) is a central nervous system stimulant. Amphetamine is also a metabolite of methamphetamine, benzphetamine and selegiline. It is used therapeutically in the treatment of narcolepsy and obesity and also in the treatment of attention-deficit hyperactivity disorder (ADHD). Amphetamine has a high potential for abuse. At low doses, amphetamine causes mild stimulation, offset of fatigue, and increase in alertness. It also causes changes in attitude, judgment and impulsivity. At higher doses, amphetamine causes euphoria, excitation, agitation, hypervigilance, rapid speech, dilated pupils which react slowly to light and increased motor restlessness. Pulse and blood pressure may be elevated. Withdrawal from amphetamine following abuse can result in extreme fatigue and uncontrollable sleepiness, agitation, and depression. In the treatment of narcolepsy, amphetamine is administered in daily divided doses of 5 to 60 mg. In abuse doses of several grams may be used on a daily basis in 'runs' lasting a week or more.

   Following a single oral dose of 10 mg amphetamine sulfate, a reported peak blood concentration of 40 ng/mL was reached at 2 hr. Following a single 30 mg dose to adults, an average peak plasma level of 100 ng/mL was reported at 2.5 hr. A steady-state blood level of 2000-3000 ng/mL was reported in an addict who consumed approximately 1000 mg daily.

   Overdose with amphetamine can produce restlessness, hyperthermia, convulsions, hallucinations, respiratory and/or cardiac failure. Reported blood concentrations in amphetamine-related fatalities ranged from 500-41000 ng/mL (mean 9000 ng/mL).

2. Methamphetamine - Antemortem Blood:

   d-Methamphetamine is a DEA schedule II stimulant drug capable of causing hallucinations, aggressive behavior and irrational reactions. Chemically, there are two forms (isomers) of methamphetamine: l- and d-methamphetamine. The l-isomer is used in non-prescription inhalers as a decongestant and has weak CNS-stimulatory activity. The d-isomer has been used therapeutically as an anorexigenic agent in the treatment of obesity and has potent CNS-, cardiac- and circulatory-stimulatory activity. Amphetamine and norephedrine (phenylpropanolamine) are metabolites of methamphetamine. d-Methamphetamine is an abused substance because of its stimulatory effects and is also addictive.

   A peak blood concentration of methamphetamine of 20 ng/mL was reported at 2.5 hr after an oral dosage of 12.5 mg. Blood levels of 200-600 ng/mL have been reported in methamphetamine abusers who exhibited violent and irrational behavior. High doses of methamphetamine can also elicit restlessness, confusion, hallucinations, circulatory collapse and convulsions.

   *In this case, the level of methamphetamine determined has not been differentiated according to its isomeric forms. Differentiation of the isomers of methamphetamine is available upon request.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded one (1) year from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

NMS LABS

**CONFIDENTIAL**

| | |
|---|---|
| **Workorder** | 22138414 |
| **Chain** | 22138414 |
| **Patient ID** | CC22-096 |



Workorder 22138414 was electronically signed on 05/05/2022 16:31 by:

Daniel S. Isenschmid, Ph.D., F-ABFT
Forensic Toxicologist

### Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Test 52483B - Amphetamines Confirmation, Blood - Antemortem Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Amphetamine | 5.0 ng/mL | Methamphetamine | 5.0 ng/mL |
| Ephedrine | 5.0 ng/mL | Norpseudoephedrine | 5.0 ng/mL |
| MDA | 5.0 ng/mL | Phentermine | 5.0 ng/mL |
| MDEA | 5.0 ng/mL | Phenylpropanolamine | 20 ng/mL |
| MDMA | 5.0 ng/mL | Pseudoephedrine | 5.0 ng/mL |

Test 8084B - Postmortem, Expanded w/ Vitreous Alcohol and 6-MAM Confirmation, Blood (Forensic) - Antemortem Blood

-Analysis by Enzyme Linked Immunosorbent Assay (ELISA) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Barbiturates | 0.040 mcg/mL | Gabapentin | 5.0 mcg/mL |
| Cannabinoids | 10 ng/mL | Salicylates | 120 mcg/mL |

-Analysis by Headspace Gas Chromatography (GC) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

-Analysis by High Performance Liquid Chromatography/Time of Flight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of analyte classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified analyte class are included. Some specific analytes outside of these classes are also included. For a detailed list of all analytes and reporting limits included in this screen, please contact NMS Labs. Amphetamines, Anticonvulsants, Antidepressants, Antihistamines, Antipsychotic Agents, Benzodiazepines, CNS Stimulants, Cocaine and Metabolites, Hallucinogens, Hypnosedatives, Hypoglycemics, Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents, Opiates and Opioids.