E-FILED
Friday, 17 July, 2026 05:20:57 PM
Clerk, U.S. District Court, ILCD

# FINAL — Patient Care Report

**LifeStar Ambulance Service Inc.**
940 N ELM ST
CENTRALIA, , IL, 62801-2326
(800) 541-9180 Ext.

NPI:
EMS Agency Number:

Run Number: 9272
Incident Number:
Date of Service: 06/25/2017
Patient Name: DYLAN SCHLIEPER

## CREW INFO

Vehicle: J15
Call Sign:
Resp No:
Primary Role: Transport
Crew #1 ID: LYONS, RICK
Crew1 Role:
Crew1 Level:
Crew2 ID: MCGATH, SHANE
Crew2 Role:
Crew2 Level:
Crew3 Role:
Crew3 Level:
Disp Locn:
Disp Zone: Jacksonville
Disp GPS Locn:
Other EMS Agency:
Est 1st At Scene:
1st At Scene time:
Doc'd By: LYONS, RICK
Assisted By:

## RESPONSE INFO

Med/Trauma: Medical
Call Type: ALS
Resp Priority: Lights and Sirens
NatureOfCall: Unknown Medical
EMD Perfom.: Not Known
EMD Card No:
Disp. Delay: None
Resp. Delay: None
<None>
<None>
Call Taken by: Jacksonville 911
Resp. with: Law
Other Health Care Provider
Locn Type: Street/Highway
Location: <None>
108 WEST ST
APT A
Franklin, Morgan, IL 62638
Scn Zone No: <None>
Scene GPS :
Pt. Found: In Roadway/Side
# Patients: 1
Sending Fac Med Rec No:
Mass Casualty Inc: No
Poss. Injury: No
Response Zone: <None>

## DISPOSITION

Type of Service: Scene
Outcome: Treated, Tx by EMS
Dest. Reason: Closest Facility
Trans. Priority: Lights and Sirens
Odometer Start: 189.9
At Scene Miles: 211.9
At Dest. Miles: 228.0
Odom. End:
Pts trans.:
Cond at Dest.: Unchanged
Dest Type: Hospital
Protocols:
Level of care :
Barriers to Care:
Pt. Trans. Semi-Fowlers - Main Stretcher
Scene Delay :
Trans. Delay: Not Applicable
<None>
<None>
Dest Delay: None
Destination: JACKSONVILLE MEMORIAL HOSPITAL
Dept: ER
1600 W WALNUT ST
JACKSONVILLE, _____, IL 62650
Dest Zone No: <None>
Dest GPS:
Dest Fac Med Rec No:
Recv Doctor: <None>

## TIMES

Injury: 17:55 06-25-17
PSAP: 18:03 06-25-17
Recvd: 18:04 06-25-17
Dispatch: 18:04 06-25-17
En route: 18:04 06-25-17
At scene: 18:15 06-25-17
At patient: 18:16 06-25-17
Trans of Care:
Transport: 18:27 06-25-17
At dest.: 18:49 06-25-17
In service: 18:50 06-25-17
At base: 19:30 06-25-17

## PATIENT INFORMATION

Name : DYLAN L SCHLIEPER
SSN : 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
Sex : Male
Race : White
Ethnicity : Hispanic or Latino
Broselow/ Luten Color :
Email:
Belongings:
Advanced Directives : None
Patient Characteristics:

Phone : (217) 883
DOB : 03/29/1999 (18 yrs)
Weight : 125 lbs (56.70 kgs)
Emergency Info Form :
DL Info :
Belonging Left With:
Face Sheet:
Medicare Questionnaire :

Home Country :
Home Addr. : 108 WEST ST, APT A
FRANKLIN,MORGAN, IL 62638
Mailing Addr. : 108 WEST ST APT A
FRANKLIN, IL 62638
Doctor: HARMS, RHONDA
Homeless:

## NEXT OF KIN

Name : STARLA NANCE
Phone : (217) 883
Relationship : Mother

**FINAL** | **Patient Care Report**

**LifeStar Ambulance Service Inc.**
940 N ELM ST
CENTRALIA, , IL, 62801-2326
(800) 541-9180 Ext.

NPI:
EMS Agency Number:

Run Number: 9272
Incident Number:
Date of Service: 06/25/2017
Patient Name: DYLAN SCHLIEPER

SSN :
DOB :
Sex : Female
Home Addr. : 108 WEST ST. APT A Franklin, IL 62638

## INSURANCE

Condition code: Not Available

Primary Method: Medicaid
Certificate Med Nec:
Response Urgency:
CMS Service Level: ALS, Level 1
Work Related: No
Occupation:
Occupational Industry: Not Applicable

Payor Info:

Company: IPA
Policy #: 138643465
Group #:

Billing Priority:

## PATIENT COMPLAINTS

**Chief Complaint**
Ingestion/Poisoning (Primary)

**Anatomic Location**
General/Global

**Organ System**
Endocrine/Metabolic

**Primary Symptom**
Change in responsiveness

**Other Associated Symptom:**
Not Available

**Last Oral Intake**

**Medical Hx Obtained From**

## HISTORY

**Past Medical History**
Drug/ETOH

**Allergies**
No Known Allergies

**Medications**
Unknown -

**Medical History Obtained From**
1. Patient

## ASSESSMENT

ETOH/Drug use: Patient Admits to Drug Use
Pregnancy: Not Applicable

**06/25/2017 18:17:00 By: LYONS, RICK**

| Body Area | Assessments and Comments | Body Area | Assessments and Comments |
|---|---|---|---|
| Airway | Patent | Breathing | Tachypnea |
| Circulation | Capillary Refill - < 3 Seconds | Central Nervous System | Neuro Intact |
| Blood/Fluid Loss | None Noted | | |

## IMPRESSIONS

**Primary Impression:** DRUG REACTION
**Secondary Impressions:** ALTERED MENTAL STATUS

**FINAL** **Patient Care Report**

**LifeStar Ambulance Service Inc.**
940 N ELM ST
CENTRALIA, , IL, 62801-2326
(800) 541-9180 Ext.

NPI:
EMS Agency Number:

**Run Number:** 9272
**Incident Number:**
**Date of Service:** 06/25/2017
**Patient Name:** DYLAN SCHLIEPER

## TREATMENT SUMMARY CONTINUED

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 18:23 | No | Venous Access - Extremity | LYONS, RICK | Medical Command | |

Complication: None
Complication Narrative:

IV/IO - Attempts : 1 | IV/IO - Successful : Successful | Site : Left A.C.
Size : 20 G | Tubing : IV Cap | Type : IV

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 18:25 | No | Blood Glucose | MCGATH, SHANE | Medical Command | |

Complication: None
Complication Narrative:

Blood Glucose - Attempts : 1 | Blood Glucose - Indication : Other | Blood Glucose - Result : 80-120
Blood Glucose - Successful : Successful | Blood Glucose Site : From Venous Draw

## NARRATIVE

RECEIVED 911 CALL FROM DISPATCH CONTROL TO RESPOND TO A FRANKLIN ADDRESS MUTUAL AID FOR WAVERLY RESCUE, WHO WAS OUT OF SERVICE, RESPONDED IMMEDIATELY. ON OUR ARRIVAL, FOUND PATIENT SITTING ON THE TAILGATE OF A TRUCK, CONSCIOUS AND ALERT, BUT CONFUSED. PATIENTS FAMILY STATED PATIENT CAME HOME THIS AFTERNOON AFTER DOING DRUGS FOR 3 DAYS, AND BEGAN THROWING THINGS OUT OF A WINDOW. PATIENTS MOTHER STATED SHE SAW HER DOING COCAINE ON FRIDAY, AND TODAY HAD POSSIBLY BEEN DOING METH AND HEROIN. PATIENT HAND NEEDLE TRACKS ON THE INSIDE OF BOTH ELBOWS. PATIENT STATE SHE COULD NOT REMEMBER THE LAST FEW DAYS. NO OTHER MEDICAL HISTORY KNOWN, PATIENT DENIED TAKING ANY PRESCRIPTION MEDICATIONS, AND HAS NO KNOWN ALLERGIES TO MEDICATIONS. PATIENT STOOD FROM THE TRUCK, AND SAT ON THE STRETCHER, AND WAS PLACED ON THE CARDIAC MONITOR. BLOOD PRESSURE 108/70, INITIAL HEART RATE WAS 150, AND SHOWED A SINUS TACHYCARDIA ON CARDIAC MONITOR. RESPIRATIONS 28 AND NON LABORED. LUNG SOUNDS CLEAR BILATERALLY, O2 SAT 99% ON ROOM AIR. PATIENTS HEART RATE FLUCTUATED BETWEEN 110 AND 150. A IV WAS STARTED, 20 GA SALINE LOCK IN THE LEFT AC. A ACCUCHECK WAS PERFORMED, AND BLOOD GLUCOSE WAS 114. AFTER ALS ASSESSMENT, REPORT WAS CALLED TO PASSAVANT HOSPITAL MICU RN, AND PATIENT WAS PROMPTLY TRANSPORTED TO PASSAVANT EMERGENCY ROOM FOR TREATMENT. PATIENT WAS TRANSPORTED ON THE STRETCHER TO MONITOR FLUCTUATING HEART RATE FROM POSSIBLE DRUG USE. PATIENT IS LEGALLY A MALE, BUT REQUESTED TO BE ADDRESSED AS A FEMALE.

## MISCELLANEOUS

| | | |
|---|---|---|
| ER Dept Disposition | Not Known | |
| Hosp Disposition | Not Known | |
| Protective equip used | Gloves | |
| Fluid Contact | No | |
| Research Survey | Resource Hospital Name | Passavant Hosp, Jacksonville |

## HIPAA

*no HIPAA signatures entered*

## SIGNATURES

| Time | Type | Who signed | Why patient did not sign |
|---|---|---|---|
| 06/25/2017 19:00 | Facility Acceptance | Employee - CRAIN, CARA | <Not applicable> |

I hereby accept responsibility of from crew members LYONS, RICK, MCGATH, SHANE.

X Cara Crain RN

**Witness 1:**
RICK LYONS

**FINAL** **Patient Care Report**

**LifeStar Ambulance Service Inc.**

940 N ELM ST
CENTRALIA, , IL, 62801-2326
(800) 541-9180 Ext.

NPI:
EMS Agency Number:

Run Number: 9272
Incident Number:
Date of Service: 06/25/2017
Patient Name: DYLAN SCHLIEPER

x [signature]

06/25/2017 19:16 Accept Treatment and Transport Self - SCHLIEPER, DYLAN L <Not applicable>

x [signature]

This is acknowledgement that I, DYLAN L SCHLIEPER accept treatment and transport and receipt of the Notice of Privacy Practice (NPP) by crew member(s) LYONS, RICK, MCGATH, SHANE.

I hereby give consent to Lifestar Ambulance Service, Inc. (home office in Centralia, IL and licensed in the state of Illinois) to give the desired and necessary information from my medical record(s) to all third-party reimbursers from whom payment of benefits are to be secured for the service rendered for the purpose of processing and receiving said payment or benefit and do hereby assign and authorize payment directly to Lifestar Ambulance Service, Inc. for the benefits payable for the ambulance and other related services, now and in the future.

Notice to Medicare patients: Medicare pays for the covered services only when they are reasonable and necessary. If Medicare determines that a particular service is ordinarily covered but is not reasonable and necessary under Medicare Program Standards, Medicare will deny payment for that service. For these purposes we hereby authorize Lifestar Ambulance Service, Inc. to obtain from hospitals, doctors, or other medical providers any or all of my medical records ONLY for the purpose of providing medical necessity. I have been notified by Lifestar Ambulance Service, Inc. that Medicare may deny payment for these services received. If Medicare denies payment, I agree to be fully and personally responsible.

I agree that should the amount be insufficient to cover the entire expense I will be responsible for payment of the difference, and that if the insurance company refuses to pay, I will be responsible for payment of the entire bill. I understand that my refusal to the release of this information may result in the refusal by third-party reimbursers to provide these payments or benefits on my behalf.

The undersigned does hereby authorize Lifestar to charge for all collection expenses, including but not limited to court costs and reasonable attorneys fees. After my account is unpaid for sixty days, I agree to pay interest of 2% per month on the unpaid balance.

Lifestar Ambulance Service, Inc. will not bill Medicaid for charges due to a motor vehicle accident.

Witness 1:
RICK LYONS

x [signature]

**CREW INFORMATION**

**FINAL** — **Patient Care Report**

**LifeStar Ambulance Service Inc.**
940 N ELM ST
CENTRALIA, , IL, 62801-2326
(800) 541-9180 Ext.

NPI:
EMS Agency Number:

Run Number: 9272
Incident Number:
Date of Service: 06/25/2017
Patient Name: DYLAN SCHLIEPER

Start Date/Time : 05/02/2017 08:02

| Crew # | Name | Crew # | Name |
|---|---|---|---|
| 633 | LYONS, RICK | 628 | MCGATH, SHANE |
| License: | Emt-P 183020 | License: | Emt-B 1131911 |

x

x

## CHANGE TRACKING

| Caption | Date/Time | Change | Who Changed |
|---|---|---|---|
| Narrative | 7/10/2017 10:01:16AM | Modified | LYONS, RICK |

Previous Value: RECEIVED 911 CALL FROM DISPATCH CONTROL TO RESPOND TO A FRANKLIN ADDRESS MUTUAL AID FOR WAVERLY F

## PHYSICIANS CERTIFICATION STATEMENT FOR AMBULANCE TRANSPORTATION

*no PCS entered*

## PATIENT REFUSAL FORM

*no Patient Refusal entered*

# FINAL — Patient Care Report

**LifeStar Ambulance Service Inc.**
940 N ELM ST
CENTRALIA, , IL, 62801-2326
(800) 541-9180 Ext.

NPI:
EMS Agency Number:

Run Number: 1977
Incident Number:
Date of Service: 02/05/2018
Patient Name: DYLAN SCHLIEPER

## CREW INFO

Vehicle: J15
Call Sign:
Resp No:
Primary Role: Transport
Crew #1 ID: LYONS, RICK
Crew1 Role:
Crew1 Level:
Crew2 ID: MCGATH, SHANE
Crew2 Role:
Crew2 Level:
Crew3 Role:
Crew3 Level:
Disp Locn:
Disp Zone: Jacksonville
Disp GPS Locn:
Other EMS Agency:
Est 1st At Scene:
1st At Scene time:
Doc'd By: LYONS, RICK
Assisted By:

## RESPONSE INFO

Med/Trauma: Trauma
Call Type: ALS
Resp Priority: Lights and Sirens
NatureOfCall: Motor Vehicle Accident
EMD Perfom.: Not Known
EMD Card No:
Disp. Delay: None
Resp. Delay: None
<None>
<None>
Call Taken by: Jacksonville 911
Resp. with: Fire
Law
Other Health Care Provider
Locn Type: Street/Highway
Location: <None>
WOODSON FRANKLIN
BLACKTOP @ DARLEY RD
Franklin, Morgan, IL 62638
Scn Zone No: <None>
Scene GPS :
# Patients: 5
Sending Fac Med Rec No:
Mass Casualty Inc: Yes
Poss. Injury: Yes
Response Zone: <None>

## DISPOSITION

Type of Service: Scene
Outcome: Treated, Tx by EMS
Dest. Reason: Closest Facility
Trans. Priority: Lights and Sirens
Odometer Start: 212.1
At Scene Miles: 225.5
At Dest. Miles: 242.4
Odom. End:
Pts trans.:
Cond at Dest.: Unchanged
Dest Type: Hospital
Protocols:
Level of care :
Barriers to Care:
Pt. Trans. Supine - Main Stretcher
Scene Delay :
Trans. Delay: Not Applicable
<None>
<None>
Dest Delay:
Destination: JACKSONVILLE MEMORIAL HOSPITAL
Dept: ER
1600 W WALNUT ST
JACKSONVILLE, Morgan, IL 62650
Dest Zone No: <None>
Dest GPS:
Dest Fac Med Rec No:
Recv Doctor: <None>

## TIMES

| | |
|---|---|
| Injury: | 19:12 02-05-18 |
| PSAP: | 19:23 02-05-18 |
| Recvd: | 19:24 02-05-18 |
| Dispatch: | 19:24 02-05-18 |
| En route: | 19:24 02-05-18 |
| At scene: | 19:41 02-05-18 |
| At patient: | 19:52 02-05-18 |
| Trans of Care: | |
| Transport: | 20:05 02-05-18 |
| At dest.: | 20:25 02-05-18 |
| In service: | 20:32 02-05-18 |
| At base: | 21:10 02-05-18 |

## PATIENT INFORMATION

Name : DYLAN L SCHLIEPER
SSN : 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
Sex : Male
Race : White
Ethnicity : Not Hispanic or Latino
Broselow/ Luten Color :
Email:
Belongings:
Advanced Directives : None
Patient Characteristics:

Phone :
DOB : 03/29/1999 (18 yrs)
Weight : 165 lbs (74.84 kgs)
Emergency Info Form :
DL Info :
Belonging Left With:
Face Sheet:
Medicare Questionnaire :

Home Country :
Home Addr. : 204 PRIARIE ST
FRANKLIN,MORGAN, IL 62638
Mailing Addr. : 204 PRIARIE ST
FRANKLIN, IL 62638
Doctor: HARMS, RHONDA
Homeless:

## NEXT OF KIN

Name : STARLA NANCE
Phone :
Relationship : Mother

# FINAL — Patient Care Report

**LifeStar Ambulance Service Inc.**
940 N ELM ST
CENTRALIA, , IL, 62801-2326
(800) 541-9180 Ext.

NPI:
EMS Agency Number:

Run Number: 1977
Incident Number:
Date of Service: 02/05/2018
Patient Name: DYLAN SCHLIEPER

SSN :
DOB :
Sex : Female
Home Addr. : 108 WEST ST APT A Franklin, IL 62638

## INSURANCE

Condition code: Not Available
Primary Method: Insurance
Certificate Med Nec:
Response Urgency:
CMS Service Level: ALS, Level 1
Work Related: No
Occupation:
Occupational Industry: Not Applicable

Payor Info:
Company: AUTO INSURANCE INVOLVED Policy #: UNKNOWN Group #:
Billing Priority:

Payor Info:
Company: IPA Policy #: 138643465 Group #:
Billing Priority:

## PATIENT COMPLAINTS

**Chief Complaint**
Trauma - MVA (Primary)

**Anatomic Location**
Extremity-Lower

**Organ System**
Musculoskeletal

**Primary Symptom**
Change in responsiveness

**Other Associated Symptoms**
Bleeding

**Last Oral Intake**

**Medical Hx Obtained From**

## HISTORY

**Past Medical History**
Unknown

**Allergies**
Unknown

**Medications**
Unknown -

**Medical History Obtained From**
1. Patient

## ASSESSMENT

ETOH/Drug use: Not Known
Pregnancy: Not Applicable

02/05/2018 19:54:00 By: LYONS, RICK

| Body Area | Assessments and Comments | Body Area | Assessments and Comments |
|---|---|---|---|
| Airway | Patent | Breathing | Normal Respirations |
| Circulation | Capillary Refill - < 3 Seconds | Central Nervous System | Neuro Intact |
| Blood/Fluid Loss | None Noted | External | Soft Tissue Injury |

## IMPRESSIONS

**Primary Impression:** ALTERED MENTAL STATUS

**Secondary Impressions:** LACERATION TO LEG

**FINAL** **Patient Care Report**

**LifeStar Ambulance Service Inc.**
940 N ELM ST
CENTRALIA, , IL, 62801-2326
(800) 541-9180 Ext.

NPI:
EMS Agency Number:

Run Number: 1977
Incident Number:
Date of Service: 02/05/2018
Patient Name: DYLAN SCHLIEPER

## CARDIAC ARREST

Cardiac Arrest
No
Arrest Etiology
Resuscitation Attempted
Initial CPR
Arrest Witnessed by
First Monitored Rhythm
Spontaneous Circulation
Discontinued Reason
Rhythm at Destination
Therapeutic Hypothermia In
Time of Cardiac Arrest
CPR Provided Prior to EMS
AED Used Prior to EMS Care
END OF CARDIAC ARREST EVEN
AED Used By
CPR Provided By
Who First Initiated CPR
Who First Applied the AED
Who First Defibrillated Pa

## TRAUMA

MVA Details : Row Location : 2 Position : Left (non-driver) Height of Fall :
Trauma Severity :
Social Alert : Date Time :

Trauma

| | | | |
|---|---|---|---|
| MVA Protective Devices - Deployed | MVA - Injury Indicators - Ejection | MVA Speed - Initial > 40 MPH | MVA Damage Rear - Major |
| MVA Damage Driver Side - Major | MVA Damage Front - Moderate | MVA Damage Passenger Side - Moderate | MVA - Protective Devices - None |
| MVA Damage Interior - Compartment Intrusion | MVA - Vehicle Impact Location - Roll Over | MVA Type - Rollover | |

Cause of Injury
Motor Vehicle Traffic Accident

## VITAL SIGNS

| Time | PTA | BP | Pulse | Monitor Rate | Respiratory | SPO2 | EtCO2 | Glucose | GCS |
|---|---|---|---|---|---|---|---|---|---|
| 02/5/2018 19:55 | No | 162/84 Auscultated | 120, Strong, Regular | | 20 Normal, Regular | 99%, Source: Room Air | | | E4 + V5 + M6 = 15 |

Skin Temp=Normal Skin Color=Normal Skin Moisture=Normal Lung Sounds Left=Normal / Clear; Lung Sounds Right=Normal / Clear; Cap. Refill=Normal
Pupil size: Left=4, Right=4 Pupil Reacts: Left=PERRL, Right=PERRL Pupil Dilation: Left=Other, Right=Other
Level of Consciousness: Alert; Pain Scale=5; Arm Movement: Left=Spontaneous, Right=Spontaneous; Leg Movement: Left=Spontaneous, Right=Spontaneous; Stroke Scale=Not Applicable; Thrombolytic Screen=Not Applicable
Cardiac Rhythm=Sinus Tachycardia

Taken by: First Responder

## TRAUMA SCORES

*no trauma scores entered*

## PRIOR AID

*no prior aid entered*

## TREATMENT SUMMARY

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 19:58 | No | Cardiac Monitor | LYONS, RICK | Medical Command | |

**FINAL** **Patient Care Report**

**LifeStar Ambulance Service Inc.**

940 N ELM ST
CENTRALIA, , IL, 62801-2326
(800) 541-9180 Ext.

NPI:
EMS Agency Number:

Run Number: 1977
Incident Number:
Date of Service: 02/05/2018
Patient Name: DYLAN SCHLIEPER

## TREATMENT SUMMARY CONTINUED

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 19:58 | No | Cardiac Monitor | LYONS, RICK | Medical Command | |

Complication: None
Complication Narrative:

Cardiac Monitor - Attempts : 1 — Cardiac Monitor - Successful : Successful — Ectopy : None
Indication : Monitoring — Interp : SinusTach

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 20:00 | No | Venous Access - Extremity | LYONS, RICK | Medical Command | |

Complication: None
Complication Narrative:

IV/IO - Attempts : 1 — IV/IO - Successful : Successful — Site : Right A.C.
Size : 18 G — Tubing : IV Cap — Type : IV

## NARRATIVE

WHILE ON SCENE ON A MVA ROLLOVER, A SECOND PATIENT WAS BROUGHT TO THE AMBULANCE. THEIR WERE A TOTAL OF 5 PATIENTS, AND NO OTHER AMBULANCE OR PARAMEDIC WAS AVAILABLE. A ALS ASSESSMENT WAS PERFORMED. PATIENT WAS UNRESTRAINED PASSENGER, BACK SEAT, DRIVERS SIDE, OF A VEHICLE THAT ROLLED OVER A UNKNOWN NUMBER OF TIMES. PATIENT WAS EJECTED. PATIENT HAD BEEN IMMOBILE ZED WITH A LONG SPINE BOARD, C-COLLAR, AND SECURED WITH STRAPS, TOWEL ROLLS AND TAPE. THE SPINE BOARD WAS THEN PLACED ON THE SQUAD BENCH AND SECURED WITH BELTS. PATIENT WAS CONSCIOUS AND ALERT, BUT VERY CONFUSED. PATIENT STATED HE REMEMBERED NOTHING ABOUT THE ACCIDENT, AND COULDN'T REMEMBER ANYTHING ABOUT HIS MEDICAL HISTORY, MEDICATIONS, OR ALLERGIES. SKIN WAS PINK WARM AND DRY. PUPILS PERL. PATIENT WAS PLACED ON THE CARDIAC MONITOR. BLOOD PRESSURE 162/84, HEART RATE 120 AND REGULAR, SINUS TACHYCARDIA ON CARDIAC MONITOR. RESPIRATIONS 20 AND NON LABORED, LUNG SOUNDS CLEAR BILATERALLY. O2 SAT 99% ON ROOM AIR. A IV WAS STARTED, 18 GA SALINE LOCK IN THE RIGHT AC. REPORT WAS CALLED TO PASSAVANT HOSPITAL MICU RN, AND PATIENT WAS PROMPTLY TRANSPORTED TO PASSAVANT EMERGENCY ROOM FOR TREATMENT. A MEMBER OF THE SOUTH JACKSONVILLE RESCUE SQUAD ACCOMPANIED THE AMBULANCE DURING TRANSPORT. UPON ARRIVAL AT PASSAVANT EMERGENCY ROOM, PATIENT WAS LIFTED FROM THE SQUAD BENCH AND PLACED ON A HOSPITAL BED USING THE LONG SPINE BOARD. PATIENT WAS TOO CONFUSED TO SIGN FOR TRANSPORT AND FOR RECEIVING A NPP, AND NO FAMILY MEMBERS OR POA WERE PRESENT. A NPP WAS LEFT WITH THE PATIENT.

## MISCELLANEOUS

| | | |
|---|---|---|
| ER Dept Disposition | Not Known | |
| Hosp Disposition | Not Known | |
| Protective equip used | Gloves | |
| Fluid Contact | No | |
| Research Survey | Resource Hospital Name | Passavant Hosp, Jacksonville |

## HIPAA

*no HIPAA signatures entered*

## SIGNATURES

| Time | Type | Who signed | Why patient did not sign |
|---|---|---|---|
| 02/05/2018 20:58 | Facility Acceptance | Employee - FINCK, MARY | <Not applicable> |

I hereby accept responsibility of DYLAN L SCHLIEPER from crew members LYONS, RICK, MCGATH, SHANE.

X M Finck

Witness 1:
RICK LYONS

**FINAL** **Patient Care Report**

**LifeStar Ambulance Service Inc.**
940 N ELM ST
CENTRALIA, , IL, 62801-2326
(800) 541-9180 Ext.

NPI:
EMS Agency Number:

Run Number: 1977
Incident Number:
Date of Service: 02/05/2018
Patient Name: DYLAN SCHLIEPER

X [signature]

| | | | |
|---|---|---|---|
| 02/05/2018 20:59 | Accept Treatment and Transport | - | Not Aware of Person, Place, and or Time |

Witness 1:
RICK LYONS

X [signature]

| | | | |
|---|---|---|---|
| 02/05/2018 21:00 | NPP Acknowledgement | - | Not Aware of Person, Place, and or Time |

Witness 1:
RICK LYONS

X [signature]

## CREW INFORMATION

Start Date/Time: 01/27/2018 08:00

| Crew # | Name | Crew # | Name |
|---|---|---|---|
| 633 | LYONS, RICK | 628 | MCGATH, SHANE |
| License: | Emt-P 183020 | License: | Emt-B 1131911 |

X [signature] X [signature]

## PHYSICIANS CERTIFICATION STATEMENT FOR AMBULANCE TRANSPORTATION

*no PCS entered*

**FINAL** **Patient Care Report**

**LifeStar Ambulance Service Inc.**
940 N ELM ST
CENTRALIA, , IL, 62801-2326
(800) 541-9180 Ext.

NPI:
EMS Agency Number:

Run Number: 1977
Incident Number:
Date of Service: 02/05/2018
Patient Name: DYLAN SCHLIEPER

## PATIENT REFUSAL FORM

*no Patient Refusal entered*

# FINAL — Patient Care Report

**LifeStar Ambulance Service Inc.**
940 N ELM ST
CENTRALIA, , IL, 62801-2326
(800) 541-9180 Ext.

**Run Number:** 4898
**Incident Number:**
**Date of Service:** 04/14/2022
**Patient Name:** Dylan Schlieper

## CREW INFO

| | |
|---|---|
| Vehicle: | S16 |
| Call Sign: | |
| Resp No: | |
| Primary Role: | Ground Transport |
| Crew #1 ID: | SHEETS, CALEB |
| Crew1 Role: | Primary Patient Caregiver-At Scene |
| Crew1 Level: | EMT-Paramedic |
| Crew2 ID: | CADIGAN, PETE |
| Crew2 Role: | Other Patient Caregiver-At Scene |
| Crew2 Level: | EMT-Basic |
| Crew3 Role: | |
| Crew3 Level: | |
| Disp Locn: | |
| Disp Zone: | Springfield |
| Disp GPS Locn: | |
| Other EMS Agency: | |
| Est 1st At Scene: | |
| 1st At Scene time: | |
| Doc'd By: | SHEETS, CALEB |
| Assisted By: | |

## RESPONSE INFO

| | |
|---|---|
| Med/Trauma: | Trauma |
| Call Type: | ALS |
| Resp Priority: | Lights and Sirens |
| Resp Change: | Lights and Sirens |
| NatureOfCall: | Altered L.O.C. |
| EMD Perfom.: | Yes, Unknown if Pre-Arrival Instructions Given |
| EMD Card No: | |
| Disp. Delay: | None/No Delay |
| Resp. Delay: | Wrong directions<br><None><br><None> |
| Call Taken by: | CMED |
| Resp. with: | Fire<br>Law |
| Locn Type: | Prison |
| Location: | SANGAMON COUNTY JAIL #2 SHERIFF'S PLAZA SPRINGFIELD, Sangamon, IL 62701 |
| Scn Zone No: | <None> |
| Scene GPS : | |
| Pt. Found: | At Scene |
| # Patients: | 0 |
| Sending Fac Med Rec No: | |
| Mass Casualty Inc: | No |
| Poss. Injury: | Yes |
| Response Zone: | <None> |

## DISPOSITION

| | |
|---|---|
| Type of Service: | 911 Response (Scene) |
| Outcome: | Treated, Tx by EMS |
| Dest. Reason: | Patient's Choice |
| Trans. Priority: | Lights and Sirens |
| Odometer Start: | 59.9 |
| At Scene Miles: | 60.8 |
| At Dest. Miles: | 62.4 |
| Odom. End: | |
| Pts trans.: | Stretcher |
| Cond at Dest.: | |
| Dest Type: | |
| Protocols: | |
| Level of care : | |
| Barriers to Care: | None Noted<br>None<br>None |
| Pt. Trans. | Supine - Isolette |
| Scene Delay : | None/No Delay |
| Trans. Delay: | None<br><None><br><None> |
| Dest Delay: | None/No Delay |
| Destination: | SPRINGFIELD MEMORIAL HOSPITAL<br>Dept: ER<br>800 N RUTLEDGE ST<br>SPRINGFIELD, Sangamon, IL 62781 |
| Dest Zone No: | <None> |
| Dest GPS: | |
| Dest Fac Med Rec No: | |
| Recv Doctor: | <None> |

## TIMES

| | |
|---|---|
| Injury: | 23:21 04-14-22 |
| PSAP: | 23:21 04-14-22 |
| Recvd: | 23:21 04-14-22 |
| Dispatch: | 23:21 04-14-22 |
| En route: | 23:21 04-14-22 |
| At scene: | 23:34 04-14-22 |
| At patient: | 23:34 04-14-22 |
| Trans of Care: | |
| Transport: | 23:34 04-14-22 |
| At dest.: | 23:37 04-14-22 |
| In service: | 23:53 04-14-22 |
| At base: | 23:54 04-14-22 |

## PATIENT INFORMATION

| | |
|---|---|
| Name : | Dylan Schlieper |
| SSN : | 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 |
| Sex : | Male |
| Race : | White |
| Ethnicity : | |
| Broselow/ Luten Color : | |
| Email: | |
| Belongings: | |
| Advanced Directives : | None |
| Patient Characteristics: | |
| Phone : | (217) 851-7136 |
| DOB : | 03/29/1999 (23 yrs) |
| Weight : | 150 lbs (68.04 kgs) |
| Emergency Info Form : | |
| DL Info : | |
| Belonging Left With: | |
| Face Sheet: | |
| Medicare Questionnaire : | |
| Home Country : | United States |
| Home Addr. : | 1321 W ENOS<br>SPRINGFIELD,SANGAMON, IL 62702 |
| Mailing Addr. : | 1321 W ENOS<br>SPRINGFIELD, IL 62702 |
| Doctor: | |
| Homeless: | |

**FINAL** — **Patient Care Report**

**LifeStar Ambulance Service Inc.**
940 N ELM ST
CENTRALIA, , IL, 62801-2326
(800) 541-9180 Ext.

LifeStar AMBULANCE SERVICE, INC.

Run Number: 4898
Incident Number:
Date of Service: 04/14/2022
Patient Name: Dylan Schlieper

## NEXT OF KIN

Name :
Phone :
Relationship : Aunt
SSN :
DOB :
Sex :
Home Addr. :

## INSURANCE

**Condition code:**

*no insurance information entered*

## PATIENT COMPLAINTS

**Chief Complaint**

Traumatic Injury (Primary)

**Anatomic Location**

General/Global

**Organ System**

Global/General

**Primary Symptom**

Altered mental status

**Other Associated Symptoms**

Altered mental status

**Last Oral Intake**

**Medical Hx Obtained From**

Patient

## HISTORY

**Past Medical History**
Unable to Complete

**Allergies**
Unable to Complete

**Medications**
Unable to Complete

**Medical History Obtained From**
Patient

## ASSESSMENT

ETOH/Drug use: None Reported

**04/14/2022 23:34:33 By: SHEETS, CALEB**

| Body Area | Assessments and Comments | Body Area | Assessments and Comments |
|---|---|---|---|
| Airway | Patent | Breathing | Normal Respirations |
| Circulation | Pulses - Radial - Normal (2+) | Blood/Fluid Loss | None Noted |
| Face | Swelling | External/Skin | Normal |
| Mental Status | Combative | Neurological | Not Done |
| Stroke/CVA Symptoms | No | | |

## IMPRESSIONS

**Primary Impression:** HEMATOMA TO FOREHEAD

**Secondary Impressions:** ALTERED LEVEL OF CONSCIOUSNESS

**FINAL** **Patient Care Report**

**LifeStar Ambulance Service Inc.**
940 N ELM ST
CENTRALIA, , IL, 62801-2326
(800) 541-9180 Ext.

**Run Number:** 4898
**Incident Number:**
**Date of Service:** 04/14/2022
**Patient Name:** Dylan Schlieper

## CARDIAC ARREST

**Cardiac Arrest**
No
**Arrest Etiology**
**Resuscitation Attempted**
**Initial CPR**
**Arrest Witnessed by**
**First Monitored Rhythm**
**Spontaneous Circulation**
**Discontinued Reason**
**Rhythm at Destination**
**Therapeutic Hypothermia In**
**Time of Cardiac Arrest**
**CPR Provided Prior to EMS**
**AED Used Prior to EMS Care**
**END OF CARDIAC ARREST EVEN**
**AED Used By**
**CPR Provided By**
**Who First Initiated CPR**
**Who First Applied the AED**
**Who First Defibrillated Pa**

## TRAUMA

**MVA Details :** Row Location : Trauma Severity : Social Alert : Position : Height of Fall : Date Time :

**Cause of Injury**
Self-Harm - Blunt Object
**Mechanism of injury**
Blunt

## VITAL SIGNS

| Time | PTA | BP | Pulse | Monitor Rate | Respiratory | SPO2 | EtCO2 | Glucose | GCS |
|---|---|---|---|---|---|---|---|---|---|
| 04/14/2022 23:37 | No | 0 | 98, Strong, Regular | | 20 Normal, Regular | 99%, Source: Room Air | | | E4 + V5 + M6 = 15 |

**IBP 1** **IBP 2** **IBP 3**

Skin Temp=Normal Skin Color=Normal Skin Moisture=Normal Lung Sounds Left=Unable to Obtain Lung Sounds Right=Unable to Obtain Cap. Refill=Normal
Pupil size: Left=4, Right=2 Pupil Reacts: Left=Slow To Respond, Right=Slow To Respond Pupil Dilation: Left=Normal, Right=Normal
Level of Consciousness: Unresponsive; Pain Scale=0; Arm Movement: Left=Spontaneous, Right=Spontaneous; Leg Movement: Left=Spontaneous, Right=Spontaneous;

**Taken by:** SHEETS, CALEB

## TRAUMA SCORES

*no trauma scores entered*

## PRIOR AID

*no prior aid entered*

## TREATMENT SUMMARY

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 23:34 | No | ALS Assessment - Adult | SHEETS, CALEB | Protocol (Standing Order) | |

**Complication** **Complication Narrative**

Assessment - Adult - Attemtps=1

**FINAL** **Patient Care Report**

**LifeStar Ambulance Service Inc.**
940 N ELM ST
CENTRALIA, , IL, 62801-2326
(800) 541-9180 Ext.

**Run Number:** 4898
**Incident Number:**
**Date of Service:** 04/14/2022
**Patient Name:** Dylan Schlieper

## TREATMENT SUMMARY CONTINUED

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 23:34 | No | ALS Assessment - Adult | SHEETS, CALEB | Protocol (Standing Order) | |

| Complication | Complication Narrative | |
|---|---|---|
| Assessment Adult - Successful=Successful | Complication=None | Response=Unchanged |

**FINAL** **Patient Care Report**

LifeStar AMBULANCE SERVICE, INC.

**LifeStar Ambulance Service Inc.**
940 N ELM ST
CENTRALIA, , IL, 62801-2326
(800) 541-9180 Ext.

**Run Number:** 4898
**Incident Number:**
**Date of Service:** 04/14/2022
**Patient Name:** Dylan Schlieper

## NARRATIVE

MICU# electronically assigned. EMS called by CMED to respond to Sangamon County Jail for patient who was unresponsive with head injury in his cell. 3F16 responded immediately.

Upon arrival found above unresponsive but combative laying face down in cell. Officers and nurse on scene stated that he had been placed in the medical wing due to being a known heroin addict. Pt had been in the jail for over 24 hours and was being monitored for possible detox issues. PT had been found on floor of cell banging his head on the concrete. Pt had 3 hematomas on the forehead from the left side to the center that were around 2" in diameter with a much larger one over the right eye that had the right eye almost swollen shut. PT picked up and secured to stretcher with seat belts. Pt was still thrashing around and or everyone's safety deputy restrained pt with hand cuffs and leg irons. PT then loaded and secured into ambulance.

Once loaded vitals attempted. Due to pt thrashing and restraints blood pressure could not be assessed.

In route pt breathing monitored.

Pt transported to Memorial Medical Center where he was taken to ER trauma 2 and moved to bed with blanket lift. Care then transferred to ER RN.

<C Sheets EMT-P>

NPP left with pt.

PT unable to sign due to altered mental status. No family or POA present to sign on his behalf.

## MISCELLANEOUS

| | | |
|---|---|---|
| Exposure | None | SHEETS, CALEB |
| | None | CADIGAN, PETE |
| Protective equip used | Gloves | SHEETS, CALEB |
| | Mask-Surgical (Non-Fitted) | SHEETS, CALEB |
| | Gloves | CADIGAN, PETE |
| | Mask-Surgical (Non-Fitted) | CADIGAN, PETE |
| Fluid Contact | No | |
| Research Survey | Resource Hospital Name | Memorial Med Ctr, Springfield |

## HIPAA

*no HIPAA signatures entered*

## SIGNATURES

| Time | Type | Who signed | Why patient did not sign |
|---|---|---|---|
| 04/14/2022 23:50 | Facility Acceptance | Nurse (RN) - sitki, emma | <Not applicable> |

I hereby accept responsibility of from crew members SHEETS, CALEB, CADIGAN, PETE.

**FINAL** **Patient Care Report**

**LifeStar Ambulance Service Inc.**
940 N ELM ST
CENTRALIA, , IL, 62801-2326
(800) 541-9180 Ext.

Run Number: 4898
Incident Number:
Date of Service: 04/14/2022
Patient Name: Dylan Schlieper

X

## CREW INFORMATION

Start Date/Time: 04/14/2022 07:30

| Crew # | Name | Crew # | Name |
|---|---|---|---|
| 510 | SHEETS, CALEB | 589 | CADIGAN, PETE |
| License: | EMT-P 1175728 | License: | Emt-B 1054014 |
| Level: | EMT-Paramedic | Level: | EMT-Basic |

X X

## PHYSICIANS CERTIFICATION STATEMENT FOR AMBULANCE TRANSPORTATION

*no PCS entered*

## PATIENT REFUSAL FORM

*no Patient Refusal entered*

RECEIVED
OCT 23 2023
QUINN JOHNSTON