E-FILED
Friday, 17 July, 2026 05:20:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**STARLA SMITH,** as Administrator of the Estate of Dylan Schlieper-Clark, and on behalf of his Next of Kin,

Plaintiff,

v.

**COUNTY OF SANGAMON,** et al.

Defendants.

Case No. 3:23-cv-03137-CSB-EIL

---

**DECLARATION OF CLARENCE SMITH, JR.**

I, **Clarence Smith, Jr.**, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of eighteen years and am competent to make this declaration. The statements set forth below are based on my own personal knowledge, and if called as a witness I could and would testify competently to them.

2. I am currently incarcerated at the Sangamon County Jail in Springfield, Illinois. My date of birth is October 23, 1972, and my inmate identification number is 141050.

3. I have been confined at the Sangamon County Jail for approximately fifteen months. During my confinement I have been housed primarily in G block.

4. From my time at the jail, I am familiar with how inmates are expected to request medical care and with how inmates are able to communicate with corrections officers and medical staff. In my housing area, the main opportunity to speak in person with an officer or a member of the medical staff is when they come through the block, such as when medical staff pass out medication accompanied by an officer, because officers generally do not otherwise remain inside the block.

5. In or about May 2025, shortly after I arrived at the jail, I was suffering from migraine headaches. I asked a member of the nursing staff, who was accompanied by a corrections officer, for pain medication such as Tylenol or ibuprofen. I was told that I could not be given any medication and that I would instead have to submit a request through the electronic kiosk and wait

to be seen by a doctor, which I was told would take approximately three to four days. The corrections officer who was present indicated that this was the way things were done at the jail. I did not know the name of the nurse.

6. The kiosk is an electronic terminal mounted on the wall of the day room. To submit a medical request, an inmate must enter his name, his identification number, and a password, and then complete an on-screen form. A single kiosk is shared by all of the inmates housed on the wing, which in my experience has been approximately twenty to twenty-five people.

7. Based on my own experience and on what I have personally observed during my confinement, an inmate who submits a request for medical care through the kiosk is typically not seen for approximately two to four days, and is often told by officers or medical staff that he must wait to see the doctor. In my observation this has been the routine practice regardless of the nature of the complaint.

8. On numerous occasions during my confinement I have personally observed corrections officers, while conducting the routine cell checks, walk past occupied cells without looking inside them at the inmates confined there.

9. During my confinement I became acquainted with an inmate housed in my area whose body began to swell. I personally observed that after he returned from the gym his ankle was swollen, and that the swelling then spread to other joints in his body, including his knuckles. I saw him lying under the stairs, in apparent distress and unwilling to move, and showing others the swelling in his joints.

10. I personally heard this inmate ask corrections officers to be seen by medical staff. I personally heard an officer respond that the inmate would have to wait for medical. To my personal observation, this inmate was not seen by medical staff until approximately one to two days after he made this request.

11. On another occasion during my confinement, I personally witnessed an inmate be rendered completely unconscious. He remained unconscious for approximately two to three minutes, and other inmates who tried to help him were unable to rouse him. Corrections officers came to the area and, after addressing a physical altercation that was taking place, brought the unconscious inmate to his feet. To my observation, the officers did not examine him or summon medical staff to evaluate him before returning him to his cell.

12. I am providing this declaration voluntarily. No one has threatened, coerced, or pressured me to provide it, and no one has made any promise to me — including any promise concerning my own criminal charges, custody status, sentence, or treatment while incarcerated — in exchange for it.

13. Each statement in this declaration is true and is based on my own personal knowledge and observation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ____________________, 2026.

Clarence Smith, Jr.